UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSEPH ATTARDI, et al.<br>    Plaintiffs,<br><br>v.<br><br>AGFA CORPORATION and<br>AGFA CORPORATION SEVERANCE<br>PAY PLAN<br>    Defendants. | )<br>)<br>)<br>)<br>)   C.A. No. 04 CV 10728 REK<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter the appearance of John F. Welsh and John T. McCarthy of the law firm of Testa, Hurwitz & Thibeault, LLP, 125 High Street, Oliver Street Tower, Boston, Massachusetts 02110, as attorneys for Defendants AGFA Corporation and AGFA Corporation Severance Pay Plan in the above-captioned case.

                                                   **KEANE, INC.,**
                                                   By its attorneys,

                                                   /s/ John T. McCarthy
                                                 John F. Welsh, BBO No. 522640
                                                 John T. McCarthy, BBO No. 641406
                                                 Testa, Hurwitz & Thibeault, LLP
                                                 125 High Street
                                                 Boston, MA  02110
                                                 Telephone:  (617) 248-7000

Dated:  June 14, 2004

**CERTIFICATE OF SERVICE**
**I hereby certify that a true copy of the above document was**
**served upon the attorney of record for each other party**
**by mail on June 14, 2004.**

**/S/_John T. McCarthy**

1660\103.3080450_1