UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSEPH ATTARDI, ET AL., )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>AGFA CORPORATION, ET. AL. )<br>)<br>Defendants )<br>) | CIVIL ACTION NO. 04-10728-REK |

### JOINT LOCAL RULE 16.1 STATEMENT

Plaintiffs Joseph Attardi, et. al. (the "Plaintiffs") and Defendants AGFA Corporation and AGFA Corporation Severance Pay Plan (the "Defendants") having by their counsel conferred pursuant to Fed.R.Civ.P. 26(f) and Local Rule 16.1 hereby submit the following Joint Statement in connection with the Scheduling Conference on July 20, 2004.

1. **Matters To Be Discussed At Conference:** The parties will appear at the Scheduling Conference prepared to discuss the following issues: a proposed pre-trial schedule for the case that includes a plan for discovery; alternative dispute resolution; discovery limits; settlement; and any other raised in this Joint Statement.

2. **Pending Motions:** There are no Motions currently pending before the Court.

3. **Proposed Pretrial Schedule:** The parties have agreed on all dates within the below-listed pretrial schedule.

   (a) Initial Disclosures: Initial disclosures under Fed.R.Civ.P. 26(a) shall be completed on or before August 15, 2004.

(b) <u>Fact Discovery Cut-Off</u>: All fact discovery (including interrogatories, requests for admissions, document requests and depositions) shall be completed on or before May 31, 2005.

(c) <u>Expert Witness Discovery</u>:

1. The Plaintiff shall designate expert witness(es) and produce expert affidavit(s) by June 30, 2005.

2. The Defendant shall designate expert witness(es) and produce expert affidavit(s) by August 15, 2005.

3. All expert depositions and written expert discovery shall be completed by September 15 2005.

(c) <u>Motions</u>:

(1) Amendments to pleadings shall be filed in accordance with Fed.R.Civ.P. 15(a).

(2) Dispositive Motions shall be filed no later than October 15, 2005.

(d) <u>Pre-Trial Conference</u>. The parties will be prepared for a final pretrial conference at a date convenient for the Court.

4. **<u>Discovery Event Limitations:</u>** The parties agree to abide by the discovery event limitations contained in Local Rule 26.1(C), except that, given the large number of individual Plaintiffs, Defendants anticipate that they may need to take more than ten depositions. In such event and provided the parties are not able to reach agreement on the total number of depositions to be taken by Defendants after conferring in accordance with the Local Rules, Defendants shall seek the Court's assistance to resolve any disagreement between the parties.

5.      **Trial by Magistrate Judge:**  Plaintiffs consent to trial by a Magistrate Judge.  At this time, Defendants do not consent to trial by a Magistrate Judge.

6.      **Settlement:**  Plaintiffs have duly served their Local Rule 16.1(C) settlement statement on Defendants.

7.      **Rules 16.1(D)(3) Certifications:**  Counsel for the parties have conferred with their respective clients concerning establishing a budget for litigation and the use of alternative dispute resolution.  The parties shall separately file their certifications required by Local Rule 16.1(D)(3).

8.      **Modification of the Schedule:**  All dates set forth herein may be modified by written agreement of the parties and approval of the Court, or upon motion to the Court for good cause shown.

| Respectfully Submitted,<br>**Defendants**<br>By their Attorneys: | Respectfully Submitted,<br>**Plaintiffs**<br>By their Attorneys: |
|---|---|
| /s/ John T. McCarthy | /s/ Stephen A. Roach |
| John F. Welsh, Esq.<br>John T. McCarthy, Esq.<br>Testa, Hurwitz & Thibeault, LLP<br>125 High Street<br>Boston, MA  02110<br>(617) 248-7000 | Stephen A. Roach, Esq.<br>Roach & Wise, LLP<br>31 State Street<br>Boston, MA 02109<br>(617) 723-2800 |

Dated:  July 13, 2004