UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH ATTARDI, ET AL., )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>AGFA CORPORATION, ET. AL. )<br>)<br>Defendants )<br>) | CIVIL ACTION NO. 04-10728-REK |

### DEFENDANTS' CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), Defendants AGFA Corporation and AGFA Corporation Severance Pay Plan (the "Defendants") and its counsel hereby certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and (b) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Defendants
By its Attorneys:

_/s/ John F. Welsh_
John F. Welsh, Esq.
John T. McCarthy, Esq.
Testa, Hurwitz & Thibeault, LLP
125 High Street
Boston, MA 02110
(617) 248-7000

Dated: July 13, 2004

Defendants

_/s/ Robert K. Sarafian_
Robert K. Sarafian, Esq.
Vice President
Agfa Corporation
200 Ballardvale Street
Wilmington, MA 01887

1660\103.3093178_1