UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10728-REK

| | |
|---|---|
| JOSEPH ATTARDI, ET ALS., | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) |
| | ) |
| AGFA CORPORATION, ET AL, | ) |
| | ) |
| Defendants | ) |

## PLAINTIFFS' LOCAL RULE 16.1(D)(3) CERTIFICATION

We, Stephen A. Roach, attorney the Plaintiffs, and Bertrand Guilmette, Plaintiff and authorized representative of the Plaintiffs, pursuant to Local Rule 16.1 (D)(3), hereby certify that we have conferred (a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Stephen A. Roach, BBO#542138
ROACH & WISE, LLP
31 State Street
Boston, MA 02109-2705
(617) 723-2800
Attorney for Plaintiffs

Bertrand Guilmette, Plaintiff
Authorized Plaintiffs' Representative

Date: July 13, 2004

## CERTIFICATE OF SERVICE

I, Stephen A. Roach, Attorney for the Plaintiffs hereby certify that on July 13, 2004 I served the within document by causing a copy of same to be mailed by first class mail to the attorneys who have appeared in this matter for the Defendants.

*Stephen A. Roach*