UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10728-REK

|  |  |
|---|---|
| JOSEPH ATTARDI, ET ALS., | ) |
| Plaintiffs | ) |
| v. | ) |
| AGFA CORPORATION, ET AL, | ) |
| Defendants | ) |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL**

To the Clerk:

Please enter my Withdrawal of Appearance for the Plaintiffs in the above matter, and remove my name and the firm of Sabilia, DeSantis & Waggoner, LLC address from your mailing list for this case.

The Plaintiffs will continue to be represented by Attorney Stephen A. Roach, Roach & Wise, LLP, 31 State Street, Boston, MA 02109, whose Appearance is on file.

Darren G. Waggoner, BBO#638008
Sabilia, DeSantis & Waggoner, LLC
247 Shaw Street
New London, Connecticut 06320
(617) 227-0144

July 26, 2004

## CERTIFICATE OF SERVICE

I, Darren G. Waggoner hereby certify that on July 26, 2004 I served the within document by causing a copy of same to be mailed by first class mail to the attorneys who have appeared in this matter for the Defendants and to Plaintiffs' attorney Stephen A. Roach.

_____
Darren G. Waggoner