UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Joseph Attardi et al.,
                    Plaintiff

                                                                CIVIL ACTION: 04-10728- REK

            V.

AGFA Corp. et al.,
                    Defendant

### ORDER OF REFERENCE
### FOR
### ALTERNATIVE DISPUTE RESOLUTION

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to _____ JUDGE MAZZONE __X__ for the following ADR program:

_____ EARLY NEUTRAL EVALUATION        __✓__ MEDIATION

_____ MINI-TRIAL                      _____ SUMMARY JURY TRIAL

_____ SETTLEMENT CONFERENCE           _____ SPECIAL MASTER

_____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

                                    ROBERT E. KEETON
                                    Senior UNITED STATES DISTRICT JUDGE

July 20, 2004
   DATE                             By: Robert E. Keeton


### CASE CATEGORY

| | | | |
|---|---|---|---|
| Admiralty | _____ | Antitrust | _____ |
| Civil Rights | _____ | Contract | _____ |
| Copyright/Trademark/Patent | _____ | Environmental | _____ |
| ERISA | _____ | FELA | _____ |
| Labor Relations | _____ | Medical Malpractice | _____ |
| Personal Injury | _____ | Product Liability | _____ |
| Shareholder Dispute | _____ | | |
| Other | _____ | | |

(adrrefl.ord - 4/29/94)                                              [orefadr.]