UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10728-REK

JOSEPH ATTARDI, ET ALS.,     )
                             )
         Plaintiffs          )
                             )
    v.                       )
                             )
AGFA CORPORATION, ET ALS.,   )
                             )
         Defendants          )

## JOINT MOTION TO AMEND RULE 26 DISCLOSURE DEADLINE

The Plaintiff and the Defendants hereby move to amend the Court approved Joint Local Rule 16.1 Statement which the parties filed for the Scheduling Conference held on July 20, 2004 as follows:

The Parties move that they be granted until **September 15, 2004 to** provide the initial disclosures under Fed.R.Civ.P. 26(a).

In support of this Motion the parties state that they have jointly moved to substitute Bayer Corporation and Bayer Corporation Severance Pay Plan as the party defendants (the "Bayer Defendants"). Once the Bayer Defendants have been substituted in the case, the Bayer Defendants may need additional time to comply with the Order. Furthermore, the parties have been exchanging documents and need additional time to gather the information comply with the Court's Order.

RESPECTFULLY SUBMITTED,
THE PARTIES,
By their attorneys,

The Plaintiffs,
By their Attorneys,


*/s/ Stephen A. Roach*
Stephen A. Roach, Esq.
ROACH & WISE, LLP
31 State Street
Boston, MA 02109
(617) 723-2800


The Defendants
By their Attorneys,


*/s/ John F. Welsh*
John F. Welsh, Esq.
Testa, Hurwitz & Thibeault, LLP
125 High Street
Boston, MA 02110-2704
(617) 248-7000


August 23, 2004