UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10728-REK

| | |
|---|---|
| JOSEPH ATTARDI, ET ALS., | ) |
| Plaintiffs | ) |
| v. | ) |
| AGFA CORPORATION, ET ALS., | ) |
| Defendants | ) |

**NOTICE OF NO OPPOSITION OR OBJECTION TO
JOINT MOTION FOR LEAVE TO AMEND
AND SUPPLEMENT COMPLAINT**

This is to advise the Court that the attorney for proposed new Defendants Bayer Corporation and Bayer Corporation Severance Pay Plan (collectively "Bayer") has advised the Plaintiffs' attorney that the Plaintiffs properly served Bayer under Fed.R.Civ.P. 15 with the Motion to join Bayer as a party Defendant in the proposed First Amended Complaint. Bayer's attorney further represented that Bayer will not oppose the Joint Motion for Leave to Amend and Supplement Complaint to join Bayer in the action in place of the current Defendants.

1

THE Plaintiffs,
By their attorneys,

*[signature: Stephen A. Roach]*

Stephen A. Roach, Esq.
ROACH & WISE, LLP
31 State Street
Boston, MA 02114
(617) 723-2800

August 24, 2004

## CERTIFICATE OF SERVICE

I, Stephen A. Roach, Attorney for the Plaintiffs, hereby certify that on August 24, 2004 I served the within document on the Agfa Defendants and on the proposed Bayer Defendants by causing a copy of same to be mailed to the attorneys for the Agfa Defendants and to the Attorney for the proposed Bayer Defendants.

*[signature: Stephen A. Roach]*

Stephen A. Roach