UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOSEPH ATTARDI, et al.<br>    Plaintiffs,<br><br>v.<br><br>BAYER CORPORATION and<br>BAYER CORPORATION SEVERANCE<br>PAY PLAN<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 04 CV 10728 REK |

### NOTICE OF APPEARANCE

In addition to John F. Welsh and John T. McCarthy, please enter the appearance of Trevor S. Blake of the law firm of Testa, Hurwitz & Thibeault, LLP, 125 High Street, Oliver Street Tower, Boston, Massachusetts 02110, as one of the attorneys for Defendants Bayer Corporation and Bayer Corporation Severance Pay Plan in the above-captioned case.

                                            **BAYER CORPORATION and**
                                            **BAYER CORPORATION SEVERANCE PAY PLAN,**
                                            By their attorneys,

                                            /s/ Trevor S. Blake
                                            John F. Welsh, BBO No. 522640
                                            John T. McCarthy, BBO No. 641406
                                            Trevor S. Blake, BBO No. 657272
                                            Testa, Hurwitz & Thibeault, LLP
                                            125 High Street
                                            Boston, MA  02110
                                            Telephone:  (617) 248-7000

Dated:  October 1, 2004

**CERTIFICATE OF SERVICE**
**I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on October 1, 2004.**

**/S/  Trevor S. Blake**

1660\103.3125352_1