UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_Joseph Attardo, et al_
_____
Plaintiff(s)

V.

_Bayer Corporation_
_____
Defendant(s)

CIVIL ACTION

NO. _04-10728-REK_

## REPORT RE: REFERENCE FOR
## ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE _Keeton_

[ ] The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[✓] On _January 20, 2005_ I held the following ADR proceeding:

    __ SCREENING CONFERENCE      __ EARLY NEUTRAL EVALUATION

    _X_ MEDIATION (followup telephone conference)      __ SUMMARY BENCH / JURY TRIAL

    __ MINI-TRIAL      __ SETTLEMENT CONFERENCE

[✓] All parties were represented by counsel ~~except~~ _____ ]

[✓] The parties were present in person or by authorized corporate officer _or litigation team_.
The case was:

[ ] Settled. A __ day order of dismissal has been entered by the court.

[ ] There was progress.

[✓] Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ] Suggested strategy to facilitate settlement:

_January 20, 2005_
DATE

/s/ Kenneth P. Neiman
ADR Provider

KENNETH P. NEIMAN, U.S. Magistrate Judge