UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10728-REK

---

JOSEPH ATTARDI, MICHELINE AUGUSTA, FARAHILDA BET-EIVAZI, MARY B.
BOGDAN, MARK BOWDIDGE, KAREN BROWN, MARIE BROWN, ROBERT BROWN,
LARRY CELLAMARE, WAI NGAN CHAN, CAROL CHRISTIANSON, MARY JO
CORCORAN, RICHARD COTE, CORRIE COTTRELL, CLARENCE COUPE, AROUSSIAK
DAKESSAIN, RICHARD DEFRANCESCO, MARIA DEFRANCESCO, DAVID J. DOLAN,
LISE DUPUIS, SANDRA COMEAU DUTCHER, KATHY ELY, VINNIE FIORILLA, STEVE
FOURNIER, JEAN FRASER, GARY FRIZZELL, DIANA GLASSETT, FRED GLASSETT,
BOONCHOO GRASSO, PHILLIP GREENE, BERTRAND GUILMETTE, PAULINE
GUILMETTE, ALBERTA HEALEY, JEANNE HUFF, RICK JAKLE, ANITA KOPACZ,
ALFRED LANGUIRAND, JANET E. LANOUE, JUDITH LA ROSA, EDMUND J.
LASCELLES, JR., CLIFF LORD, III, PAT MABEY, TERESA C. ORNELAS, JANICE
PARADIS, LINDA PARADIS, NORMAN PARENT, LONG T. PECK, DIANA PERREAULT,
OUDOMPHONE PHOMMAHAXAY, RICHARD PICARD, NORMAN POULIN, MARIA
REIS, MARK ROBERT, JOHN SABLOCK, BARBARA SANBORN, JOANNE SANZO,
LINDA SAULNIER, JEANNE SKENE, ROBERT STIER, CATHERINE SWEENEY, PHAM
VAN, DIANE WILLETTE, and
EDWARD R. WRIGHT

Plaintiffs,

v.

BAYER CORPORATION, BAYER CORPORATION
SEVERANCE PAY PLAN,

Defendants.

---

## JOINT MOTION TO EXTEND DISCOVERY
## DEADLINES OF THE JOINT LOCAL RULE 16.1 STATEMENT

The parties hereby jointly move to extend the deadlines for the Proposed Pretrial

Schedule of the Joint Local Rule 16.1 Statement filed with this Court on July 13, 2004 in the

above matter as follows:

1

**Proposed Pretrial Schedule:** The parties have agreed on all dates within the below-listed schedule.

(a) Initial Disclosures: Initial disclosures under Fed.R.Civ.P. 26(a) were completed on or before August 15, 2004.

(b) Fact Discovery Cut-Off: All fact discovery (including interrogatories, requests for admissions, document requests and depositions) shall be completed on or before **October 31, 2005**.

(c) Expert Witness Discovery:

1. The Plaintiff shall designate expert witness(es) and produce expert affidavit(s) by **November 30, 2005**.

2. The Defendant shall designate expert witness(es) and produce expert affidavit(s) by **January 15, 2006**.

3. All expert depositions and written expert discovery shall be completed by **February 15, 2006**.

In support of this Motion, parties state the following circumstances which have caused delays:

1. The above-captioned matter was originally to be mediated before Judge A. David Mazzone. After a lengthy delay, the parties got word that Judge Mazzone unfortunately was ill and passed away. Because of the passing of Judge Mazzone, the matter was assigned to Judge Charles B. Swartwood, III. Eventually, after the mediation was scheduled for Judge Swartwood, Judge Swartwood recused himself because of a potential conflict of interest he expressed. After Judge Swartwood recused himself, the case was assigned to a third judge for mediation, Judge

Kenneth P. Neiman.

2. The matter did not settle through the mediation held on January 20, 2005 before Judge Neiman.

3. The defense counsel's law firm, Testa, Hurwitz & Thibeault, LLP then dissolved within the last six months.

Given the above circumstances the parties need more time for discovery and motion practice.


PLAINTIFFS,
By their attorney,

Stephen A. Roach, BBO No. 542138
ROACH & WISE, LLP
31 State Street
Boston, MA 02109
(617) 723-2800

Dated: April 19, 2005

DEFENDANTS,
By their attorney,

John F. Welsh, BBO No. 522640
BELLO, BLACK & WELSH, LLP
535 Boylston Street, Suite 1102
Boston, MA 02116
(617) 247-8476