UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH ATTARDI, et al.<br>Plaintiffs,<br><br>v.<br><br>AGFA CORPORATION AND<br>  AGFA CORPORATION SEVERANCE<br>PAY PLAN<br>Defendants. | C.A. No. 04-CV-10728-REK |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned counsel, John T. McCarthy, hereby provides notice of withdrawal as counsel for Defendants Agfa Corporation and Agfa Corporation Severance Pay Plan in accordance with Local Rule 83.5.2(c). Counsel previously represented Defendants while he was employed by Testa, Hurwitz & Thibeault, LLP ("TH&T"), which dissolved during the present calendar year. Defendants continue to be represented by John F. Welsh, who was also formerly employed by TH&T and is currently employed by Bello, Black & Welsh, LLP, 535 Boylston Street, Suite 1102, Boston, MA 02116. It is my understanding that (i) there are no motions pending before the court, (ii) no trial date has been set, and (iii) no hearings or conferences are presently scheduled. This Motion has been served on counsel for all parties and the Defendants.

Dated: July 22, 2005

Former Counsel for Defendants,

/s/ John T. McCarthy
John T. McCarthy, Esq. (BBO#641406)
**SANZONE & MCCARTHY, LLP**
888 Worcester Street, Suite 110
Wellesley, MA 02482
(781) 239-9989
john@sanzonemccarthy.com