UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10728-REK

JOSEPH ATTARDI, MICHELINE AUGUSTA, FARAHILDA BET-EIVAZI,
MARY B. BOGDAN, MARK BOWDIDGE, KAREN BROWN, MARIE BROWN,
ROBERT BROWN, LARRY CELLAMARE, WAI NGAN CHAN, CAROL CHRISTIANSON,
MARY JO CORCORAN, RICHARD COTE, CORRIE COTTRELL, CLARENCE COUPE,
AROUSSIAK DAKESSAIN, RICHARD DEFRANCESCO, MARIA DEFRANCESCO,
DAVID J. DOLAN, LISE DUPUIS, SANDRA COMEAU DUTCHER, KATHY ELY,
VINNIE FIORILLA, STEVE FOURNIER, JEAN FRASER, GARY FRIZZELL,
DIANA GLASSETT, FRED GLASSETT, BOONCHOO GRASSO, PHILLIP GREENE,
BERTRAND GUILMETTE, PAULINE GUILMETTE, ALBERTA HEALEY, JEANNE HUFF,
RICK JAKLE, ANITA KOPACZ, ALFRED LANGUIRAND, JANET E. LANOUE,
JUDITH LA ROSA, EDMUND J. LASCELLES, JR., CLIFF LORD III, PAT MABEY,
TERESA C. ORNELAS, JANICE PARADIS, LINDA PARADIS, NORMAN PARENT,
LONG T. PECK, DIANA PERREAULT, OUDOMPHONE PHOMMAHAXAY,
RICHARD PICARD, NORMAN POULIN, MARIA REIS, MARK ROBERT,
JOHN SABLOCK, BARBARA SANBORN, JOANNE SANZO, LINDA SAULNIER,
JEANNE SKENE, ROBERT STIER, CATHERINE SWEENEY, PHAM VAN,
DIANE WILLETTE, and EDWARD R. WRIGHT,

     Plaintiffs,

v

BAYER CORPORATION and
BAYER CORPORATION SEVERANCE PAY PLAN,

     Defendants.

## ASSENTED TO MOTION FOR EXTENSION OF TIME
## TO CONDUCT DISCOVERY

Defendants Bayer Corporation and Bayer Corporation Severance Plan move that this Court amend the scheduling order in this matter by extending the period in which discovery can be conducted by sixty (60) days to December 31, 2005, and other deadlines therein by a corresponding amount of time. In support of this Motion, Defendants would show as follows:

-2-

1. This is an action under the Employee Retirement Income Security Act of 1994 (ERISA) with additional related claims by approximately sixty-three (63) former Bayer employees seeking payment of severance arising from the sale by Bayer of its printed circuit board business to EFTC Corporation in September 1998.

2. A prior extension of time to conduct discovery has been granted by the Court, primarily as the result of the passage of time required to schedule and conduct a mediation due in significant part by the passing of the initially-assigned mediator, U.S. District Court Judge David Mazzone.

3. The instant request for an extension of the discovery period is sought by Defendants' counsel based on scheduling and work load requirements. Defendants' counsel was "Chief Operating Partner" of Testa, Hurwitz & Thibeault, LLP, a 300+ attorney firm, which dissolved in January 2005. Defendants' counsel is and has been actively involved in numerous post-dissolution activities of the firm, which have occupied a significant portion of his business time. Moreover, deadlines in other cases, and difficulties in locating documents requested by Plaintiff, have delayed the discovery process. Defendants' counsel believes that the additional time sought will be sufficient to complete all discovery.

4. Plaintiffs' counsel has been consulted concerning this request and assents to the extension of the discovery period sought herein.

1120/1 03010551

-3-

WHEREFORE, Defendants respectfully move that the scheduling order be amended by extension of the discovery period of sixty (60) days to December 31, 2005, and that other remaining deadlines in the Scheduling Order be adjusted accordingly.

Dated:   August 4, 2005
         Boston, Massachusetts

**Respectfully submitted,**

**BAYER CORPORATION and**
**BAYER CORPORATION SEVERANCE PAY PLAN,**
**By their attorneys,**

By: _____
John F. Welsh, Esq. (BBO #522640)
Bello, Black & Welsh, LLP
535 Boylston Street
Boston, MA 02116
Telephone: 617-247-4100
Fax: 617-247-4125

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand)(mail) on 8/5/05

_____

*Serving copy upon:*

Stephen Roach, Esq.
Roach & Wise, LLP
31 State Street
Boston, MA 02109-2705