UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



CIVIL ACTION NO. 04-10728-REK

JOSEPH ATTARDI, MICHELINE AUGUSTA, FARAHILDA BET-EIVAZI, MARY B. BOGDAN, MARK BOWDIDGE, KAREN BROWN, MARIE BROWN, ROBERT BROWN, LARRY CELLAMARE, WAI NGAN CHAN, CAROL CHRISTIANSON, MARY JO CORCORAN, RICHARD COTE, CORRIE COTTRELL, CLARENCE COUPE, AROUSSIAK DAKESSAIN, RICHARD DEFRANCESCO, MARIA DEFRANCESCO, DAVID J. DOLAN, LISE DUPUIS, SANDRA COMEAU DUTCHER, KATHY ELY, VINNIE FIORILLA, STEVE FOURNIER, JEAN FRASER, GARY FRIZZELL, DIANA GLASSETT, FRED GLASSETT, BOONCHOO GRASSO, PHILLIP GREENE, BERTRAND GUILMETTE, PAULINE GUILMETTE, ALBERTA HEALEY, JEANNE HUFF, RICK JAKLE, ANITA KOPACZ, ALFRED LANGUIRAND, JANET E. LANOUE, JUDITH LA ROSA, EDMUND J. LASCELLES, JR., CLIFF LORD, III, PAT MABEY, TERESA C. ORNELAS, JANICE PARADIS, LINDA PARADIS, NORMAN PARENT, LONG T. PECK, DIANA PERREAULT, OUDOMPHONE PHOMMAHAXAY, RICHARD PICARD, NORMAN POULIN, MARIA REIS, MARK ROBERT, JOHN SABLOCK, BARBARA SANBORN, JOANNE SANZO, LINDA SAULNIER, JEANNE SKENE, ROBERT STIER, CATHERINE SWEENEY, PHAM VAN, DIANE WILLETTE, and
EDWARD R. WRIGHT

Plaintiffs,

v.

BAYER CORPORATION, BAYER CORPORATION
SEVERANCE PAY PLAN,

Defendants.

### PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO (1) RESPOND TO PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS PROPOUNDED TO DEFENDANTS AND (2) ANSWER PLAINTIFFS' FIRST SET OF INTERROGATORIES PROPOUNDED TO DEFENDANTS

Pursuant to Rule 37(a)(2)(B) the Plaintiffs hereby move this Honorable Court for an order

(1) to compel Defendants to produce documents and things requested in Plaintiffs' First Request for

1

Production of Documents and Things and (2) to compel Defendants to answer Plaintiffs' First Set of Interrogatories.

In support of this Motion, the Plaintiffs rely on the Declaration of Stephen A. Roach filed herewith and state the following:

1. On April 18, 2005, the Plaintiffs served on the Defendants the Plaintiffs' First Request for Production of Documents and Things Propounded to Defendants Bayer Corporation and Bayer Corporation Severance Pay Plan. **Roach Declaration Ex. 1.**

2. On April 28, 2005, the Plaintiffs served on the Defendants the Plaintiffs' First Set of Interrogatories Propounded to Defendants Bayer Corporation and Bayer Corporation Severance Pay Plan. **Roach Declaration Ex. 2.**

3. The Plaintiffs later gave Defendants several extensions of time to respond to Plaintiffs' discovery requests. The Defendants' last extension to respond to Plaintiffs' discovery requests was up to and including June 30, 2005, but the Defendants failed to respond to the discovery and did not contact the Plaintiffs. **Roach Declaration Ex. 3.**

4. On July 14, 2005, therefore, counsel for the Plaintiffs requested a Local Rule 7.1 Conference with counsel for the Defendants with regard to Defendants' failure to respond to Plaintiffs' discovery requests. Defendants' counsel informed Plaintiffs' counsel on July 14, 2005 that he was still searching for records, including records related to the sale between Bayer Corporation and Electronic Fabrication Technology Corporation ("EFTC") and that he would serve the responses to Plaintiffs' document request within two to three days on the Plaintiffs and would soon serve answers to interrogatories. **Roach Declaration ¶6.**

5. On July 22, 2005, counsel for Plaintiffs sent a letter to counsel for the Defendants stating that

since they conferred pursuant to Local Rule 7.1 counsel for Plaintiffs had not heard from counsel for Defendants and had no choice but to file a Motion under Rule 37. **Roach Declaration Ex. 4.**

6. It has been over three months since the Defendants were served Plaintiffs discovery requests and over one month since the last extension deadline Plaintiffs allowed Defendants to respond. Last week, yet again the Defendants' counsel stated that the Defendant would respond to the document requests with a written response and at least some records, including "core" records central to the request such as, the sale of the Board Shop, where the Plaintiffs were working, to EFTC. Defendants' counsel advised Plaintiffs' counsel that he would copy the "core" documents pertaining to the litigation and deliver them to Plaintiffs' counsel.[1] No answers to Plaintiffs' interrogatories have been served on Plaintiffs. Defendants have served their responses to Plaintiffs' document requests, but Defendants have not provided any documents with their responses. **Roach Declaration ¶8 and Ex. 5.**

7. Plaintiffs' counsel understands that Defendants' counsel's prior law firm has dissolved and needed time to establish and settle into his new firm, but given the amount of time that has passed, Plaintiffs have no other choice but to file this Motion for Defendants' failure to respond to Plaintiffs' discovery requests.

WHEREFORE, the Plaintiffs respectfully request this Court to order the Defendants, on penalty of default, to (1) produce all documents and things requested in Plaintiffs' First Request for Production of Documents and Things and (2) serve on Plaintiffs, Defendants' Answers to Plaintiffs' First Set of Interrogatories.

---

[1] Pursuant to Local Rule 26.2(A) a few selected documents were produced by Bayer at the outset, but they were incomplete and the vast majority of documents have not been produced.

        Respectfully submitted,
        PLAINTIFFS,
        By their attorney,

        /s/ Stephen A. Roach
        Stephen A. Roach, BBO No. 542138
        ROACH & WISE, LLP
        31 State Street
        Boston, MA 02109
        (617) 723-2800

Dated: August 10, 2005

## LOCAL RULE 7.1 AND 37.1

I, Stephen A. Roach, Attorney for the Plaintiffs, certify that I conferred with counsel for Defendants in a good faith attempt to resolve or narrow this issue related to the within Motion, but Defendants have failed to respond to Plaintiffs' discovery requests.

/s/ Stephen A. Roach
Stephen A. Roach

## CERTIFICATE OF SERVICE

I, Stephen A. Roach, Attorney for the Plaintiffs, hereby certify that on August 10, 2005 I served the Defendants with the *Plaintiffs' Motion to Compel Defendants to (1) Respond to Plaintiffs' First Request for Production of Documents and Things Propounded to Defendants and (2) Answer Plaintiffs' First Set of Interrogatories Propounded to Defendants* and *Declaration of Stephen A. Roach with Respect to Plaintiffs' Motion to Compel Defendants to (1) Respond to Plaintiffs' First Request for Production of Documents and Things Propounded to Defendants and (2) Answer Plaintiffs' First Set of Interrogatories Propounded to Defendants* by causing copies of same to be mailed to their counsel of record by first class mail.

/s/ Stephen A. Roach
Stephen A. Roach