UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10728-REK

JOSEPH ATTARDI, MICHELINE AUGUSTA, FARAHILDA BET-EIVAZI, MARY B. BOGDAN, MARK BOWDIDGE, KAREN BROWN, MARIE BROWN, ROBERT BROWN, LARRY CELLAMARE, WAI NGAN CHAN, CAROL CHRISTIANSON, MARY JO CORCORAN, RICHARD COTE, CORRIE COTTRELL, CLARENCE COUPE, AROUSSIAK DAKESSAIN, RICHARD DEFRANCESCO, MARIA DEFRANCESCO, DAVID J. DOLAN, LISE DUPUIS, SANDRA COMEAU DUTCHER, KATHY ELY, VINNIE FIORILLA, STEVE FOURNIER, JEAN FRASER, GARY FRIZZELL, DIANA GLASSETT, FRED GLASSETT, BOONCHOO GRASSO, PHILLIP GREENE, BERTRAND GUILMETTE, PAULINE GUILMETTE, ALBERTA HEALEY, JEANNE HUFF, RICK JAKLE, ANITA KOPACZ, ALFRED LANGUIRAND, JANET E. LANOUE, JUDITH LA ROSA, EDMUND J. LASCELLES, JR., CLIFF LORD, III, PAT MABEY, TERESA C. ORNELAS, JANICE PARADIS, LINDA PARADIS, NORMAN PARENT, LONG T. PECK, DIANA PERREAULT, OUDOMPHONE PHOMMAHAXAY, RICHARD PICARD, NORMAN POULIN, MARIA REIS, MARK ROBERT, JOHN SABLOCK, BARBARA SANBORN, JOANNE SANZO, LINDA SAULNIER, JEANNE SKENE, ROBERT STIER, CATHERINE SWEENEY, PHAM VAN, DIANE WILLETTE, and
EDWARD R. WRIGHT

Plaintiffs,

v.

BAYER CORPORATION, BAYER CORPORATION SEVERANCE PAY PLAN,

Defendants.

**DECLARATION OF STEPHEN A. ROACH WITH RESPECT TO PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO (1) RESPOND TO PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS PROPOUNDED TO DEFENDANTS AND (2) ANSWER PLAINTIFFS' FIRST SET OF INTERROGATORIES PROPOUNDED TO DEFENDANTS**

I, Stephen A. Roach, hereby declare as follows:

1

1. I am a partner in the Boston law firm of Roach & Wise, LLP. I am in good standing as a member of the Bars of the Commonwealth of Massachusetts, the Commonwealth of Pennsylvania, the United States District Court for the District Court of Massachusetts and the United States Court of Appeals for the First Circuit. I am counsel for the Plaintiffs in the above-captioned matter. Accordingly, I have personal knowledge of the matters set forth in this Declaration.

2. I submit this Declaration in support of Plaintiffs' Motion to Compel Defendants' to Produce Documents and Answer Plaintiffs' Interrogatories.

3. Attached hereto and marked as Exhibit 1 is a true and accurate copy of *Plaintiffs' First Request for Production of Documents and Things Propounded to Defendants Bayer Corporation and Bayer Corporation Severance Pay Plan.*

4. Attached hereto and marked as Exhibit 2 is a true and accurate copy of *Plaintiffs' First Set of Interrogatories Propounded to Defendants Bayer Corporation and Bayer Corporation Severance Pay Plan.*

5. Attached hereto and marked as Exhibit 3 is a true and accurate copy of a letter dated July 14, 2005 addressed to Defendants' counsel, John F. Welsh, from Plaintiffs' counsel, Stephen A. Roach.

6. On July 14, 2005 counsel for both parties conferred pursuant to Local Rule 7.1 with regard to Defendants' failure to respond to Plaintiff's discovery requests. Defendants' counsel informed Plaintiffs' counsel that he was still searching for records related to the sale between Bayer Corporation and Electronic Fabrication Technology Corporation ("EFTC") and that he would serve the responses to Plaintiffs' document request within two to three days on the

Plaintiffs and would soon serve answers to interrogatories.

7. Attached hereto and marked as <u>Exhibit 4</u> is a true and accurate copy of a letter dated July 22, 2005 addressed to Defendants' counsel, John f. Welsh, from Plaintiffs' counsel Stephen A. Roach.

8. It has been over three months since the Defendants were served Plaintiffs discovery requests and over one month since the last extension deadline Plaintiffs allowed Defendants to respond. Last week, yet again the Defendants' counsel stated that the Defendant would respond to the document requests with a written response and at least some records, including "core" records central to the request such as, the sale of the Board Shop, where the Plaintiffs were working, to EFTC

9. No answers to Plaintiffs' interrogatories have been served on Plaintiffs. Defendants have served their responses to Plaintiffs' document requests, but Defendants have not provided any documents with their responses.

10. Attached hereto and marked as <u>Exhibit 5</u> is a true and accurate copy of *Defendants' Responses to Plaintiffs' First Request for Production of Documents and Things*.

Pursuant to 28 U.S.C. §1746, I declare under the penalties of perjury that the foregoing is true and correct. Executed this 10th day of August of 2005.

*[signature]*
Stephen A. Roach