ROACH & WISE LLP

Attorneys at Law
31 State Street
Boston, Massachusetts 02109-2705

Telephone 617-723-2800
Facsimile 617-723-4313
www.roachwise.com

Stephen A. Roach
roach@roachwise.com

By Fax & Mail
July 14, 2005
Fax No. 617-247-4125

John F. Welsh, Esq.
Bello, Black & Welsh, LLP
535 Boylston Street
Boston, MA 02116

      RE:    Joseph Attardi, et als. v. Bayer Corporation, et al.,
             U.S. District Court Civil Action No. 04-CV-10728-REK

Dear John:

      This letter is to request a Local Rule 7.1 Conference with you with regard to the Defendants' failure to serve Answers to Plaintiffs' Interrogatories and Responses to the Plaintiffs' Document Requests.

      Plaintiffs have given the Bayer Defendants several extensions to answer and respond to their discovery requests. The last extension given to the Bayer Defendants from the Plaintiffs was until June 30, 2005. It is now the middle of July and we have not yet received any responses from the Defendants.

      I intend, therefore, move to compel the Defendants to to respond to Plaintiffs discovery requests or to default the Defendants. Please contact me for a Local Rule 71. Conference.

Very truly yours,

*[signature]*

Stephen A. Roach

SAR/mhf
cc:    Clients

Exhibit 3