# ROACH & WISE LLP

Attorneys at Law
31 State Street
Boston, Massachusetts 02109-2705

Telephone 617-723-2800
Facsimile 617-723-4313
www.roachwise.com

Stephen A. Roach
roach@roachwise.com

By Fax & Mail
July 22, 2005
Fax No. 617-247-4125

John F. Welsh, Esq.
Bello, Black & Welsh, LLP
535 Boylston Street
Boston, MA 02116

RE: Joseph Attardi, et als. v. Bayer Corporation, et al.,
U.S. District Court Civil Action No. 04-CV-10728-REK

Dear John:

When we spoke last week, on July 14, pursuant to my request for a Local Rule 7.1 Conference with regard to the Defendants' failure to serve Answers to Plaintiffs' Interrogatories and Responses to the Plaintiffs' Document Requests, you advised me that you that you were still searching for some records related to the sale to EFTC but that, at a minimum, you would have the responses and some records to me within two to three days. It has now been over a week and I have not heard from you. Unfortunately, I have no choice but to file a motion under Rule 37.

Very truly yours,

Stephen A. Roach

cc: Clients

Exhibit 4