## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CIVIL ACTION NO. 04-10728-REK

JOSEPH ATTARDI, MICHELINE AUGUSTA, FARAHILDA BET-ENAZI, MARY B. BOGDAN, MARK BOWDIDGE, KAREN BROWN, MARIE BROWN, ROBERT BROWN, LARRY CELLAMARE, WAINGAN CHAN, CAROL CHRISTIANSON, MARY JO CORCORAN, RICHARD COTE, CORRIE COTTRELL, CLARENCE COUPE, AROUSSIAK, DAKESSAIN, RICHARD DEFRANCESCO, MARIA DEFRANCESCO, DAVID J. DOLAN, LISE DUPUIS, SANDRA COMEAU DUTCHER, KATHY ELY, VINNIE FIORILLA, STEVE FOURNIER, JEAN FRASER, GARY FRIZZELL, DIANA GLASSETT, FRED GLASSETT, BOONCHOO GRASSO, PHILLIP GREENE, BERTRAND GUILMETTE, PAULINE GUILMETTE, ALBERTA HEALEY, JEANNE HUFF, RICK JAKLE, ANITA KOPACZ, ALFRED LANGUIRAND, JANET E. LANOUE, JUDI1H LA ROSA, EDMUND J. LASCELLES, JR., CLIFF LORD, ill, P AT MABEY, TERESA C. ORNELAS, JANICE PARADIS, LINDA PARADIS, NORMAN PARENT, LONG T. PECK, DIANA PERREAULT, OUDOMPHONE PHOMMAHAXA Y, RICHARD PICARD, NORMAN POULIN, MARIA REIS, MARK ROBERT, JOHN SABLOCK, BARBARA SANBORN, JOANNE SANZO, LINDA SAULNIER, JEANNE SKENE, ROBERT STIER, CATHERINE SWEENEY, PHAM VAN, DIANE WILLETTE, and EDWARD R. WRIGHT

Plaintiffs,

V

BAYER CORPORATION and
BAYER CORPORATION SEVERANCE PAY PLAN,

Defendants.

### JOINT STIPULATION TO WITHDRAW
### PLAINTIFF'S MOTION TO COMPEL DISCOVERY

The parties, by counsel, hereby stipulate to the withdrawal of Plaintiff's Motion to Compel Defendants to Respond to Plaintiff's First Request for Production of Documents and Answer Plaintiff's First Set of Interrogatories. This withdrawal is without prejudice, and with

1

both parties reserving all rights, including the right of Plaintiff to refile said motion in the future,

in its current or modified form, should such action be warranted.

Respectfully submitted,


_Stephen A. Roach /KNK_                          _John F. Welsh /KNK_
Stephen A. Roach BBO# 542138                     John F. Welsh, BBO# 522640
Roach & Wise, LLP                                Bello Black & Welsh, LLP
31 State Street                                  535 Boylston Street, Suite 1102
Boston, MA 02109                                 Boston, MA 02116
(617) 723-2800                                   (617) 247-4100


Dated:  August 23, 2005

2