UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10728-REK

JOSEPH ATTARDI, MICHELINE AUGUSTA, FARAHILDA BET-EIVAZI, MARY B. BOGDAN, MARK BOWDIDGE, KAREN BROWN, MARIE BROWN, ROBERT BROWN, LARRY CELLAMARE, WAI NGAN CHAN, CAROL CHRISTIANSON, MARY JO CORCORAN, RICHARD COTE, CORRIE COTTRELL, CLARENCE COUPE, AROUSSIAK DAKESSAIN, RICHARD DEFRANCESCO, MARIA DEFRANCESCO, DAVID J. DOLAN, LISE DUPUIS, SANDRA COMEAU DUTCHER, KATHY ELY, VINNIE FIORILLA, STEVE FOURNIER, JEAN FRASER, GARY FRIZZELL, DIANA GLASSETT, FRED GLASSETT, BOONCHOO GRASSO, PHILLIP GREENE, BERTRAND GUILMETTE, PAULINE GUILMETTE, ALBERTA HEALEY, JEANNE HUFF, RICK JAKLE, ANITA KOPACZ, ALFRED LANGUIRAND, JANET E. LANOUE, JUDITH LA ROSA, EDMUND J. LASCELLES, JR., CLIFF LORD, III, PAT MABEY, TERESA C. ORNELAS, JANICE PARADIS, LINDA PARADIS, NORMAN PARENT, LONG T. PECK, DIANA PERREAULT, OUDOMPHONE PHOMMAHAXAY, RICHARD PICARD, NORMAN POULIN, MARIA REIS, MARK ROBERT, JOHN SABLOCK, BARBARA SANBORN, JOANNE SANZO, LINDA SAULNIER, JEANNE SKENE, ROBERT STIER, CATHERINE SWEENEY, PHAM VAN, DIANE WILLETTE, and
EDWARD R. WRIGHT

Plaintiffs,

v.

BAYER CORPORATION, BAYER CORPORATION SEVERANCE PAY PLAN,

Defendants.

## JOINT MOTION TO EXTEND TIME FOR DISCOVERY

The parties hereby jointly move that this Court amend the scheduling order in this matter to extend the period of discovery by ninety (90) more days, up to and including March 31, 2006 and other deadlines therein by a corresponding amount of time. Discovery is currently scheduled

1

to be complete by December 31, 2005.

In support of this Motion, the parties state the following:

1. The Court has granted two prior extensions of time to complete discovery. The first, as a result of the amount of time required to schedule and conduct a mediation due in part to the death of the initially-assigned mediator, U.S. District Judge David Mazzone.

2. The second extension of time to complete discovery was requested due to defense counsel's scheduling and work load requirements. As a "Chief Operating Partner" of Testa, Hurwitz & Thibeault, LLP which dissolved in January 2005, defense counsel is and has been actively involved in numerous post-dissolution activities of the firm.

3. Plaintiffs' counsel is in the process of preparing for two separate trials, the first scheduled to begin in mid-November in the Suffolk Superior Court and the second scheduled to begin in December in the Middlesex Superior Court which may last two weeks. Given the amount of time required to prepare for and try the two cases, it will be difficult to complete discovery in this matter.

4. In a good faith pursuit to advance the case, the parties are exchanging documents and Answers to Interrogatories.

5. The parties believe that this instant request to extend the discovery deadline will be an adequate amount of time to conduct and complete discovery.

6. No party will be prejudice by allowing this extension.

Respectfully submitted,
PLAINTIFFS,
By their attorney,

*[signature]*
Stephen A. Roach, BBO No. 542138
ROACH & WISE, LLP
31 State Street
Boston, MA 02109
(617) 723-2800

Dated: November 4, 2005

DEFENDANTS,
By their attorney,

*[signature]*
John F. Welsh, BBO No. 522640
BELLO, BLACK & WELSH, LLP
535 Boylston Street
Boston, MA 02166
(617) 247-4100