UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOSEPH ATTARDI, et al. | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 04 CV 10728 REK |
| | ) | |
| BAYER CORPORATION and | ) | |
| BAYER CORPORATION SEVERANCE | ) | |
| PAY PLAN, | ) | |
|     Defendants. | ) | |

**NOTICE OF APPEARANCE**

Please take note that the undersigned, Kevin R. Powers, hereby enters his appearance as counsel to the Defendants, AGFA Corporation and AGFA Corporation Severance Pay Plan, in the above-captioned matter.

                                                                               Respectfully submitted,

                                                                               /s/ Kevin R. Powers_____
                                                                               John F. Welsh, BBO # 522640
                                                                               Kevin R. Powers, BBO # 644635
                                                                               Bello, Black &Welsh LLP
                                                                               535 Boylston Street, Suite 1102
                                                                               Boston, MA  02116
                                                                               (617) 247-4100

Dated:  February 7, 2006