UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10728-REK

---

JOSEPH ATTARDI, MICHELINE AUGUSTA, FARAHILDA BET-EIVAZI, MARY B. BOGDAN, MARK BOWDIDGE, KAREN BROWN, MARIE BROWN, ROBERT BROWN, LARRY CELLAMARE, WAI NGAN CHAN, CAROL CHRISTIANSON, MARY JO CORCORAN, RICHARD COTE, CORRIE COTTRELL, CLARENCE COUPE, AROUSSIAK DAKESSAIN, RICHARD DEFRANCESCO, MARIA DEFRANCESCO, DAVID J. DOLAN, LISE DUPUIS, SANDRA COMEAU DUTCHER, KATHY ELY, VINNIE FIORILLA, STEVE FOURNIER, JEAN FRASER, GARY FRIZZELL, DIANA GLASSETT, FRED GLASSETT, BOONCHOO GRASSO, PHILLIP GREENE, BERTRAND GUILMETTE, PAULINE GUILMETTE, ALBERTA HEALEY, JEANNE HUFF, RICK JAKLE, ANITA KOPACZ, ALFRED LANGUIRAND, JANET E. LANOUE, JUDITH LA ROSA, EDMUND J. LASCELLES, JR., CLIFF LORD, III, PAT MABEY, TERESA C. ORNELAS, JANICE PARADIS, LINDA PARADIS, NORMAN PARENT, LONG T. PECK, DIANA PERREAULT, OUDOMPHONE PHOMMAHAXAY, RICHARD PICARD, NORMAN POULIN, MARIA REIS, MARK ROBERT, JOHN SABLOCK, BARBARA SANBORN, JOANNE SANZO, LINDA SAULNIER, JEANNE SKENE, ROBERT STIER, CATHERINE SWEENEY, PHAM VAN, DIANE WILLETTE, and
EDWARD R. WRIGHT

Plaintiffs,


BAYER CORPORATION, BAYER CORPORATION SEVERANCE PAY PLAN,

Defendants.

---

### FURTHER JOINT MOTION TO EXTEND TIME FOR DISCOVERY

The parties hereby jointly move that this Court amend the scheduling order in this matter to extend the period of discovery by ninety (90) more days, up to and including June 30, 2006 and other deadlines therein by a corresponding amount of time. Discovery is currently scheduled to be

complete by March 31, 2006.

In support of this Motion, the parties state the following:

1. The Court has granted three prior extensions of time to complete discovery. The first, as a result of the amount of time required to schedule and conduct a mediation due in part to the death of the initially-assigned mediator, U.S. District Judge David Mazzone. A mediation subsequently was conducted before Magistrate Judge Neiman.

2. The second extension of time to complete discovery was requested due to defense counsel's scheduling and work load requirements. As a "Chief Operating Partner" of Testa, Hurwitz & Thibeault, LLP which dissolved in January 2005, defense counsel is and has been actively involved in numerous post-dissolution activities of the firm.

3. The third extension was requested because Plaintiffs' counsel was in the process of preparing for two separate trials, the first was scheduled to begin in mid-November in the Suffolk Superior Court and the second was scheduled to begin in December in the Middlesex Superior Court. Given the amount of time required to prepare for and try the two cases, it became difficult to complete discovery in this matter.

4. Plaintiffs' counsel has an elderly parent who has recently been hospitalized and is extremely ill which will likely take him away from the office for an undetermined amount of time.

5. Plaintiffs' counsel has a trial scheduled to begin in early March in another matter.

6. As the parties have exchanged information, it has become apparent that several witnesses are no longer employed with the Defendants, and some reside outside of the Commonwealth of Massachusetts. Accordingly, more time is needed to coordinate and obtain their depositions.

7. In a good faith pursuit to advance the case, the parties are exchanging documents and

Answers to Interrogatories.

8. The parties believe that this instant request to extend the discovery deadline will be an adequate amount of time to conduct and complete discovery.

9. No party will be prejudiced by allowing this extension.

Respectfully submitted,
PLAINTIFFS,
By their attorney,

 s/Stephen A. Roach/mhf
Stephen A. Roach, BBO No. 542138
ROACH & WISE, LLP
31 State Street
Boston, MA 02109
(617) 723-2800

Dated: February 10, 2006

DEFENDANTS,
By their attorney,

 s/John F. Welsh/mhf
John F. Welsh, BBO No. 522640
BELLO, BLACK & WELSH, LLP
535 Boylston Street
Boston, MA 02166
(617) 247-4100