UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10728-REK

---

JOSEPH ATTARDI, MICHELINE AUGUSTA, FARAHILDA BET-EIVAZI, MARY B. BOGDAN, MARK BOWDIDGE, KAREN BROWN, MARIE BROWN, ROBERT BROWN, LARRY CELLAMARE, WAI NGAN CHAN, CAROL CHRISTIANSON, MARY JO CORCORAN, RICHARD COTE, CORRIE COTTRELL, CLARENCE COUPE, AROUSSIAK DAKESSAIN, RICHARD DEFRANCESCO, MARIA DEFRANCESCO, DAVID J. DOLAN, LISE DUPUIS, SANDRA COMEAU DUTCHER, KATHY ELY, VINNIE FIORILLA, STEVE FOURNIER, JEAN FRASER, GARY FRIZZELL, DIANA GLASSETT, FRED GLASSETT, BOONCHOO GRASSO, PHILLIP GREENE, BERTRAND GUILMETTE, PAULINE GUILMETTE, ALBERTA HEALEY, JEANNE HUFF, RICK JAKLE, ANITA KOPACZ, ALFRED LANGUIRAND, JANET E. LANOUE, JUDITH LA ROSA, EDMUND J. LASCELLES, JR., CLIFF LORD, III, PAT MABEY, TERESA C. ORNELAS, JANICE PARADIS, LINDA PARADIS, NORMAN PARENT, LONG T. PECK, DIANA PERREAULT, OUDOMPHONE PHOMMAHAXAY, RICHARD PICARD, NORMAN POULIN, MARIA REIS, MARK ROBERT, JOHN SABLOCK, BARBARA SANBORN, JOANNE SANZO, LINDA SAULNIER, JEANNE SKENE, ROBERT STIER, CATHERINE SWEENEY, PHAM VAN, DIANE WILLETTE, and
EDWARD R. WRIGHT

Plaintiffs,


BAYER CORPORATION, BAYER CORPORATION
SEVERANCE PAY PLAN,

Defendants.

---

### PLAINTIFFS' ASSENTED TO MOTION TO EXTEND TIME FOR DISCOVERY

The Plaintiffs hereby move that this Court amend the scheduling order in this matter to extend the period of discovery, and the other deadlines correspondingly, by ninety (90) more days, up to and including September 29, 2006 and other deadlines therein by a corresponding amount of

time. Discovery is currently scheduled to be complete by June 30, 2006.

In support of this Motion, the Plaintiffs state the following:

1. **The Court has granted prior extensions of time to complete** discovery. The first, as a result of the amount of time required to schedule and conduct a mediation due in part to the death of the initially-assigned mediator, U.S. District Judge David Mazzone. A mediation subsequently was conducted before Magistrate Judge Neiman.

2. The second extension of time to complete discovery was requested due to defense counsel's scheduling and work load requirements. As a "Chief Operating Partner" of Testa, Hurwitz & Thibeault, LLP which dissolved in January 2005, defense counsel was actively involved in numerous post-dissolution activities of the firm.

3. The third extension was requested because Plaintiffs' counsel was in the process of preparing for two separate trials, the first was scheduled to begin in mid-November in the Suffolk Superior Court and the second was scheduled to begin in December in the Middlesex Superior Court. Given the amount of time required to prepare for and try the two cases, it became difficult to complete discovery in this matter.

4. The fourth extension was requested because Plaintiffs' counsel had an elderly parent who had recently become ill and was hospitalized which was likely going to take counsel away from the office for an undetermined amount of time. Plaintiffs' counsel also had a trial scheduled to begin in early March in another matter.

5. Recently, Plaintiffs' counsel's elderly parent again became gravely ill and passed away and kept Plaintiffs' counsel away from the office for a considerable amount of time.

6. Some depositions have been completed and the parties have discovered that there are

additional witnesses to be deposed, including some witnesses who may be out of state, and need more time to potentially complete these additional depositions if needed. Accordingly, more time may be needed to complete their depositions.

7. In a good faith pursuit to advance the case, the parties are exchanging and reviewing documents.

8. The parties believe that this instant request to extend the discovery deadline will be an adequate amount of time to conduct and complete discovery. No further requests for an extension of time is anticipated.

9. No party will be prejudiced by allowing this extension.

10. The Defendants have assented to the allowance of this motion.

Respectfully submitted,
PLAINTIFFS,
By their attorney,


 s/Stephen A. Roach/mhf
Stephen A. Roach, BBO No. 542138
ROACH & WISE, LLP
31 State Street
Boston, MA 02109
(617) 723-2800

Dated: May 5, 2006

Assented to:
DEFENDANTS,
By their attorney,


 s/John F. Welsh/mhf
John F. Welsh, BBO No. 522640
BELLO, BLACK & WELSH, LLP
535 Boylston Street
Boston, MA 02166
(617) 247-4100

## CERTIFICATE OF SERVICE

    I, Stephen A. Roach, Attorney for the Plaintiffs, hereby certify that on May 5, 2006 I served the Defendants with the within document by causing copies of same to be mailed to their counsel of record by first class mail.

                                             s/Stephen A. Roach/mhf
                                             Stephen A. Roach