UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH ATTARDI, et al.<br>    Plaintiffs,<br><br>v.<br><br>BAYER CORPORATION and<br>BAYER CORPORATION SEVERANCE<br>PAY PLAN,<br>    Defendants. | Civil Action No.: 04-10728-WGY |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned counsel, Kevin R. Powers, hereby provides notice of withdrawal as counsel for Defendants AGFA Corporation and AGFA Corporation Severance Pay Plan in accordance with Local Rule 83.5.2(c). Counsel represented Defendants while employed by Bello, Black & Welsh, LLP; however, he is leaving their employ to pursue an employment opportunity with another law firm in Boston, Massachusetts. Defendants continue to be represented by John F. Welsh, Bello, Black & Welsh, LLP, 535 Boylston Street, Suite 1102, Boston, Massachusetts 02116. It is my understanding that (i) there are no motions pending before the court; (ii) no trial date has been set; and (iii) no hearings or conferences are presently scheduled. This Notice has been served on counsel for all parties and the Defendants.

Respectfully submitted,
Former Counsel for Defendants,

/s/ Kevin R. Powers

Kevin R. Powers, BBO # 644635
Bello Black & Welsh LLP
535 Boylston Street, Suite 1102
Boston, Massachusetts 02116
(617) 247-4100

Dated: September 26, 2006