UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10728-WGY

---

JOSEPH ATTARDI, MICHELINE AUGUSTA, FARAHILDA BET-EIVAZI, MARY B. BOGDAN, MARK BOWDIDGE, KAREN BROWN, MARIE BROWN, ROBERT BROWN, LARRY CELLAMARE, WAI NGAN CHAN, CAROL CHRISTIANSON, MARY JO CORCORAN, RICHARD COTE, CORRIE COTTRELL, CLARENCE COUPE, AROUSSIAK DAKESSAIN, RICHARD DEFRANCESCO, MARIA DEFRANCESCO, DAVID J. DOLAN, LISE DUPUIS, SANDRA COMEAU DUTCHER, KATHY ELY, VINNIE FIORILLA, STEVE FOURNIER, JEAN FRASER, GARY FRIZZELL, DIANA GLASSETT, FRED GLASSETT, BOONCHOO GRASSO, PHILLIP GREENE, BERTRAND GUILMETTE, PAULINE GUILMETTE, ALBERTA HEALEY, JEANNE HUFF, RICK JAKLE, ANITA KOPACZ, ALFRED LANGUIRAND, JANET E. LANOUE, JUDITH LA ROSA, EDMUND J. LASCELLES, JR., CLIFF LORD, III, PAT MABEY, TERESA C. ORNELAS, JANICE PARADIS, LINDA PARADIS, NORMAN PARENT, LONG T. PECK, DIANA PERREAULT, OUDOMPHONE PHOMMAHAXAY, RICHARD PICARD, NORMAN POULIN, MARIA REIS, MARK ROBERT, JOHN SABLOCK, BARBARA SANBORN, JOANNE SANZO, LINDA SAULNIER, JEANNE SKENE, ROBERT STIER, CATHERINE SWEENEY, PHAM VAN, DIANE WILLETTE, and
EDWARD R. WRIGHT

Plaintiffs,

v.

BAYER CORPORATION, BAYER CORPORATION
SEVERANCE PAY PLAN,

Defendants.

---

## JOINT NOTICE AS TO MEDIATION

The parties hereby jointly notify the Court that as of this date the parties, after consultation with their respective counsel, could not agree to mediate this matter. Even so, the parties, through their counsel, do understand the value and availability of mediation as a means to come to a potential resolution of this matter. In that regard, the parties will confer once again in the future as to

1

mediation after discovery is completed.

If the parties come to an agreement to mediate, they have selected in Boston a private mediator who has indicated a willingness, ability, and availability to mediate this matter.

Respectfully submitted,

| PLAINTIFFS, | DEFENDANTS, |
|---|---|
| By their attorney, | By their attorney, |
| s/Stephen A. Roach/sar | s/John F. Welsh/sar |
| Stephen A. Roach, BBO No. 542138 | John F. Welsh, BBO No. 522640 |
| ROACH & WISE, LLP | BELLO, BLACK & WELSH, LLP |
| 31 State Street | 535 Boylston Street |
| Boston, MA 02109 | Boston, MA 02166 |
| (617) 723-2800 | (617) 247-4100 |

Dated: November 7, 2006