UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10728-WGY

---

JOSEPH ATTARDI, ET ALS.

Plaintiffs,

v.

BAYER CORPORATION, BAYER CORPORATION SEVERANCE PAY PLAN,

Defendants.

---

**PLAINTIFFS' LIMITED OPPOSITION TO DEFENDANTS' MOTION TO POSTPONE OUT-OF-STATE DEPOSITIONS UNTIL PRIOR TO TRIAL**

As the Plaintiffs' counsel advised the Defendants' attorney, the Plaintiffs have no objection to the Defendants conducting the depositions the Defendants' seek with the following two (1 and 2 below) conditions:

1. If the witnesses are not deposed in Boston, (1) the depositions are conducted by telephone, (2) the telephone depositions are at the Defendants' cost, including telephone charges, and (3) the Defendants copy and make previously marked deposition exhibits available to the deponents. The Plaintiffs' counsel does not wish to incur the burden of flying across country for multiple depositions shortly before trial.

2. The Plaintiffs be afforded the right to similarly conduct further depositions if the three prospective deponents identify other material witnesses during their depositions.

3. Furthermore, the Plaintiffs' attorney did not initially unconditionally agree to the

1

Defendants' motion and then later add conditions. The conditions, especially number 2 above, initially were communicated to the Defendants' counsel. Since the Defendants filed their motion, counsel for the parties conferred once again and in agreement as to the above conditions. Defendants' counsel misunderstood the conditions Plaintiffs' counsel requested.

                                      THE PLAINTIFFS,
                                      By their attorney,

                                      Stephen A. Roach, BBO No. 542138
                                      ROACH & WISE, LLP
                                      50 Congress Street, Suite 400
                                      Boston, MA 02109-4061
                                      (617) 723-2800

Dated: January 3, 2007

### CERTIFICATE OF SERVICE

I, Stephen A. Roach, Attorney for the Plaintiffs, hereby certify that on January 3, 2007 I served the Defendants with the within document by causing copies of same to be mailed to their counsel of record by first class mail by the Court's e-filing system.

                                      Stephen A. Roach