

# *Your* **Benefits**

# *A Summary Plan Description*







# Contents

Introduction

Your medical benefits

Your dental benefits

Your spending accounts

Your employee and family
assistance program benefits

Your disability benefits

Your life insurance benefits

Your savings plan benefits

Your pension benefits

Your other benefits

Your severance pay benefits

Administrative information

# Introduction



Dear Employee:

We are pleased to provide you with this Summary Plan Description (SPD), which describes the company's benefit programs.

We are providing you with this book for several reasons. Our objective is to provide you and your family with a comprehensive, easy-to-understand, valuable source of general information about your benefits. In addition, the company is required by law to provide each employee who is a participant in the benefit programs with a document that describes each benefit plan.

By giving you all of your benefits information in one document, we hope to make this SPD easy for you to use. We hope you will use this SPD as a reference tool when you have questions about your benefits or when you need to make benefits decisions.

John W. Schulz

Vice President
Benefits, Compensation, EEO
HRIS, International and Policies

# *Introduction* (*continued*)

INTRODUCTION

*This Summary Plan Description can be a helpful reference tool when you have questions about your benefits, or you have to make benefits decisions and want more information before you make them.*

Your local human resources or benefits representative also is available to answer your questions. However, this Summary Plan Description can give you many answers without waiting, and in more detail. And, there are circumstances where you or your spouse may be dealing with individuals other than your local human resources or benefits representative—like your doctor, pharmacy, hospital, dentist, local Social Security office, income tax preparer, or financial advisor. In these circumstances, it will be very helpful for you to have access to information about your benefits.

If there are any discrepancies between this book and the official written plan documents, the plan documents will govern.

## How should you use this book?

This book is divided into sections. Each section summarizes a different benefit plan or program. To help you find information quickly and easily, this book is organized as follows:

- The general table of contents at the beginning of this book lists the main sections in the book.

- A detailed table of contents is included at the beginning of each section to help you find the specific benefit information you need.

- Colored tabs along the edge of each page can help you find individual sections quickly and easily.

In some instances, not all benefits apply to all affiliated organizations. If you have any questions about this book or the plans described here, please contact your local human resources or benefits representative.



*Your severance pay benefits*

SEVERANCE BENEFITS

# Your severance pay benefits

............................................................SEV 1

............................................................SEV 2
Who's eligible ...........................................SEV 2
Ineligible employees  ................................SEV 2
Plan cost .................................................SEV 2

............................................................SEV 3
When benefits are paid ............................SEV 3
When benefits are not paid  .....................SEV 4

............................................................SEV 5
Definition of pay ......................................SEV 5
Payment schedule ...................................SEV 5
Amount of severance benefits ...................SEV 6
    If you are a former Sterling Winthrop employee ..................SEV 6
How benefits are paid ..............................SEV 6
Termination of severance benefits ............SEV 6
Death benefit ..........................................SEV 7
If you are rehired ....................................SEV 7
Notification .............................................SEV 7

............................................................SEV 8
Flexible benefits ......................................SEV 8
    If your severance benefit is paid as a lump sum ..................SEV 8
    If your severance benefit is not paid as a lump sum ..................SEV 8
Other welfare benefits ..............................SEV 9
Retirement benefits .................................SEV 9
    If you are a former Sterling Winthrop employee ..................SEV 9

............................................................SEV 10
When you retire .......................................SEV 10

............................................................SEV 11

SEVERANCE BENEFITS

ADMINISTRATIVE INFO

# Introduction



*If you are eligible, the Severance Pay Plan may provide income if your employment terminates under certain circumstances.*

The Severance Pay Plan is designed to provide income to you if your employment with the company ends under certain circumstances and you are eligible for severance benefits. If this happens, your pay will continue for a specific period of time, based on your length of service. And, some of your other company benefits may continue as well.

If you have any questions regarding your rights to benefits, check with your local human resources or benefits representative.

**SEVERANCE BENEFITS**

# Plan participation and cost



If you are eligible, coverage under the Plan begins on your first active day at work.

### Who's eligible

If you are a regular nonbargaining unit employee of the company, and you are scheduled to work at least 20 hours per week, you are eligible for the Severance Pay Plan. Coverage begins on your first active day at work.

### Ineligible employees

The following groups of employees are ineligible for severance benefits:

- Casual employees;

- Seasonal employees;

- Student interns;

- Work study students;

- Temporary employees;

- Contract and independent contract employees;

- Leased employees; and

- Employees hired on a short-term basis (typically six months or less).

The company also may exclude any employee who is covered under an international transfer policy and who participates in a similar plan with a related employer.

The company in its sole discretion will determine whether you are included in an ineligible group.

Employees of Rhein Chemie are not eligible to participate in this Plan.

### Plan cost

The company pays the full cost of the Severance Pay Plan with money from the company's general assets.

SEVERANCE BENEFITS

# *Benefit eligibility*

*If your employment with the company is terminated, you may be eligible to receive severance pay benefits*

## When benefits are paid

You may receive severance benefits if your employment is terminated by the company under certain circumstances. The plan administrator determines whether the circumstances surrounding your termination make you eligible to receive benefits under the Plan.

To be eligible to receive benefits, the plan administrator must determine that your termination is involuntary and is due to one of the following reasons:

- Declining business conditions;

- Elimination of your position with the company;

- Unavailability of a position upon your return from an approved medical leave;

- Discontinuation or relocation of operations;

- Your inability to meet the requirements of your position; or

- Any other reason that the plan administrator determines makes you eligible to receive severance benefits.

In order to receive benefits, you must agree to:

- Return any company property in your possession;

- Hold confidential all information about the company, including information about the company's business, employees, operations, and finances;

- Cooperate to help ease the transition of the responsibilities of your position, including being available to answer questions and give assistance after your employment ends;

- Sign any forms required by the plan administrator, including a general release of liability for all claims; and

- Comply with any additional requirements included in your employment contract or employee agreement.

If the plan administrator determines that you did not comply with any of these conditions, your severance pay benefits may be discontinued, or you may be required to repay any benefits you have received. If your severance pay benefits are discontinued, you are still obligated by any agreement you may have signed, such as the general release of liability.

SEVERANCE BENEFITS

## *Benefit eligibility (continued)*

### When benefits are not paid

You will not be eligible for benefits if the plan administrator determines that:

- You are dismissed for cause—for example, your termination is based on theft, lying, insubordination, violation of safety rules, disclosure of confidential information about the company, assisting in any way any person or entity that competes with the company, conviction of a felony, or any other reason which the plan administrator determines to be for cause;

- You choose to leave the company;

- You become disabled, die or retire;

- You don't return to work from an approved medical leave of absence (unless no job is available for you when you return);

- You return from a personal leave of absence and a position is not available for you;

- You are on a temporary layoff;

- The company offers you a comparable position (even if you choose not to accept it);

- The division of the company you work for or the company itself is sold or divested and you either:

  - become an employee of the new owner, or

  - the new owner offers you continuing employment in a comparable position (even if you choose not to accept it);

- The premises, products, processes, or other activities of the division you work for are relocated, assigned, sold, leased, licensed, or subcontracted, and you are offered a comparable position (even if you choose not to accept it);

- The plan administrator determines that you are not eligible for benefits; or

- The Plan is ended or modified.

A "comparable position" is defined as employment that:

- Does not require you to commute 35 or more miles farther than you did prior to your termination; and

- Is at a wage or salary level (determined without regard to employee benefits) equal to or greater than your wage or salary level on the date of your termination.

If you accept a new position, regardless of whether it is a comparable position, you will not be eligible for severance benefits with respect to your prior position, even if that position was eliminated. Generally, you accept a new position when you agree to assume the new position.

# *Benefit amounts*



*The amount of severance pay benefits you may be eligible to receive depends on your length of service.*

The Severance Pay Plan continues your base pay for a certain period of time if your employment with the company is terminated under certain circumstances.

## Definition of pay

For the purposes of this Plan, your "pay" is considered your base salary on the date your employment is terminated.

"Base salary" is your base annual compensation, plus any before-tax contributions you make to the Savings Plan or Flexible Benefits Program, plus (if applicable) extra pay for facilitator, shift work, group leader, foreperson, security supplement, bilingual differential, or stipend. It excludes rewards, prizes, gifts, unearned income, bonuses, overtime pay, call-in pay, allowances for expenses or other purposes, production profit, or other variable factors.

If you are a salesperson and receive commissions, your "base salary" is considered to be your base salary plus commissions earned over the preceding 12 months.

## Payment schedule

The length of time you receive severance pay depends on your length of service, as shown in the following chart:

| If your service with the company is: | Your severance pay will continue for: |
|---|---|
| Less than 3 years | 4 weeks |
| 3 full years | 6 weeks |
| 4 full years | 8 weeks |
| 5 full years | 10 weeks |
| 6 full years | 12 weeks |

For each additional full year of service, you will receive an additional two weeks of severance pay (for instance, if you have seven years of service, your severance pay will continue for 14 weeks; if you have eight years of service, your severance pay will continue for 16 weeks, and so on).

**SEVERANCE BENEFITS**

SEV 5

# Benefit amounts (continued)

A "year of service" is measured as the number of months you actively render service to the company or a participating employer (whether that service is full-time or part-time), divided by 12, rounded down to the closest full year (for instance, 102 months of actively rendered service would equal eight years of service). Years of service also include any time you receive disability benefits, as well as any period of time you are given with respect to notice of your termination.

## Amount of severance benefits

The amount of your severance pay benefit payable under the Plan will be equal to your base salary (as defined above) continued for the number of weeks noted in the payment schedule. In addition to receiving your base salary for a specified time period, you also will receive a lump-sum payment for vacation time you earned but did not take before your employment was terminated. Also, if you are not given appropriate notice of your termination, you may be eligible to receive an additional payment in lieu of that notice.

Any severance benefits paid under this Plan are considered a part of, and not in addition to, any benefits that may be payable under the Worker Adjustment and Retraining Notification Act.

Your severance pay benefits are considered taxable income. The company will withhold all applicable taxes required by federal, state, and local governments. Deductions will continue to be made for any contributory employee benefit plans for which you are eligible during the severance pay period. Also, if for any reason you owe money to the company when your employment is terminated, your severance benefits will be reduced by that amount.

*If you are a former Sterling Winthrop employee*

If your last day of work is on or before November 1, 1996, you will be paid the Sterling Winthrop benefit in lieu of the Bayer benefit.

## How benefits are paid

Severance benefits usually are paid according to your regular pay schedule. You may request from the plan administrator that

payment be made in a lump sum, but your request must be approved by the plan administrator before a lump-sum payment can be made. The payment of severance benefits in a lump sum affects the continuation of other benefits. Refer to "Effect on other benefits," later in this section, for more details.

## Termination of severance benefits

Severance payments may end if you do not follow the eligibility conditions set by the plan administrator. Benefits also may end if you do not accept reemployment with the company or an affiliate of the company that:

- Does not require you to commute 35 or more miles farther than you did prior to your termination;

- Is at the same or greater pay level you attained prior to your termination; and

- Is in a position comparable to the position you held prior to your termination, as determined by the plan administrator.

# Benefit amounts (continued)

### Death benefit

If you die while you are receiving benefit payments from this Plan, the remainder of your severance benefit payments will be made in a lump sum to your beneficiary. For purposes of this Plan, your beneficiary is the same as under your company-provided life insurance.

If you die and you have not named a beneficiary, or your beneficiary dies before you do, benefits from this Plan will be paid to your surviving spouse. If you do not have a surviving spouse, benefits will then be paid to your estate.

### If you are rehired

If you are receiving severance pay benefits and you are rehired by the company or an affiliate of the company, your severance pay benefits will stop on the date you are rehired.

If you are rehired after you have received your severance pay benefit as a lump sum, you will be required to repay the difference between the amount of severance benefits received as a lump sum and the amount you would have received between the date your employment ended and the date you are rehired.

Any amounts you are required to repay will be deducted from your paycheck according to a reasonable schedule.

If you again become eligible for severance pay benefits because of a subsequent termination of employment within two years of the date you were reemployed, your severance pay will be calculated based on your original date of hire minus any severance pay you received as a result of the prior termination.

### Notification

If you become eligible for severance benefits, you will be notified by your local human resources or benefits representative and you'll be provided with all the necessary forms to complete.

If you are eligible for benefits under the Severance Pay Plan, you'll receive a minimum of two weeks' notice before your employment is terminated unless you are on probation at the time notice would otherwise be given. In some cases, instead of giving you two weeks' notice, you may receive two weeks' pay in addition to any severance benefits.

# *Effect on other benefits*

*This section describes what happens to your other benefits when you receive severance benefits.*

If you become eligible to receive severance benefits under this Plan, your participation in other company-sponsored benefit plans may be affected.

## Flexible benefits

### *If your severance benefit is paid as a lump sum*

If you receive your severance benefit payments in a single lump sum, medical, dental, life insurance, and accidental death and dismemberment coverage and your Spending Account participation end on the later of:

- The last day of the month in which you were actually at work; or

- The last day of the month in which your notice period ends.

### *If your severance benefit is not paid as a lump sum*

If you do not receive your benefit payments as a lump sum, and you were eligible to participate in these Plans on the last day you were actually at work, or the last day of your notice period, if later, your eligibility

for participation in the following Plans can continue as long as you are receiving severance benefits, assuming the company continues to offer these Plans to active employees:

- Medical (including the EAP);

- Dental;

- Life insurance;

- Accidental death and dismemberment insurance; and

- Spending Accounts.

You'll be eligible for the same coverage under these Plans as you were as an active employee. Any required contributions for these Plans will be deducted from your severance benefit payments as they were from your regular pay.

Employees who are retirement-eligible and who choose to take monthly severance payments can add or delete dependents to or from their medical coverage during the severance period. When severance payments end and retiree medical coverage begins, eligible dependents can be covered under retiree medical provided they are eligible on the last day of the severance period.

SEVERANCE BENEFITS

# Effect on other benefits (continued)

## Other welfare benefits

Regardless of the payment form you choose, participation in disability and all other company-sponsored welfare benefits ends on your last actual day of work.

When your severance benefit payments end, you may be eligible to continue medical, dental and Health Care Spending Account coverage at your own expense under the Consolidated Omnibus Budget Reconciliation Act (COBRA). The period of time during which you are eligible to continue your group health coverage under COBRA will begin on the first day of the month following the later of the last day of the month in which you were actually at work, or the last day of the month in which your notice period ends, even if you don't receive your severance benefits in a lump sum. You also may be eligible to convert your group life insurance to an individual policy. See the sections of this book that describe these benefits or contact your local human resources or benefits representative for more details.

## Retirement benefits

If you are in the company Pension or Savings Plan but are not vested, you will be automatically vested as of your last actual day of work, or at the end of your notice period, if later, provided you would have become vested had you continued to work through your severance pay period. The calculation of your benefit under the Pension Plan will not include severance pay or benefit service for the severance pay period.

If you are eligible to retire as of your termination date, you may elect to begin receiving your Pension Plan benefits at any time during your severance pay period, or later.

All employee and employer contributions and loan repayments to the Savings Plan or other company-sponsored retirement plans also end on the last actual day of work or at the end of your notice period, if later.

If you would otherwise be eligible for retiree medical and life insurance benefits, and are age 55 but do not have 10 years of service as of your last actual day of work, or at the end of your notice period, if later, you will qualify for these benefits if you would have had 10 years had you continued to work to the end of your severance pay period. This is used only to qualify for Plan participation. In any event, if you are already eligible, service under severance is not counted and is not used in the calculation of points toward retiree medical premiums or life insurance benefits.

### If you are a former Sterling Winthrop employee

If you receive Sterling Winthrop severance benefits, you will not be eligible for vesting under the Pension Plan.

SEVERANCE PAY

# Situations affecting plan benefits

*You should be aware of certain situations that could affect your Severance Pay Plan benefits.*

In addition to what has been stated elsewhere, the following could affect benefits from the Severance Pay Plan, as summarized here:

- If you don't properly provide the necessary information, or comply with the conditions and requirements specified in the Severance Pay Plan, benefits may be delayed or denied.

- If you fail to keep your current address on file, and the company cannot locate you or your beneficiary, your benefit payment may be delayed. You are responsible for notifying the company of a change in address.

- Coverage under this Plan ends when your severance benefit payments end, if you do not meet the eligibility conditions, if you do not accept reemployment, or if the Plan is ended.

- Benefits received under this Plan are subject to income and employment taxes, which must be withheld by the company.

## When you retire

When you voluntarily terminate employment in order to retire, your eligibility for severance benefits ends on your last actual day of work.

rev. 10

# *If the plan is ended or modified*

*The company has the right to end, suspend, or amend the Severance Pay Plan.*

The company or its designee, by action of its Board of Directors, reserves the right to end, suspend, or amend the Severance Pay Plan at any time, in whole or in part. If material changes are made in the future, you will be notified of them.

**SEVERANCE BENEFITS**



Administrative information

# Administrative information



As an employee of the company, you have a right to general administrative information about your benefit plans. That information is included in this section.

## General administrative information

### Plan administrator and sponsor

The plan administrator and sponsor for the benefit plans described in this book is Bayer Corporation, 500 Grant Street, One Mellon Center, Pittsburgh, Pennsylvania, 15219-2507, phone 1-412-394-5500.

Bayer Corporation will carry out its responsibility to administer and interpret the Plans and make the final decision on such issues as eligibility and payment of benefits through the Benefit Administration Committee. However, most of your day-to-day questions will be answered by your local human resources or benefits representative.

Bayer Corporation shall have the exclusive discretionary right to interpret the terms and provisions of the Plans and to determine any and all questions arising under the Plans or in connection with the administration thereof, including, without limitation, the right to remedy or resolve possible ambiguities, inconsistencies, or omissions, by general rule or particular decision.

### Plan number

Documents and reports for the Plans described in this book are filed with the U.S. Department of Labor under two numbers: the company's Employer Identification Number (EIN) and the Plan Number (PN).

The EIN for Bayer Corporation is 25-1339219.

The Plan Numbers are listed in the "Additional administrative information" chart beginning on the next page.

### Plan type

The plan type for each Plan described in this book is listed in the "Additional administrative information" chart.

### Plan year

The plan year for your benefits is January 1 through December 31.

### Agent for service of legal process

Any service for legal process should be sent to the plan administrator at the address at the beginning of this page.

Legal process for the Savings Plan and the Pension Plan also may be served on the plan trustees identified in the "Additional administrative information" chart.

ADMINISTRATIVE INFO

# *Administrative information* (continued)

| | | | | | |
|---|---|---|---|---|---|
| | | **Additional administrative information** | | | |
| Benefit area | Official plan name | Plan type | Claims administrator and/or plan trustee | Benefit payment | Plan number |
| Medical | Bayer Corporation Health Care Benefits Plan | Welfare | Connecticut General Life Insurance Company (CIGNA) 80 Spring Lane Plainville, CT 06062<br><br>Mellon Bank, N.A. (trustee) One Mellon Center Pittsburgh, PA 15258-0001 | Benefits paid from general company assets and trust | 508 |
| Dental | Bayer Corporation Health Care Benefits Plan | Welfare | Connecticut General Life Insurance Company (CIGNA)<br><br>Mellon Bank, N.A. (trustee) | Benefits paid from general company assets and trust | 508 |
| Health Care Spending Account | Bayer Corporation Flexible Benefits Plan | Welfare | Connecticut General Life Insurance Company (CIGNA) | Benefits paid from general company assets | 511 |
| Long-Term Disability | Bayer Corporation Disability Plan | Welfare | Northwestern National Life Insurance Company 100 North Field Drive, Suite 250 Lake Forest, IL 60045<br><br>Mellon Bank, N.A. (trustee) | Benefits paid from general company assets and trust | 510 |
| EAP | Employee and Family Assistance Program | Welfare | Bayer Corporation | Benefits paid from general company assets | 501 |

ADMINISTRATIVE INFO

# *Administrative information* (continued)

## Additional administrative information

| Benefit area | Official plan name | Plan type | Claims administrator and/or plan trustee | Benefit payment | Plan number |
|---|---|---|---|---|---|
| **Life Insurance** *(employee life, spouse life, dependent child life, business travel accident and AD&D insurance)* | Bayer Corporation Life Insurance Plan | Welfare | *Claims administrator for employee life, spouse life, dependent child life, and AD&D insurance:* The Prudential Insurance Company of America Central Group Operations P.O. Box 950 Horsham, PA 19044-0950<br><br>*Claims administrator for business travel accident insurance:* Life Insurance Company of North America 525 West Monroe Street, Suite 1800 Chicago, IL 60661 | *Employee life, spouse life, dependent child life, and AD&D benefits paid by:* The Prudential Insurance Company of America<br><br><br>*Business travel accident insurance benefits paid by:* Life Insurance Company of North America | 501 |
| **Savings** | Bayer Corporation Employee Savings Plan | Thrift Savings and 401(k) | Vanguard Fiduciary Trust Company 1400 Morris Drive Wayne, PA 19087 (trustee)<br><br>*Co-trustee (for participants in Puerto Rico):* Banco Popular de Puerto Rico P.O. Box 362708 San Juan, PR 00936-2708 | All benefits paid through the Bayer Corporation Savings Trust | 333 |
| **Pension** | Bayer Corporation Pension Supplement No. 2 | Defined Benefit | Mellon Bank, N.A. (trustee) | All benefits paid through the Bayer Corporation Master Retirement Trust | 019 |
| **Severance** | Bayer Corporation Severance Pay Plan | Welfare | Bayer Corporation | Benefits paid from general company assets | 501 |

# *Your rights under ERISA*



By law, you have certain rights as a participant in the company's benefit plans.

As a participant in most of the benefit plans described in this book, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). Benefits not listed in the "Additional administrative information" chart, such as the Dependent Day Care Spending Account, Short-Term Disability Plan, Adoption Benefit Plan, educational loan programs, Merit Scholarship Program, Student Exchange Program, and Employee Hospital Audit Reward Program are not subject to ERISA requirements.

## The rights of plan participants

Under ERISA, Plan participants are entitled to:

• Examine, without charge at the plan administrator's office and/or the local human resources or benefits representative's office, all official plan documents (including insurance contracts) and copies of all documents filed with the U.S. Department of Labor, such as detailed Summary Annual Reports and Summary Plan Descriptions.

• Obtain copies of all official plan documents and other plan information upon written request to the plan administrator. The plan administrator may charge a reasonable fee for the copies.

• Receive a summary of each Plan's annual financial report.

• Obtain a statement telling you whether you have a right to receive a pension at normal retirement age and if so, what your benefits would be at normal retirement age if you stop working under the Pension Plan now. If you do not have a right to a pension, the statement will tell you how many more years you have to work to earn a right to a pension. This statement must be requested in writing and is not required to be given more than once a year. The Plan must provide the statement free of charge.

You also have the right to expect "fiduciaries"—the people who are responsible for the management of the Plans—to act prudently and to act in the interest of you and other Plan participants and beneficiaries.

# *If a claim is denied*



*If a claim is denied for any reason, you're entitled to a formal review*

If for some reason your claim for benefits under a company Plan is denied, formal procedures have been developed so that you can appeal the decision.

If a claim is denied in whole or in part, you will receive a written notification of the denial within 90 days after filing. Special circumstances may require this 90-day period to be extended to 180 days. The notice will explain:

* The reasons for the denial;

* The Plan provisions on which it is based;

* Any additional material or information needed to make the claim acceptable and the reason it is necessary; and

* The procedure for requesting a review of the claim.

If for some reason you receive no response within 90 days, or within 180 days if you have been notified of an extension, you should consider your claim denied.

To have your claim reconsidered, you should first contact the outside claims administrator, if different from the company. (The claims administrators are listed on the chart called "Additional administrative information" earlier in this section.)

If your claim is again denied, you are entitled to a review of the denial by the plan administrator. Within 60 days after receiving the denial, you or your representative may:

* Submit a written request to the plan administrator for a review of the denial;

* Look at relevant Plan documents; or

* Submit issues and comments in writing.

Within 60 days after your request for review is received, a decision on the review normally will be made. Special circumstances may require this period to be extended to 120 days. You will receive a copy of the decision in writing, including the specific reasons for it and references to the Plan provisions on which it is based.

If for some reason you receive no response within 60 days of making a request for a review, or by the end of any extension period, you should consider your claim denied.

Any questions about the procedures for requesting or processing a review should be addressed to your local human resources or benefits representative.