# ROACH & WISE LLP

**Attorneys at Law**
31 State Street
Boston, Massachusetts 02109-2705

Telephone 617-723-2800
Facsimile 617-723-4313

Stephen A. Roach
roach@roachwise.com

April 5, 2002

**BY CERTIFIED MAIL - (ARTICLE NUMBER: 7000.1670.0000.7549.9715)**

Mr. Heikke Koskimies
President
Agfa Corporation
100 Challenger Road
Ridgefield Park, NJ 07660

VIA: C T Corporation System
     101 Federal Street
     Boston, MA 02110

Dear Mr. Koskimies:

I represent 64 former Agfa Corporation employees.[1]

My Clients claim that Agfa violated the Employee Retirement Income Security Act of 1974 ("ERISA") when Agfa failed to pay severance benefits to my Clients when Agfa sold my Clients' department, the so-called "Board Shop," to a third party.

The factual/legal basis for my Clients' ERISA claims are as follows:

1.   ERISA prohibits employers, like Agfa, from administering severance benefit plans in an inconsistent manner.[2]

2.   When Agfa sold the Board Shop to a third party, Agfa <u>denied</u> my Clients' claims for severance benefits.  In denying said claims, Agfa apparently interpreted its severance benefit plan to provide, in essence, that an employee is not entitled to receive severance benefits if the department such employee works for is sold and such employee becomes an employee of the buyer.

---

[1]     <u>See</u> Attachment 1, which identifies each of my Clients by name.

[2]     <u>See</u> <u>generally</u> ERISA Practice and Procedure, § 8:14, at pp. 8-81 - 8-82.

Mr. Heikke Koskimies
April 5, 2002
Page 2 of 2

3. However, when Agfa sold another of its departments, the so-called "Machine Shop," to Olympic Engineering Service, Agfa **allowed** its Machine Shop employees' claims for severance benefits. In allowing said claims, Agfa apparently interpreted the exact same severance benefit plan referenced in Paragraph 3, above, to provide, in essence, that an employee is entitled to receive severance benefits if the division such employee works for is sold and such employee becomes an employee of the buyer.

4. Accordingly, Agfa inconsistently interpreted its severance benefit plan to the detriment of my Clients.

5. Therefore, pursuant to 29 USC §1132(a)(1)(B), my Clients are entitled to recover all severance benefits due them.

I do understand, however, that although Agfa informally denied my Clients' claims for severance benefits, Agfa has never formally done so.

The purpose of this letter, then, is to ask that Agfa either (1) agree to immediately pay all severance benefits due my Clients or (2) that Agfa promptly, and formally, deny my Clients' claims for severance benefits. If Agfa opt to deny my Clients' claims, Agfa may send its notices of denial to my attention at the above address. In such case, please advise me of any and all administrative remedies available to my Clients, so that they can exhaust those, if necessary, before filing suit.

Thank you for your attention to this matter.

Very truly yours,

Stephen A. Roach

SAR/dw
Attachment
cc: Clients

## ATTACHMENT 1

1. Joseph Attardi
2. Micheline Augusta
3. Farahilda Bet-Eivazi
4. Mary Bogdan
5. Mark Bowdidge
6. Karen Brown
7. Marie Brown
8. Robert Brown
9. Larry Cellamare
10. Wai Ngan Chan
11. Carol Christianson
12. Sandra Comeau
13. Mary Jo Corcoran
14. Richard Cote
15. Corrie Cottrell
16. Clarence Coupe
17. Aroussiak Dakessain
18. Dick DeFrancesco
19. Maria DeFrancesco
20. Dave Dolan
21. Lise Dupuis
22. Kathy Ely
23. Vinnie Fiorilla
24. Steve Fournier
25. Jean Fraser
26. Gary Frizzell
27. Diana Glassett
28. Fred Glassett
29. Boonchoo Grasso
30. Phillip Greene
31. Bert Guilmette
32. Pauline Guilmette
33. Alberta Healey
34. Jeanne Huff
35. Rick Jakle
36. Anita Kopacz
37. Al Languirand
38. Janet Lanoue
39. Judith Larosa
40. Ed Lascelles Jr.
41. Cliff Lord III
42. Pat Mabey
43. Jesus Noda
44. Teresa Ornelas
45. Phommahaxay Oudomphone
46. Janice Paradis
47. Linda Paradis
48. Norman Parent
49. Long Peck

```
50.  Diana Perreault
51.  Richard Picard
52.  Norman Poulin
53.  Maria Reis
54.  Mark Robert
55.  John Sablock
56.  Barbara Sanborn
57.  Joanne Sanzo
58.  Linda Saulnier
59.  Jeanne Skene
60.  Robert Stier
61.  Catherine Sweeney
62.  Pham Van
63.  Diane Willette
64.  Ed Wright
```

END OF ATTACHMENT 1