

VIA FEDERAL EXPRESS

June 3, 2002

Stephen A. Roach, Esq.
Roach & Wise LLP
31 State Street
Boston, MA  02109-2705

Agfa Corporation
Legal Department
100 Challenger Road
M/S 100-8B
Ridgefield Park, NJ 07660-2199
Phone: 201 440-0111 x4814
Fax: 201 440-4056

Re: Joseph Attardi, et al., Pltf. Vs Agfa Corporation, deft.

Dear Mr. Roach:

Your letter of April 5th addressed to Mr. Heikki Koskimies has been referred to me for response.

First, you are correct that your clients were informed in advance that they would not be entitled to severance benefits in connection with the sale of the Board Shop to EFTC. Clearly, the time to appeal that decision expired a long time ago under both ERISA and the terms of the Plan. For this reason, we would not consider this issue again.

You may find the following information to be helpful. The facts set forth in your April 5th letter are incorrect, in that the Machine Shop operation was not sold. Rather, that operation was discontinued and its assets were offered for sale to the highest bidder. The work performed by the machine shop was then contracted out to a number of different vendors. Olympic Engineering was one of those vendors, and we understand that it purchased the assets at auction and may have hired five of the twelve employees who had been in the Machine Shop.

Our Severance Pay Plan provides no severance pay where, as in the EFTC case, an operation is sold and the employees' jobs are preserved. It does pay severance where, as in the Machine Shop instance, our operation is shut down, even if some of the terminated employees later work with a vendor to whom certain activities previously performed in-house have been outsourced.

If you have any questions, please contact me at the address above.

Sincerely,

Frederick J. Salek
Vice President and
General Counsel

FJS\jb

**AGFA**

Law and Patents Department

## Fax Coversheet

Date: June 3, 2002

To: Stephen A. Roach, Esq.

At: Roach & Wise LLP

Tel.: 617-723-2800

Fax: 617-723-4313

CC:

No. of pages (including this page): 2

From: Frederick Salek

At: Agfa Corporation
    100 Challenger Road
    Ridgefield Park, New Jersey 07660

Tel.: (201) 373-4706 (direct dial)

Fax: (201) 440-4056

SUBJECT: Re: Joseph Attardi, et al., Pltf vs Agfa Corp, deft

### PRIVILEGED AND CONFIDENTIAL -- ATTORNEY WORK PRODUCT

Please feel free to call me at 201-373-4706, if you have any questions.

The information contained in and transmitted with this facsimile is confidential, subject to the attorney-client privilege, attorney work product, and/or exempt from disclosure. It is intended only for the use of the individual to which it is addressed above. You are hereby notified that any dissemination, distribution, copying, or use of or reliance upon the information contained in and transmitted with this facsimile by or to anyone other than the individual to which it is addressed by the sender is UNAUTHORIZED and STRICTLY PROHIBITED. If you have received this facsimile in error, please notify the sender immediately by telephone and return the original facsimile by mail to the sender. We will reimburse you for postage. Thank you.