
Tim Kennedy
06/26/2000 11:54 AM

To: Marc Plotnick/RFP/AGFA/US/BAYER@BAYER-US-NOTES
cc: Bob Stocks/WIL/AGFA/US/BAYER@BAYER-US-NOTES

Subject: fixed assets

Marc,

We are closing the machine shop at 80 Industrial Way. As part of that process, please do the following fixed asset actions:

Scrap the following tags from 19060106

    100679
    100990
    101159
    ~~101185~~
    101402
    101487
    101489

Also scrap tag 108268 from whatever department it is listed in.

The following tag needs to be transferred from 19060106 to 19062118

    106300

All other tags within 19060106 should be written off. I will be receiving a check for some of the items and will need to know where to credit the check.

                                        Thanks,
                                            Tim

*finally done by Sept end* [handwritten note]

B01811

## Machine Shop Equipment List

Dept 60106
06/14/2000

### CNC Vertical Machining Centers

| QTY. | YEAR | MAKE | MODEL NO. | SERIAL NO. | CONTROL | AGFA Tag # | Transferred To | Complete |
|---|---|---|---|---|---|---|---|---|
| 1 | 1980 | Matsuura | MC-500V | 8001912 | Yasnac 3000-G | 28856-000 | Olympic | |
| 1 | 1982 | Matsuura | MC-500V2 | 82072763 | Yasnac MX-1 | 28391-000 | Olympic | |
| 1 | 1985 | Mori-Seiki | MV45/40 | 615 | Yasnac MX-1 | 37450-000 | Olympic | |
| 1 | 1996 | Matsuura | MC-800VF | 960812038 | Yasnac-I-80 | 144400414-000 | Olympic | |
| | | | | | Installation | 146400415-000 | Olympic | |

### 4th Axis CNC Indexers with Controls

| QTY. | YEAR | MAKE | SIZE | MODEL NO. | SERIAL NO. | | Transferred To | Complete |
|---|---|---|---|---|---|---|---|---|
| 1 | 1990 | Haas | | HRT-7 | 70698 | Not on asset list | Olympic | |
| 1 | 1991 | Haas | | HRT-7 | 70735 | Not on asset list | Olympic | |
| 1 | 1998 | Haas | | HRT-210SP | 2148248 | 146400689-000 | Olympic | |
| 1 | 1996 | Tsudakoma | | RNCX-251 | 950883 | Not on asset list | Olympic | |
| 1 | 1997 | Tsudakoma | | RNCX-251 | 960410 | Not on asset list | Olympic | |
| 1 | 1992 | SWM | | RT 250HN | 59 | Not on asset list | Olympic | |

### CNC Spindle Tooling

| QTY. | SIZE | DESC. | MACHINE USED ON | | Transferred To | Complete |
|---|---|---|---|---|---|---|
| 86 pc. Set | BT40 | Misc. Tooling | Mori-Seiki MV 45/40 | 40529-000 | Olympic | |
| 86 pc. Set | BT40 | Misc. Tooling | Mori-Seiki MV 40/40 | Not on asset list | Olympic | |
| pc. Set | BT40 | Misc. Tooling | Matsuura MC 800VF | Not on asset list | Olympic | |
| 90 pc. Set | BT35 | Misc. Tooling | Matsuura MC-500V | Not on asset list | Olympic | |
| 90 pc. Set | BT35 | Misc. Tooling | Matsuura MC-500V2 | Not on asset list | Olympic | |

### Misc CNC Tooling

| QTY. | YEAR | DESCRIPTION | MODEL NO. | | Transferred To | Complete |
|---|---|---|---|---|---|---|
| 1 | 1990 | Kennametal Digital tooling presetter | DPF-T-R-51-12-16 | 37498-000 | Olympic | |
| *1 | | Focal Point Downloading software with rocketport hardware | | Not on asset list | Olympic | |
| 2 | 1993 | Swiftsure electric hydraulic power units | CLR-801-EP | Not on asset list | Olympic | |
| 2 | 1990 | CNC Tooling Carts | Lista B220 | Not on asset list | Olympic | |
| 11 | | Kurt Machining Vises | 6" AngLock | Not on asset list | Olympic | |

### Bridgeport Milling Machines

| QTY. | YEAR | DRC | X-Axis Feed | SERIAL NO. | DRIVE TYPE & NO. | | Transferred To | Complete |
|---|---|---|---|---|---|---|---|---|
| 1 | 197? | Heidenhain | Servo | J148093 | J-Drive #J148093 | 2340-000 & 24868-000 | Olympic | |
| 1 | 197? | Newell | Bridgeport | J271159 | 2J Drive #130645 | 44687-000 | Olympic | |
| 1 | 1984 | Acu-rite | Bridgeport | 265387 | 2J Drive #1251932 | 36093-000 | Olympic | |

### Drilling Machines

| QTY. | YEAR | DESCRIPTION | MODEL NO. | SERIAL NO. | | Transferred To | Complete |
|---|---|---|---|---|---|---|---|
| 1 | 1987 | Burgmaster Turret Drill | 1D | 100136 | 37476-000 | Olympic | |

B01812

| QTY | | DESCRIPTION | | SERIAL NO. | | Transferred To | |
|---|---|---|---|---|---|---|---|
| 1 | 1987 | Thompson Drill-Mill Table | 100 | 3192 | 37471-000 | Olympic | |
| 1 | | Powermatic 4-head Drill Press | 1200 | 3-3995 | 28830-000 | Olympic | |
| 4 | | Drill Press   Floor Model | | | 28815-000 & 28822-000 | Olympic | |
| 1 | | Drill Press   Bench Model | | | Not on asset list | Olympic | |

## Machine Shop Equipment List

Dept 60106
06/14/2000

### Inspection Equipment

| | | | | | | Transferred To | Complete |
|---|---|---|---|---|---|---|---|
| QTY. | YEAR | DESCRIPTION | Size | SERIAL NO. | | | |
| 1 | 1978 | Rock of Ages Surface Plate | 48" X 72" | 5999-938 | 18566-000 & 18567-000 | Olympic | |
| 1 | | Granite Surface Plate w/Base | 24" X 36" | 725631 | 28821-000 | Olympic | |
| 2 | | Granite Surface Plate w/Base | 18" X 24" | | 28528-000 | Olympic | |
| 1 | | B&S Micro Height | 24" | | 37469-000 | Olympic | |
| 1 | | Mitutoyo Dial Height Gage | 12" | | Not on asset list | Olympic | |
| 1 | | B&S Vernier Height Gage | 15" | | Not on asset list | Olympic | |
| 1 | | Starrett Vernier Height Gage | 20" | | Not on asset list | Olympic | |
| 1 | | Meyer Gage Pin Set | .061 - .750 | | Not on asset list | Olympic | |
| 1 | | Walker magnetic sine plate | 5" X 12" | | 36087-000 | Olympic | |
| *1 | | Internal Groove Gage | | | 32025-000 | Olympic | |
| *1 | | Fluke Meter | | | 33217-000 | Olympic | |
| *1 | | Surface Roughness Indicator System | | | 36051-000 | Olympic | |
| *1 | | Croblox Gage Blocks | | | 36066-000 | Olympic | |
| *1 | | Electronic Gage Amplifier | | | 36069-000 | Olympic | |
| *1 | | Thread Gaging System | | | 37454-000 | Olympic | |
| *1 | | Printer w/Cable for Presetter | | | 37461-000 | Olympic | |
| *1 | | Dial Micrometer and Stand | | | 22633-000 | Olympic | |
| *1 | | Magnetic Angle Iron | | | 28390-000 | Olympic | |
| *1 | | Rect. Gage Block Set | | | 28653-000 | Olympic | |
| *4 | | 6x6x6 Challenge Blocks | | | 28658-000, 28659-000, 28660-000, 28661-000 | Olympic | |
| *1 | | Digit Hgt 24" Stand | | | 28656-000 | Olympic | |
| 1 | | Starrett Digi-Check w/base | 10" | | 36068-000 | Olympic | |

### Parts Washer / Filter

| | | | | | | Transferred To | Complete |
|---|---|---|---|---|---|---|---|
| QTY. | YEAR | DESCRIPTION | MODEL NO. | SERIAL NO. | | | |
| 1 | 1999 | Hotsy Parts Washer | 7633 | 5000549 | Not on asset list | Olympic | |
| 1 | 1999 | Hylander Ultrafilter | HUF 2 | 90589 | Not on asset list | Olympic | |

### Misc. Equipment

| | | | | | Transferred To | Complete |
|---|---|---|---|---|---|---|
| QTY. | YEAR | DESCRIPTION | | | | |
| 1 | 1967 | Rockwell Cut Off Saw w/stock rack | 12" saw | 2187-000 | Olympic | |
| 3 | | Baldor 3/4HP buffers w/dust collectors | G8-169-60 | Not on asset list | Olympic | |
| 1 | 1975 | Rockwell Belt Sander | 1" belt | Not on asset list | Olympic | |
| 2 | | Dake Arbor press w/stand | #1 | Not on asset list | Olympic | |
| 1 | | Greenerd Arbor press | #2 | Not on asset list | Olympic | |
| 1 | | Electric Chain Fall w/rail system | 1/4 Ton | Not on asset list | Olympic | |
| 2 | | Manual Chain Fall w/rail system | 1/4 Ton | Not on asset list | Olympic | |
| 4 | | Tooling Cabinets | 44"H X 30"W X 27"D | 28844-000 to 28847-00 | Olympic | |

| | | | | | |
|---|---|---|---|---|---|
| 2 | Tooling Cabinets | 54"H X 30"W X 27"D | 7253-000 & 28664-000 | Olympic | |
| 5 | Storage Cabinets | 78"H X 36"W X 12"D | Not on asset list | Olympic | |
| 2 | Tooling Cabinets | 60"H X 30"W X 27"D | 36063-000 & 36064-000 | Olympic | |
| *1 | Pallet Jack | | 28849-000 | Olympic | |
| *1 | B&D Vacuum | | 36082-000 | Olympic | |
| *2 | Leadscrew Taps | | 28823-000 & 28824-000 | Olympic | |
| 1 | All perishable cutting tools and hardware located in above cabinets | | not on asset list | Olympic | |
| *1 | Clark Fork Lift  Model# TW30B  S/N TWB2473221 | | 06685 / dept 63002 | Olympic | |

* These items were not in the original equipment list

## Machine Shop Equipment List

Dept 60106
06/14/2000

Capitol Equipment no longer in area                                     Transferred To   Complete

| | | | | |
|---|---|---|---|---|
| 1 | APC-H202 Kybd | *108268* | 50961-000 | Scrap |
| 1 | Baron Blakeslee Degreaser | | 37499-000 | Scrap |
| 1 | Powermatic Belt & Sander | | 1183-000 | Scrap |
| 1 | L-9 Wells Saw | | 23566-000 | Scrap |
| 1 | Metal Alloy Detector | | 28652-000 | Scrap |
| 1 | Lathe GJ2983 | | 28838-000 | Scrap |
| 1 | SMW PT-200 Indexer | | 36098-000 | Scrap |
| 1 | Digit-Matic 18" Height Gage | | 37484-000 | Scrap |

Equipment staying at AGFA (Model Shop dept. 19062118)                   Transferred To   Complete

| | | | | | |
|---|---|---|---|---|---|
| 1 | 1996 Mori-Seiki  MV40/40 | 3996 Yasnac I-80 | 146401743-000 | Model Shop | *106700* |
| 1 | Haas Hrt7 Indexer | Ser.# 70455 | Not on asset list | Model Shop | |
| 1 | Dake hydraulic press | 75H | Not on asset list | Model Shop | |
| 20 pc. Set | BT40   Misc. Tooling   Mori-Seiki MV 40/40 | | Not on asset list | Model Shop | |
| 1 | Electric Chain Fall w/rail system | 1/4Ton | Not on asset list | Model Shop | |

B01814

W/L

# Status Change Form

*ms 7/13/00*

**AGFA**

Employee Name: __Gerald Gendron__   Employee ID No.: __065600__   Effective Date of Change: __7/5/00__

## BASIC EMPLOYEE INFORMATION

| First Name | M | Last Name | Home Phone | Marital Status |
|---|---|---|---|---|
| | | | ( ) - | ☐ Single ☐ Married |

| Street Address | Apt./PO Box No. | City | State | Zip |
|---|---|---|---|---|
| | | | | |

## EMERGENCY CONTACT

| Last Name | First Name | Relationship | Telephone No. |
|---|---|---|---|
| | | ☐ Father ☐ Spouse<br>☐ Mother ☐ Other ___ | ( ) - |

Employee Signature for address/name change: ____

## TRANSFER

| Company Code No. | Cost Center | Loc. Code | Mail Stop |
|---|---|---|---|
| ☐ 30300 Ridgefield Park<br>☐ 30100 Wilmington | | | |

New Supervisor ID No.: ____   Name: ____

## STATUS CHANGE

| D/I | Employment Classification | | Work/Life | |
|---|---|---|---|---|
| ☐ 1 Direct<br>☐ 2 Indirect | ☐ Full-Time ☐ Regular ☐ Intern ☐ Exempt<br>☐ Part-Time ☐ Temp ☐ Union ☐ Nonexempt | ☐ Inpatriate<br>☐ Expatriate<br>☐ TCN (Third County National) | ☐ Flextime<br>☐ Compressed Workweek<br>☐ Reduced Workweek | ☐ Telecommuting<br>☐ Job Sharing |

## TITLE CHANGE

| Job Code | Job Title | Grade | Supervises Employees | Sales |
|---|---|---|---|---|
| | | | ☐ Yes | ☐ Comm. Elig. ☐ Not Comm. Elig. |

## PAY CHANGE

| No. 1 | Increase Amount | % | REA | Final Pay Rate | No. 2 | Effective Date | Increase Amount | % | REA | Final Pay Rate | Days/Wk. | Hrs./Day |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

| Pay Type | Pay Frequency | STD Hours | Shift |
|---|---|---|---|
| ☐ Hourly ☐ Salaried | ☐ 49 Hourly ☐ 59 Salaried ☐ 39 Union | ☐ 80 ☐ ___ (specify) | ☐ 1 First ☐ 2 Second ☐ 3 Third |

## LEAVE OF ABSENCE

| Leave Start | Pay Category | | Leave End | Pay Category |
|---|---|---|---|---|
| | ☐ 1D-Personal ☐ 1E-Military ☐ 1G-LT<br>☐ 1D-FMLA ☐ 1L-Long Term Military | | | ☐ 1A-Active Full-Time<br>☐ 1AP-Active Part Time |

## TERMINATION ☑

| Eff. Date of Term | End of Notice/Date Last Worked | End of Agreem't/Date Last Paid | Term Code (See Reverse For Codes) | Retire Date | Pay Category | |
|---|---|---|---|---|---|---|
| 7-5-00 | 7/5/00 | 7/5/00 | 95 | | *(Termination/Severance)* | ☐ 1C - Retired<br>☐ 1I - Other |

**COMMENTS:** Please pay all accrued Vacation Lump Sum
Signed agreement attached

| APPROVALS | PRESENT DEPT. | NEW DEPT. |
|---|---|---|
| 1st Level/Date | | |
| 2nd Level/Date | | |
| HR/Date | *M Leonard 7-7-00* | |

☐ Shaded areas indicate current information, which must be completed.

HR-97-1-9a001



Agfa Corporation
80 Industrial Way
Wilmington, MA 01887-3488
Phone: 978 658-5600
Fax: 978 658-8261

## REQUEST FOR LUMP SUM PAYMENT OF SEVERANCE BENEFIT

Name of Employee: _Gerald Gendron_

Social Security Number: _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_

Address: _8 Davism Ave, Salem, NH_

I hereby request payment of my benefits under the Agfa Corporation Severance Plan ("the Plan") in a lump sum.

I hereby acknowledge that the normal form of payment of severance benefits under the Plan is a series of periodic payments in accordance with my normal pay schedule. I understand that payment of lump sum severance benefits is subject to approval in the sole discretion of the Plan's Administrative Committee.

I hereby acknowledge that, as a result of receiving my benefits under the Plan in a lump sum, I am not eligible for the continuation of medical, dental, life and accidental death and dismemberment benefits on an employer-paid basis and that I am no longer eligible to make contribution to any employee spending account.

I understand that, while the Administrative Committee will carefully consider my request of the lump sum payment of my severance pay benefits, it retains full discretion to approve or disapprove my request regardless of whether it has approved similar requests for other severed employees in the past.

Executed by me this __6th__ day of __July__, 2000 with full intent to be legally bound.

_Mary Leonard_                          _Gerald Gendron_
Witness signature                       Employee signature

---

FOR EMPLOYERS USE ONLY:          Site-Human Resources

Dated: _____    By: _____

Comments: