EFTC - Investors' Suite - PR - EFT...rcuit Card Manufacturing Operation          http://www.eftc.com/invest/pr/aquisition.htm



## EFTC Acquires Agfa Circuit Card Manufacturing Operation

**Denver, CO-September 1, 1998**-EFTC Corporation (NASDAQ: EFTC), announced today that it has closed the previously announced transaction to acquire the circuit card assembly operations of Agfa Division, Bayer Corporation. The assembly operation is located in Wilmington, Massachusetts, and employs approximately 100 people.

EFTC will supply Agfa with circuit card assemblies used in Agfa's Electronic Prepress Systems (EPS). Additionally, EFTC will also supply cards to be used by Bayer's Diagnostic Division. The Diagnostic Division produces medical diagnostic equipment. Three-year Supply Agreements have been entered into with both the Agfa and Diagnostic Divisions.

"EFTC is looking forward to working with both the Agfa and Diagnostic Divisions of Bayer," said Jack Calderon, EFTC's chairman and chief executive officer. "This strategic agreement supports our high-mix focus and regionalization strategy."

The Wilmington plant will serve as EFTC's Northeast Manufacturing Operation. EFTC intends to market its manufacturing capabilities to third-party customers located in the Northeast.

The Agfa-Gevaert Group is a leading worldwide manufacturer of imaging products and systems, with annual sales of over $4.5 billion. Agfa-Gevaert manufactures and markets products and systems for the electronic and photographic prepress, medical and technical diagnostic, and amateur and professional photographic markets. Headquartered in Europe, Agfa-Gevaert is wholly owned by Bayer AG. In the United States, Agfa operates as a division of Bayer Corporation, with headquarters in Ridgefield Park, New Jersey. Bayer, headquartered in Pittsburgh, has major businesses in chemicals, health care, and imaging technologies. Bayer Corporation employs 24,000 people and had 1997 sales of $9.3 billion.

EFTC, founded in 1981, is a provider of electronic manufacturing services exclusively focusing on high-mix manufacturing, including circuit card assembly, quick-turn manufacturing, prototype services, build-to-order, and repair and warranty services. Additionally, EFTC provides design for manufacturing (DFM), design for test (DFT), and design for serviceability (DFS) engineering services. The Company's facilities are located in Arizona, Colorado, Florida, Kentucky, New Hampshire, Oregon, Tennessee, and Washington State. EFTC employs approximately 2,000 people at these facilities.

The Company manufactures and/or repairs products for OEM customers in the aerospace/avionics, medical, instrumentation, computer-related, and communications industries. EFTC is headquartered at 9351 Grant Street, Sixth Floor, Denver, Colorado 80229; phone (303) 451-8200; fax (303) 280-8358.

This release contains forward-looking statements regarding future events or future financial performance of the company. Such statements are just predictions and actual events or results may differ materially. All of the Company's orders and contracts are subject to cancellation. We refer you to the documents the company files from time to time with the SEC, specifically our 10K and 10Q reports. These documents contain and identify important factors that could cause the actual results to differ materially from those contained in our projections or forward-looking statements.

Back to Press Releases Index

