**Bayer**

Internal Memorandum                                   Law Department

DATE: August 3, 1998

SUBJECT: ECM Resolution/PCB Divestiture

FROM: Robert K. Sarafian  *RKS*
Counsel

TO: Lee Nute
General Counsel

Lee, attached is a proposed ECM resolution for the divestiture of the Agfa Printed Circuit Board business to FFTC. The transaction remains on schedule to close on or about August 14.

Please call me if you have any questions or comments.

Regards,

RKS

cc: M. Paige
    E. Rittinghaus
    L. Vangerven
    F. Salek

[Handwritten annotations: "Passed by ECM 8/12/98"; "RECEIVED AUG - 4 1998"; "FYI"]

## EXECUTIVE COMMITTEE MEETING

## AUGUST 12, 1998

## PRPOSED DIVESTITURE OF
## AGFA PRINTED CIRCUIT BOARD BUSINESS AND ASSETS

Mr. Rittinghaus reports that on July 16, 1998 the Company's Agfa Division signed a letter of intent to sell its printed circuit board ("PCB") business and assets to EFTC, a Denver-based company that specializes in the design, production, sale and service of PCB's. Mr. Rittinghaus notes that EFTC will acquire substantially all of the Company's PCB assets and inventory, as well as the approximately 100 employees connected to the PCB business. The purchase price for the assets/inventory will be 2.35 million plus ninety percent (90%) of the aggregate book value of inventory, which is not expected to exceed $4.0 million. Additional consideration is expected to be received in the form of PCB price reductions over a long term PCB supply agreement between the Company and EFTC. Agfa's PCB operation is a non-core business that requires substantial capital investment to remain competitive. Sale of the business to EFTC will provide Agfa's PCB employees with continued employment opportunities.

Mr. Rittinghaus recommends the Company's PCB business and assets be sold to EFTC. The specific resolution for which approval is sought is:

RESOLVED, that the sale of Agfa Division's printed circuit board assets, substantially upon the terms and conditions presented to this meeting, is hereby authorized and approved, and the President or any Vice President of this Company is hereby authorized to execute the Asset Purchase Agreement and any related agreements or other documents required to carry our the intent of this resolution.



**Internal Memorandum**

                                                                              **HUMAN RESOURCES**

TO:   Dave Marr                                                     cc: S. W. Murphy
                                                                                 S. Niaros
FROM:  Debbie Hoffman  *Debbie*                   N. Beesley
          Central Benefits                                  D. Stinnet, Vanguard

DATE:  July 20, 1998

RE:    Agfa "PCP" Divestiture

       Attached is a list of employees affected by the above divestiture. Vanguard has updated this list with loan information. *Note: those employees designated with an asterisk do not have a Vanguard account.*

       Please keep us up to date relative to the activity of this divesture. Specifically, the intended date of the sale as well as the disposition of the savings plan accounts.

       Thank you in advance.

attachments