UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10728-WGY

JOSEPH ATTARDI, ET ALS,

Plaintiffs,

v.

BAYER CORPORATION, BAYER CORPORATION SEVERANCE PAY PLAN,

Defendants.

### ASSENTED TO MOTION OF PLAINTIFFS TO EXTEND TIME TO FILE OPPOSITION TO SUMMARY JUDGMENT MOTION AND FILE CROSS-MOTION

Plaintiffs move to extend the time for about 5 additional days to file and serve their Opposition to the Defendants' Motion for Summary Judgment and to file the Plaintiffs' intended Cross-Motion for Summary Judgment to, and including, February 5, 2007.  In support of this Motion, Plaintiffs state the following:

1.  The Defendants' summary judgment motion is grounded on a great number and variety of legal and factual issues. In addition, there is a great volume of material the Plaintiffs must copy and assemble, and about 15 depositions and other discovery material the Plaintiffs counsel must analyze and sort through.  There are 63 Plaintiffs in this case.

1

2. The Plaintiffs' counsel will be leaving on a pre-paid, long ago pre-planned two week vacation out of state starting on Feb. 4th which has required him to deal with many other cases and issues before he leaves.

4. The short additional extension of time Plaintiffs seek will not prejudice any of the parties.

5. The Defendants, by their undersigned counsel, have assented to the allowance of this Motion.

Dated: Feb. 24, 2007

Respectfully submitted,
PLAINTIFFS,
By their attorney,

s/Stephen A. Roach/sar
Stephen A. Roach, BBO No. 542138
ROACH & WISE, LLP
50 Congress Street, Suite 400
Boston, MA 02109-4061
(617) 723-2800

Assented to:
DEFENDANTS,
By their attorney,

s/John F. Welsh/sar
John F. Welsh, BBO No. 522640
BELLO, BLACK & WELSH, LLP
699 Boylston Street
Boston, MA 02166
(617) 247-8476

CERTIFICATE OF SERVICE

I, Stephen A. Roach, Attorney for Plaintiffs, hereby certify that on Feb. 24, 2007, I served Defendants with the within document by causing copies of the same to be e-served mailed to their counsel of record.

s/Stephen A. Roach
Stephen A. Roach

2