UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10728-WGY_____

JOSEPH ATTARDI, ET ALS,

Plaintiffs,

v.

BAYER CORPORATION, BAYER CORPORATION SEVERANCE PAY PLAN,

Defendants.

**ASSENTED TO MOTION OF PLAINTIFFS TO EXCEED THE TWENTY PAGE LIMIT IN THEIR OPPOSITION TO SUMMARY JUDGMENT MOTION**

Plaintiffs move to increase the page limit in their Opposition to the Defendants' Motion for Summary Judgment to, and including, twenty-five (25) pages. In support of this Motion, Plaintiffs state the following:

1. Defendants have moved for summary judgment on all counts against them. The Defendants' summary judgment motion is grounded on a great number and variety of legal and factual issues. In addition, there is a great volume of material the Plaintiffs must copy and assemble, and about 15 depositions and other discovery material the Plaintiffs counsel must analyze and sort through. There are 63 Plaintiffs in this case. Accordingly, the Plaintiffs wish to have additional pages to enable them to fully and fairly address each area of law as they apply to the facts of this matter.

2. The Defendants, by their undersigned counsel, have assented to the allowance of this

Motion.

Dated: Feb. 24, 2007

| | |
|---|---|
| Respectfully submitted,<br>PLAINTIFFS,<br>By their attorney,<br><br>s/Stephen A. Roach/sar<br>Stephen A. Roach, BBO No. 542138<br>ROACH & WISE, LLP<br>50 Congress Street, Suite 400<br>Boston, MA 02109-4061<br>(617) 723-2800 | Assented to:<br>DEFENDANTS,<br>By their attorney,<br><br>s/John F. Welsh/sar<br>John F. Welsh, BBO No. 522640<br>BELLO, BLACK & WELSH, LLP<br>699 Boylston Street<br>Boston, MA 02166<br>(617) 247-8476 |

CERTIFICATE OF SERVICE

I, Stephen A. Roach, Attorney for Plaintiffs, hereby certify that on Feb. 24, 2007, I served Defendants with the within document by causing copies of the same to be e-served mailed to their counsel of record.

s/Stephen A. Roach
Stephen A. Roach