# WEBSTER'S
## NEW UNIVERSAL
# UNABRIDGED
# DICTIONARY

DELUXE
SECOND EDITION

BASED UPON THE BROAD FOUNDATIONS LAID DOWN BY

## Noah Webster

ELY REVISED BY THE PUBLISHER'S EDITORIAL STAFF UNDER THE GENERAL SUPERVISION OF

### JEAN L. McKECHNIE

ETYMOLOGIES, FULL PRONUNCIATIONS, SYNONYMS, AND AN ENCYCLOPEDIC SUPPLEMENT OF
ICAL AND BIOGRAPHICAL DATA, SCRIPTURE PROPER NAMES, FOREIGN WORDS AND PHRASES,
BUSINESS MATHEMATICS, ABBREVIATIONS, TABLES OF WEIGHTS AND MEASURES, SIGNS AND
SYMBOLS, AND FORMS OF ADDRESS

ILLUSTRATED THROUGHOUT

Attachment 2
Plaintiff's Memo - Civil No. 04-10728WYG

## Dorset & Baber

# WEBSTER'S NEW TWENTIETH CENTURY DICTIONARY

### Second Edition

Copyright © 1983 and 1955, 1956, 1957, 1958, 1959, 1960, 1962, 1964, 1968, 1970, 1975, 1977, 1979 by Simon & Schuster, a Division of Gulf & Western Corporation
Full-Color Plates Copyright © 1972 by Simon & Schuster, a Division of Gulf & Western Corporation
All rights reserved
including the right of reproduction
in whole or in part in any form
Published by New World Dictionaries/Simon and Schuster
A Simon & Schuster Division of Gulf & Western Corporation
Simon & Schuster Building
Rockefeller Center
1230 Avenue of the Americas
New York, New York 10020
SIMON AND SCHUSTER, TREE OF KNOWLEDGE and colophon are trademarks
of Simon & Schuster.

*Dictionary Editorial Offices*
*New World Dictionaries*
*850 Euclid Avenue*
*Cleveland, Ohio 44114*

Manufactured in the United States of America

K 20 19 18 17 16

Library of Congress Catalog Card Number: 83-42537

ISBN 0-671-41819-X

Previous editions of this book were published by The World Publishing Company, William Collins + World Publishing Co., Inc. and William Collins Publishers, Inc.

## divertive

**di·ver'tive**, a. tending to divert; amusing.
**Di'ves**, n. [L. wealthy.]
1. in the Bible, the rich man in the parable: Luke xvi. 19-31.
2. any rich man.
**di·vest'**, v.t.; divested, pt., pp.; divesting, ppr. [OFr. *devestir*; L. *devestire*, to undress; *de-*, from, and *vestire*, to dress, clothe, from *vestis*, a garment.]
1. to strip (of clothing, arms, equippage, etc.); opposed to *invest*; as, to *divest* one of his glory.
2. to deprive or dispossess (of rank, rights, etc.).
3. in law, to devest.
**di·vest'i·ble**, a. that can be divested.
**di·vest'i·ture**, n. a divesting or being divested.
**di·vest'ment**, n. divestiture.
**di·vest'ure**, n. divestiture.
**di·vid'a·ble**, a. 1. that can be divided.
2. separate; parted. [Obs.]
**di·vid'ant**, a. different; separate. [Obs.]
**di·vide'**, v.t.; divided, pt., pp.; dividing, ppr. [ME. *dividen*; L. *dividere*, to divide.]
1. to part or separate into pieces; as, to *divide* an apple.
2. to separate into groups; to classify.
3. to cause to be separate; to make or keep separate by or as by a partition or boundary; as, a wall *divides* two houses.
4. to make partition of among a number; to give out in shares; to apportion.
5. to disunite in opinion or interest; to make discordant; to cause disagreement between or among.
There shall be five in one house *divided*, three against two. —Luke xii. 52.
6. in mathematics. (a) to separate into equal parts by a divisor; (b) to be a divisor of.
7. in mechanics, to mark off the divisions of; graduate; gradate.
8. in music, to perform with divisions (sense 12). [Obs.]
Syn.—sever, sunder, cleave, deal out, distribute, share.
**di·vide'**, v.i. 1. to be or become disunited; to part.
2. to be of different opinion; to hold opposite or contrary views; as, families *divide*.
3. to separate into groups in voting on a question.
4. to share.
**di·vide'**, n. a watershed; a ridge that divides two drainage areas.
**di·vid'ed**, a. 1. formed into divisions; parted.
2. in botany, denoting a leaf cut into divisions by incisions extending nearly to the midrib; segmented.
**di·vid'ed·ly**, adv. separately.
**di·vid'ed pay'ments**, payments in installments.
**di·vi'de et im·pe'ra**, [L.] divide and rule.
**div'i·dend**, n. [L. *dividendus*, that which is to be divided, gerundive of *dividere*, to divide.]
1. the number or quantity to be divided.
2. a sum or quantity, usually of money, to be divided among stockholders, creditors, members of a co-operative, etc.
3. an individual's share of such a sum or quantity.
4. in insurance, the refund made to the insured from the year's surplus profit.
**di·vid'er**, n. 1. one who or that which divides.
2. a distributor; one who deals out to each his share.
3. [pl.] a pair of small compasses, of which the opening is adjusted by means of a screw and nut, used for dividing lines, describing circles, etc.; compasses.
4. the conical projection at the end of a cutter bar of a reaper or mower separating the standing part from the part to be cut.
**di·vid'ing**, a. that indicates separation or difference; as, a *dividing* line.
**di·vid'ing·ly**, adv. by division.
**div'i·div'i**, n. the curled pods of a small tropical American tree, *Caesalpinia coriaria*, of the pea family; they are astringent and contain tannic and gallic acids used by tanners and dyers; also, the tree itself.
**di·vid'u·al**, a. 1. divided; separate.
2. divisible; separable.
3. distributed; shared.
**di·vid'u·al·ly**, adv. by dividing.



DIVI-DIVI
(*Caesalpinia coriaria*)

**di·vid'u·ous**, a. divided; divisible. [Rare.]
**div·i·na'tion**, n. [L. *divinatio*, the faculty of foreseeing, from *divinare*, pp. of *divinare*, to foresee.]
1. the act of divining; the act or practice of trying to foretell future events or the unknown by occult means.
2. a prophecy; prediction; augury.
3. a successful guess; clever conjecture.
**div'i·na'tor**, n. a diviner. [Obs.]
**di·vin'a·to·ry**, a. of or by divination.
**di·vine'**, a. [ME. *divine*; OFr. *divin*; L. *divinus*, divine, inspired, pertaining to a deity, from *divus*, a deity.]
1. of, relating to, or characteristic of God; as, a *divine* nature.
2. appropriated to God or celebrating his praise; holy; sacred; as, *divine* songs, *divine* worship.
3. godlike; heavenly; excellent in the highest degree; extraordinary.
A *divine* sentence is in the lips of the king. —Prov. xvi. 10.
4. devoted to God; religious; sacrosanct.
5. relating to divinity or theology.
6. very pleasing, attractive, etc.; a feminine intensive. [Colloq.]
**di·vine'**, n. 1. a man skilled in divinity; a theologian.
2. a clergyman.
**di·vine'**, v.t.; divined, pt., pp.; divining, ppr. [L. *divinare*, to foresee, divine, from *divinus*, divine, prophetic.]
1. to prophesy; to foretell; to presage.
2. to surmise; to know by intuition; as, I *divined* his meaning in his face.
3. to guess; to conjecture.
**di·vine'**, v.i. 1. to use or practice divination.
2. to have presages or forebodings.
3. to guess or conjecture.
Syn.—foretell, guess, presage, conjecture, predict, prognosticate, augur.
**Di·vine' Com'e·dy**, an elaborate narrative poem in Italian, written (1302-1321) by Dante Alighieri: it deals with the author's imaginary journey through Hell, Purgatory, and Paradise.
**di·vine'ly**, adv. 1. in a divine or godlike manner; in a manner resembling deity.
2. by the agency or influence of God; as, a prophet *divinely* inspired.
3. excellently; in the supreme degree; as, *divinely* brave.
**di·vine'ness**, n. 1. divinity; participation in the divine nature.
2. excellence in the supreme degree.
**di·vin'er**, n. 1. one who engages in divination; one who tries to predict events or to reveal the unknown by occult means.
2. a divining rod.
**di·vin'er·ess**, n. a woman diviner.
**di·vine' right of kings**, the supposedly God-given right to rule formerly attributed to monarchs.
**div'ing**, n. the art or act of one who or that which dives.
**div'ing bee'tle**, a beetle of any species of the family *Dytiscidae*, normally living under water.
**div'ing bell**, a large, hollow, bell-shaped apparatus for the purpose of enabling persons to descend and to remain below the surface of water for a length of time, to perform various operations, such as examining the foundations of bridges, blasting rocks, recovering treasure from sunken vessels, etc.: fresh air is injected into it through a flexible pipe by means of forcing pumps.
**div'ing board**, a board projecting horizontally over a swimming pool, lake, etc. in such a way that by jumping on the end of it a diver can propel himself farther into the air before plunging into the water.
**div'ing buck**, same as *duikerbok*.
**div'ing dress**, same as *diving suit*.
**div'ing spi'der**, *Argyroneta aquatica*, the water spider.
**div'ing suit**, a heavy, waterproof garment covering the body, worn by divers working under water: it has a detachable helmet into which air is pumped through a hose.
**di·vin'ing**, n. the act of a diviner or augur.
**di·vin'ing rod**, a forked branch or stick allegedly useful in discovering water, minerals, etc. hidden underground.



DIVING SUIT

## divorce

**di·vin'i·ty**, n.; pl. di·vin'i·ties. [ME. *divinite*; L. *divinitas*, a divinity, from *divinus*, divine.]
1. the quality or condition of being divine.
2. a divine being; a god; deity.
3. a divine power or quality; supreme virtue or excellence.
4. the study of religion; theology.
5. a soft, creamy kind of candy.
*the Divinity*; God; the Lord.
**di·vin'i·za'tion**, n. the act of making divine; deification.
**di·vin'ize**, v.t.; divinized, pt., pp.; divinizing, ppr. to make or regard as divine; to deify.
**di·vis·i·bil'i·ty**, n. the quality of being divisible.
**di·vis'i·ble**, a. [LL. *divisibilis*, divisible, from L. *divisus*, pp. of *dividere*, to divide.]
1. dividable; that can be divided.
2. in mathematics, that can be divided without leaving a remainder.
**di·vis'i·ble**, n. that which is divisible.
**di·vis'i·ble·ness**, n. divisibility.
**di·vis'i·bly**, adv. in a divisible manner.
**di·vi'sion** (-vizh'un), n. [ME. *divisioun*; *divisio*, a division, separation, from *divisus*, pp. of *dividere*, to divide.]
1. a dividing or being divided; separation.
2. a sharing or apportioning; distribution.
3. a difference of opinion; disagreement.
4. a separation into groups in voting.
5. anything that divides; partition; boundary.
6. anything partitioned off or separate; department; compartment; section; segment.
7. in biology, a group of organisms constituting part of a larger group.
8. in mathematics, the process of finding how many times a number (the *divisor*) is contained in another number (the *dividend*); the number of times constitutes the *quotient*.
9. in military science, a section of an army corps, consisting generally of three regiments and auxiliary troops, under the command of a major general.
10. in naval science, a group of several ships, usually four, under a single command.
11. in logic, the separation of a genus into species.
12. in music, a florid passage or run, especially as an accompaniment to a group theme.
*cell division*; in biology, the division of a cell into two or more cells, each having its own nucleus, occurring in plant or animal development.
Syn.—compartment, section, portion, detachment, separation, partition, difference, discord, disunion.
**di·vi'sion·al**, a. 1. pertaining to division; making or making division; as, a *divisional* line.
2. belonging to or connected with a division; as, a *divisional* officer.
**di·vi'sion·al·ly**, adv. in a divisional manner.
**di·vi'sion·ar·y**, a. divisional.
**di·vi'sion·er**, n. one who divides. [Obs.]
**di·vi'sion sign** (or mark), the symbol (÷) indicating that the preceding number is to be divided by the following number. Example: 8÷4=2.
**di·vi'sive**, a. [L. *divisus*, pp. of *dividere*; to divide.]
1. causing or showing division.
2. causing disagreement or dissension.
**di·vi'sive·ly**, adv. so as to cause division; separation, or difference.
**di·vi'sive·ness**, n. a tendency toward division or separation.
**di·vi'sor**, n. [L. *divisor*, a divider.] in mathematics. (a) the number or quantity by which the dividend is divided to produce the quotient; (b) a number or quantity by which other can be divided without leaving a remainder; factor.
*common divisor*; in mathematics, a number or quantity that divides two or more numbers or quantities without a remainder; factor common to two or more numbers; as, the common divisor of 6, 12, and 36.
**di·vorce'**, n. [OFr. *divorce*; L. *divortium*, separation, divorce, from *diversus*, pp. of *divertere*, to turn or go different ways.]
1. in law, a legal dissolution of the bonds of matrimony, or the formal separation of husband and wife by a court.
2. separation; disunion of things once united.
**di·vorce'**, v.t.; divorced, pt., pp.; divorcing, ppr. 1. to dissolve legally a marriage between; separate (one of a married couple) from the other by divorce.

**develop**                                              **devise**

op, v.i. 1. to come into being or activity. to become larger, fuller, better, etc.; evolve. to become known or apparent; to be disclosed.
vel'op-a-ble, a. that can be developed.
vel'op-a-ble, n. in mathematics, a developable surface; a torse.
vel'ope, v.t. and v.i.; developed, pt., pp.; developing, ppr. to develop.
vel'op-er, n. one who or that which develops; specifically, in photography, a chemical mixture used in the process of developing.
vel'op-ment, n. [Fr. développement, from développer, to develop.]
1. a developing or being developed (in all senses of the verb).
2. a step or stage in growth, advancement.
3. an event or happening.
4. a thing that is developed; result of developing.
5. in music, (a) the elaboration of a theme by rhythmic, harmonic, or melodic changes; (b) the middle part of the sonata form.
Also spelled *developement*.
Syn.—unfolding, unraveling, disentanglement, growth, increase, evolution, progress.
vel-op-men'tal, a. relating to development; evolutionary.
ve-nus'tate, v.t. to deprive of beauty or grace. [Obs.]
vest', v.t.; devested, pt., pp.; devesting, ppr. [L. *devestire*, to undress; *de*- priv., and *vestire*, to dress; from *vestis*, a dress, garment.]
1. to undress; to strip. [Obs.]
2. in law, (a) to take away (a right, etc.). (b) [Archaic,] to strip (of a title, etc.).
vest', v.i. in law, to be lost or taken away, as a title or an estate.
vex', a. bending down. [Obs.]
vex', n. devexity; slope. [Obs.]
vex'i-ty, n. [L. *devexitas*, a bending downward, a sloping, from *devehere*, to go down.] a bending or sloping downward. [Obs.]
De'vi, n. [Sans., fem. of *deva*, god.] a Hindu goddess, Sakti, the consort of Siva.
vi-ant, a. deviating, especially from what is considered normal in a group or for a society.
vi-ant, n. a person whose behavior is deviant.
vi-ate, v.i.; deviated, pt., pp.; deviating, ppr. [LL. *deviatus*, pp. of *deviare*, to turn aside, from L. *devius*, out of the way; *de*, from, and *via*, way, path.] to turn aside or wander from the common or right way, course, or line; to diverge; to differ; as, to *deviate* from the truth.
vi-ate, v.i. to cause to deviate.
Syn.—deflect; digress; swerve; wander.
vi-ate, a. deviant.
vi-ate, n. a deviant; especially, one whose sexual behavior is deviant.
vi-a'tion, n. [LL. *deviatio*, from *deviare*, to deviate.]
1. a turning aside from a course, standard, etc.; also, the amount of this.
2. in commerce, the voluntary departure of a ship, without necessity, from the regular and usual course of the specific voyage insured. This discharges the underwriters from their responsibility.
*deviation of a falling body*; that deviation from the perpendicular line of descent which falling bodies exhibit in their descent, in consequence of the rotation of the earth on its axis.
*deviation of the compass*; the deviation of a ship's compass from the true magnetic meridian, caused by the magnetism of the iron in the ship.
*deviation of the line of vertical*; deviation of a plumb line caused by side attraction, as that of an adjacent mountain.
vi-a-tor, n. one who or that which deviates.
vi-a-to-ry, a. deviating.
vice', n. [ME. *devise*; OFr. *devise*, *divise*, will, intention, opinion, division, from L. *divisus*, pp. of *dividere*, to divide.]
1. that which is formed by design; a thing devised; a plan; a scheme.
His *device* is against Babylon, to destroy it. —Jer. li. 11.
2. an underhanded scheme; a trick.
3. a mechanical contrivance for some purpose; an invention.
4. invention; faculty of devising. [Archaic.]
Full of noble *device*. —Shak.
5. anything fancifully conceived, as a picture, pattern, piece of embroidery, etc.

6. an emblem intended to represent a family, person, action, or quality, with a suitable motto: used in painting, sculpture, and heraldry.
7. the motto attached to or suited for such an emblem.
A youth, who bore, 'mid snow and ice,
A banner with the strange *device*,
      Excelsior! —Longfellow.

 

DEVICES
1. device of Henry VII. 2. device of Anne Boleyn

8. the act or power of inventing or contriving. [Archaic.]
Syn.—contrivance, invention, design, scheme, project, stratagem, emblem, motto.
de-vice'ful, a. full of devices; inventive. [Rare.]
de-vice'ful-ly, adv. inventively. [Rare.]
dev'il, n. [ME. *devil*; AS. *deofol*; LL. *diabolus*, the devil; Gr. *diabolos*, the devil, lit. a slanderer, from *dia*-, through, across, and *ballein*, to throw.]
1. [sometimes D—] in theology, (a) the chief evil spirit, a supernatural being subordinate to, and the foe of, God and the tempter of man; Satan (with *the*): he is typically depicted as a man with horns, a tail, and cloven feet; (b) any of such subordinate beings who reside in hell; a demon.
2. a very wicked person.
Have I not chosen you twelve, and one of you is a *devil*? —John vi. 70.
3. any great evil.
To be tax'd, and beaten, is the *devil*. —Granville.
4. a person who is sprightly, mischievous, energetic, etc.
5. an unlucky, unhappy person; as, that poor *devil* has had a hard time.
6. anything difficult; a thing hard to operate or control, etc.
7. a marsupial animal, *Dasyurus ursinus*, of great ferocity: native to Tasmania.
8. a printer's errand boy or apprentice; formerly, the boy who took the printed sheets from the tympan of the press.
9. a machine with teeth for cutting up rags.
*between the devil and the deep*; between equally unpleasant alternatives.
*devil's advocate*; in the Roman Catholic Church, the Promotor of the Faith, the official critic of names proposed for canonization; hence, a person who upholds the wrong side, perversely or for argument's sake.
*devil's-coach horse*; (a) the wheel bug; (b) in England, *Ocypus olens*, the rove beetle.
*printer's devil*; see *devil*, n. 8.
*Tasmanian devil*; see *devil*, n. 7.
*the devil's tattoo*; a monotonous, rapid, drumming, as with the hands or feet.
*the devil take the hindmost*; leave the last, slowest, or least able to his fate without bothering about him.
*the devil to pay*; trouble ahead.
*to give the devil his due*; to acknowledge the ability or success of even a wicked or unpleasant person.
*to play the devil with*; to upset; to mismanage; to render inefficient or valueless.
dev'il, v.t.; deviled or devilled, pt., pp.; deviling or devilling, ppr. 1. [from the notion of heat,] to prepare (food) with seasoning, condiments, etc.
2. to tear up (rags, etc.) with a special machine.
3. to annoy; torment; tease.
dev'il-bird, n. a bird of the genus *Dicrurus*, native to India; the drongo shrike.
dev'il dog, [English of *Teufel Hund*,] a U. S. marine; a name applied by the Germans in World War I.
dev'iled, a. [pp. of *devil*: with reference to heat,] prepared with strong seasoning; as, *deviled* ham; also spelled *devilled*.
dev'il-ess, n. a she-devil. [Rare.]
dev'il-et, n. a devilkin; a little devil. [Rare.]
dev'il-fish, n.; pl. dev'il-fish, dev'il-fish-es,

1. the largest kind of ray: so called because its pectoral fins are hornlike when rolled up.
2. any large cephalopod, especially the octopus.
3. the angler (a fish).
4. the gray whale.



DEVILFISH (20 ft. across)

dev'il-ing, n. a young devil.
dev'il-ish, a. [ME. *deoflich*; AS. *deoflic*, devilish, from *deoful*, devil.]
1. having the qualities of a devil or devils; diabolical; very evil and mischievous; malicious; as, a *devilish* scheme.
2. mischievous; energetic; reckless.
3. extremely bad. [Colloq.]
4. excessive; enormous; as, a *devilish* cheat. [Colloq.]
Syn.—atrocious, diabolical, impious, malicious, satanic, wicked.
dev'il-ish, adv. extremely; excessively; very. [Colloq.]
dev'il-ish-ly, adv. in a manner suiting the devil; diabolically; wickedly.
dev'il-ish-ness, n. the quality of being devilish.
dev'il-ism, n. same as *devilishness*.
dev'il-ize, v.t.; devilized, pt., pp.; devilizing, ppr. to make devilish.
dev'il-kin, n. a little devil.
dev'illed, a. same as *deviled*.
dev'il-may-care', a. careless; heedless; reckless.
dev'il-ment, n. 1. evil behavior or action.
2. roguish mischief or trickery without ill intent.
dev'il-ry, n.; pl. dev'il-ries, 1. evil conduct; malice.
2. reckless mischief, fun, etc.; deviltry.
3. devils or evil spirits collectively.
dev'il's-ā"pron, n. an alga of the genus *Laminaria*.
dev'il's-bit, n. the blazing star, a plant; also, any plant of the genus *Scabiosa*.
dev'il's-cot"ton, n. *Abroma augusta*, an East Indian fiber plant.
dev'il's dai'sy, the whiteweed, or oxeye daisy.
dev'il's-darn'ing-nee'dle, n. a dragonfly.
dev'il's-food cāke, reddish-brown chocolate cake made with sour milk.
dev'il's-guts, n. *Cuscuta epithymum*, dodder, a plant parasitic on furse, heath, thyme, and other plants.
dev'il-ship, n. the person or character of a devil.
dev'il's-tree, n. *Alstonia scholaris*, an evergreen tropical tree of the eastern hemisphere producing dita bark: also called *devil tree*.
dev'il-try, n.; pl. dev'il-tries, reckless mischief; fun, etc.; devilry.
dev'il-wood, n. *Osmanthus americanus*, the American olive, growing in the southern United States. It has whitish bark, glossy leaves, greenish flowers, and hard wood.
dev'il wor'ship, worship paid to the devil or an evil spirit.
dē'vi-ous, a. [L. *devius*, out of the way, off the road; *de*, off, from, and *via*, road.]
1. roundabout; winding; rambling.
2. deviating from the proper course; going astray; crooked.
Thoughts of love on a darkened and *devious* spirit. —Longfellow.
Syn.—circuitous, roundabout, erratic, roving, rambling, erring, straying.
dē'vi-ous-ly, adv. in a devious manner.
dē'vi-ous-ness, n. departure from a regular course; wandering.
dē-vir'gin-āte, a. deflowered. [Obs.]
dē-vir'gin-āte, v.i. to deflower. [Obs.]
dē-vir-gi-na'tion, n. a deflowering. [Obs.]
dē-vīs'a-ble, a. that can be devised.
dē-vīs'al, n. a devising.
dē-vīse', v.t. and v.i.; devised, pt., pp.; devising, ppr. [ME. *devisen*, *devysen*; OFr. *deviser*, to distribute, direct, regulate, talk, from L. *divisus*, pp. of *dividere*, to divide.]