UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10728-WGY

*********************************************
JOSEPH ATTARDI, ET ALS,            *
Plaintiffs,                        *
v.                                 *
BAYER CORPORATION and              *
BAYER CORPORATION SEVERANCE PAY PLAN, *
Defendants.                        *
*********************************************

**NOTICE OF FILING WITH DOCKET CLERK OF PLAINTIFFS' EXHIBITS IN CONNECTION WITH SUMMARY JUDGMENT MOTIONS**

Notice is hereby given that, for the following reasons, the 48 Exhibits attached to the Plaintiffs' Local 56.1 Statement of Disputed and Undisputed Material Facts in Opposition to Defendants's Motion for Summary and in Support of Plaintiffs' Cross-Motion for Summary Judgment were filed today with the Judge's Docket Clerk manually. They are filed in paper form only and not e-filed under Local Rule 5.4 due to the volume and highlighting on certain documents. The Exhibits number several hundred pages of documents and it was impractical to e-file them.

                                    PLAINTIFFS,
                                    By their attorney,


                                    /s/Stephen A. Roach
                                    Stephen A. Roach, BBO No. 542138
                                    ROACH & WISE, LLP
                                    50 Congress Street, Suite 400
Dated: Feb. 2, 2007                 Boston, MA 02109-4061
                                    (617) 723-2800


CERTIFICATE OF SERVICE

   I, Stephen A. Roach, Attorney for the Plaintiffs, hereby certify that on Feb. 2, 2007 I served the Defendants with the within document by causing copies of same to be hand delivered to their counsel of record and, as to this document, by e-filing.

                                    /s/Stephen A. Roach
                                    Stephen A. Roach