UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10728-WGY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
JOSEPH ATTARDI, ET ALS,                       \*
Plaintiffs,                                   \*
v.                                            \*
BAYER CORPORATION and                         \*
BAYER CORPORATION SEVERANCE PAY PLAN, \*
Defendants.                                   \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT AS TO LIABILITY**

Pursuant to Fed.R.Civ.P. 56, Plaintiffs hereby move for summary judgment as to liability against Defendants Bayer Corporation "(Bayer") and Bayer Corporation Severance Pay Plan ("Bayer Plan") on their claims of improper denial of severance benefits and/or breach of fiduciary duty in violation of ERISA (See §§502, et seq. of ERISA; 29 U.S.C. §§ 1132(a)(1)(B) & (3), as alleged under Count One of the First Amended Complaint.

Should the Court determine that the Plaintiffs' claims not pre-empted by ERISA, the Plaintiffs seek summary judgment as to liability on their Massachusetts law based claims under Counts Two, Three and Four of the First Amended Complaint.

In support of this Motion the Plaintiffs rely on (1) the Plaintiffs' Opposition Memorandum to the Defendants' Motion for Summary Judgement, (2) the Plaintiffs' Concise Statement of Disputed and Material Facts Pursuant to Local Rule 56.1 in Opposition to Defendants' Motion for Summary Judgment and in Support of Plaintiffs' Cross-Motion for Summary Judgment, and (3) the Declaration of Stephen A. Roach With Respect to Motion for Summary Judgment.

If the Court allows this Cross-Motion, the Plaintiffs request a trial as to damages.

WHEREFORE, Plaintiffs respectfully request entry of judgment in their favor as to liability.

LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Stephen A. Roach, Attorney for the Plaintiffs, hereby certify that counsel for the parties have conferred on the issues regarding the Plaintiffs' Cross-Motion for Summary Judgment and have been unable to resolve or narrow the issues.

/s/Stephen A. Roach
Stephen A. Roach

PLAINTIFFS,
By their attorney,

/s/Stephen A. Roach
Stephen A. Roach, BBO No. 542138
ROACH & WISE, LLP
50 Congress Street, Suite 400
Boston, MA 02109-4061
(617) 723-2800

Dated: Feb. 2, 2007

CERTIFICATE OF SERVICE

I, Stephen A. Roach, Attorney for the Plaintiffs, hereby certify that on Feb. 2, 2007 I served the Defendants with this document and the Plaintiffs' Exhibits by causing copies of same to be hand delivered to their counsel of record and/or by e-filing.

/s/Stephen A. Roach
Stephen A. Roach