UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10728-WGY

JOSEPH ATTARDI, ET ALS,

Plaintiffs,

v.

BAYER CORPORATION, BAYER CORPORATION
SEVERANCE PAY PLAN,

Defendants.

## ASSENTED TO MOTION OF PLAINTIFFS TO AMEND PLAINTIFFS' OPPOSITION MEMORANDUM TO DEFENDANTS' SUMMARY JUDGMENT MOTION

Plaintiffs move to amend Plaintiffs' Opposition Memorandum to Defendants' Summary Judgement Motion by substituting the attached page 16 for page 16 of the Plaintiffs' Opposition Memorandum filed on February 2, 2007. In support of this Motion, Plaintiffs state that the due to a typographical error in the first (top) line of page 16 of their Memorandum, the meaning which the Plaintiffs intended inadvertently states the opposite.  The first, top line, which includes the completion of the sentence starting on page 15, the first complete sentence to appear on page 16, and the start of the next sentence, were meant to read, as follows: .....employee does receive severance.  Otherwise, the employee does not receive severance. There is...."

This Motion with the requested amendment has been filed before the February 5, 2007 original deadline for the filing of the Plaintiffs' Opposition Memorandum, the Defendants have

1

assented to the allowance of this Motion, and the Defendants will not be prejudiced by the allowance of this Motion and the relief requested.

Dated: Feb. 3, 2007

| Respectfully submitted, | Assented to: |
|---|---|
| PLAINTIFFS, | DEFENDANTS, |
| By their attorney, | By their attorney, |

/s/Stephen A. Roach  /s/John F. Welsh  by sar
Stephen A. Roach, BBO No. 542138   John F. Welsh, BBO No. 522640
ROACH & WISE, LLP   BELLO, BLACK & WELSH, LLP
50 Congress Street, Suite 400   699 Boylston Street
Boston, MA 02109-4061   Boston, MA 02166
(617) 723-2800   (617) 247-8476

LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Stephen A. Roach, Attorney for the Plaintiffs, hereby certify that counsel for the parties have conferred on the issues regarding the with Motion and all parties have **agreed** to the allowance of the Motion.

/s/Stephen A. Roach
Stephen A. Roach


CERTIFICATE OF SERVICE

I, Stephen A. Roach, Attorney for Plaintiffs, hereby certify that on Feb. 3, 2007, I served Defendants with the within document and the new requested amended page 16 of the Plaintiffs' Memorandum by causing copies of the same to be e-served mailed to their counsel of record.

s/Stephen A. Roach
Stephen A. Roach