RE: Attardi, et als. v. Bayer Corp. et al; Civil No. 04-10728-WGY
Amended Page 16 to Plaintiffs' Opposition Memorandum to Defendants' Summary Judgment Motion

Case 1:04-cv-10728-WGY   Document 50-2   Filed 02/28/2007   Page 1 of 1

employee does receive severance. Otherwise, the employee does not receive severance. There is no mention of a "new owner" or "Acquiring Entity" or the like in the manual.[20] P St 67.

Furthermore, applying [9] to a company other than Bayer does not make sense. If an employee who is about to be or is terminated under one of the many qualifying provisions of the SPD is fortunate enough to find a job with any different company which just happens to be within 35 miles of the Bayer location and at the same pay (making it a "comparable job" under the SPD), this would make the employee ineligible. It would then provide an incentive for people <u>not</u> to look for work so they could collect severance.

As for [7], there is no redundancy with [9], as Bayer alleges **(D Memo 15)**, in defining it to mean a job within Bayer as well. It simply covers all <u>other</u> situations other than [9] (i.e a sale, relocation, etc. of their premises, products, etc.). As the SPD states, employees qualify for severance due to such reasons, among others, as:

> "• Declining business conditions;
> • Elimination of your position with the company;
> • Unavailability of a position upon your return from an approved medical leave..."[21]

But under bullet [7] such otherwise qualifying employees, quite logically, are <u>not</u> entitled to severance where Bayer offers them a "comparable job" within Bayer which means within 35 miles of their present job at the same salary. Bullet [7] of the SPD matches directly with Section 3.06(10) of the Bayer Plan, where one loses their job for reasons other than a sale of assets, a relocation, etc., but is offered another position within Bayer. Again, no new or other company is mentioned in Section 3.06(10).

Construing the SPD and the Bayer Plan together, the Plaintiffs' interpretation prevails.

---

[20] Bayer's Human Resources Department Employee Practices manual (<u>not</u> produced by Bayer) is distributed to supervisors and managers to guide them in answering questions from employees and otherwise managing the company.

[21] This language is on page SEV3 of Defendants' Exhibit B.

16