UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSEPH ATTARDI, et al.<br>    Plaintiffs,<br><br>v.<br><br>BAYER CORPORATION and<br>BAYER CORPORATION SEVERANCE<br>PAY PLAN,<br>    Defendants. | )<br>)<br>)<br>)<br>) Civil Action No.: 04-10728 WGY<br>)<br>)<br>)<br>)<br>)<br>) |

## ASSENTED-TO MOTION TO FILE REPLY BRIEF

Defendants Bayer Corporation and Bayer Corporation Severance Pay Plan respectfully move for leave to file a four-page reply memorandum in response to Plaintiffs' Opposition to Defendants Motion for Summary Judgment. In support thereof, Defendants state as follows:

1. This Court ordered on January 29, 2007, that Defendants file their Reply, if any, by February 14, 2007.

2. The proposed four-page Reply, a copy of which is attached hereto, is limited to discrete factual or legal points raised by Plaintiffs' Opposition and will assist the Court in ruling on the parties' cross-motions for summary judgment.

3. Defendants' Counsel conferred with Plaintiffs' Counsel as to the Reply, and Plaintiffs' Counsel assents to the instant Motion.

2

WHEREFORE, Defendants respectfully request leave to file the attached reply

                                      Respectfully submitted,

                                      BAYER CORPORATION and BAYER CORPORATION SEVERANCE PAY PLAN,

                                      By Their Counsel,

                                      /s/ John F. Welsh_____
                                      John F. Welsh, BBO # 522640
                                      Bello Black & Welsh LLP
                                      One Exeter Plaza
                                      699 Boylston Street, 10th Floor
                                      Boston, MA 02116
                                      (617) 247-4100

Dated:  February 13, 2007