## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
                                 )

**JOSEPH ATTARDI, et al.**           )
     **Plaintiffs,**               )
                                 )

**v.**                               )  **Civil Action No.: 04-10728 WGY**
                                 )

**BAYER CORPORATION and**   )
**BAYER CORPORATION SEVERANCE**  )
**PAY PLAN,**                 )
     **Defendants.**            )
_____)

## AFFIDAVIT OF MARY LEONARD

     I, Mary Leonard, hereby state as follows:

     1.     This Affidavit is submitted in opposition to Plaintiffs' Cross-Motion for Summary Judgment.

     2.     I attended all group meetings with Bayer printed circuit board employees concerning the EFTC transaction. At no time did any Bayer official tell employees that EFTC benefits are equal to or better than Bayer's benefits. All information about EFTC's benefits given to printed circuit board employees was provided by EFTC representatives.

     3.     As noted in my deposition, a number of employees asked me whether they were eligible for severance pay. I explained to them that they were not eligible based on the fact that they were offered jobs at the same salary at the same location. I showed some of them the SPD severance pay provisions that were applicable. No employee asked to appeal, or for instructions on how to appeal. No employees asked me, verbally

or in writing, for a copy of the Bayer Corporation Severance Pay Plan.  If they had, I would have directed them to Mr. Willis or Bayer's benefits staff.

4.      As to the assertion that, at a group meeting, Mr. Willis allegedly told Ms. Sweeney in response to a request for voluntary layoff, to "deal with it" and "quit being a baby", I attended the group meetings and no such statements by Mr. Willis were made.

5.      As to representations concerning my review of the SPD with employees in Plaintiffs' Statement of Disputed and Undisputed Facts, the description mischaracterized my deposition testimony.  As noted in my deposition, I reviewed the severance exclusion page of the SPD (D.Ex. B at Sev. 4) with employees.

I swear under the pains and penalties of perjury that the foregoing is true and correct to the best of my knowledge and belief.


/s/ Mary Leonard_____
Mary Leonard


Dated:  February 13, 2007