UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10728-WGY

JOSEPH ATTARDI, ET ALS,

Plaintiffs,

v.

BAYER CORPORATION, BAYER CORPORATION
SEVERANCE PAY PLAN,

Defendants.

### ASSENTED TO MOTION OF PLAINTIFFS TO FILE SUR-REPLY TO DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION MEMORANDUM TO DEFENDANTS' SUMMARY JUDGMENT MOTION

Plaintiffs move to file a brief Sur-Reply to Defendants' Reply to Plaintiffs' Opposition Memorandum Defendants' Summary Judgement Motion. In support of this Motion, Plaintiffs state that the Defendants have raised, for the first time, another ground not raised in their original Motion, which is that not all 63 Plaintiffs have provided facts based on personal knowledge as to their claims. In fact, the Plaintiffs' Answers to Interrogatories and Supplemental Answers to Interrogatories were signed by their three chosen authorized Plaintiff representatives, Jeanne Skene, Bertrand Guilmette and Vincent Fiorilla, who also spoke for all Plaintiffs at their depositions. Also, by agreement with the Defendants' counsel, the Plaintiffs provided Supplementary Answers to Interrogatories for this very reason, i.e. that the Defendants' had all facts and the clear position of all Plaintiffs, not just their three representatives, and to avoid the

1

need to depose all 63 Plaintiffs. Also, the Plaintiffs repeatedly all made themselves available for deposition but the Defendants chose to depose seven of them, the three representatives plus four others.

Further, the Defendants misstate certain other arguments raised by the Plaintiffs and misapply the applicable law. Plaintiffs' attorney was on vacation from Feb. 4 to 19, 2007 and has just today reviewed the Defendants' additional filings on Feb. 14, 2007 filings. Plaintiffs' will file their Sur-Reply, if allowed, by Friday, Feb. 23, 2007.

The Defendants have assented to the allowance of this Motion to file a Sur-Reply.

Dated: Feb. 20, 2007

| Respectfully submitted, | Assented to: |
|---|---|
| PLAINTIFFS, | DEFENDANTS, |
| By their attorney, | By their attorney, |
| | |
| s/Stephen A. Roach/sar | s/John F. Welsh/sar |
| Stephen A. Roach, BBO No. 542138 | John F. Welsh, BBO No. 522640 |
| ROACH & WISE, LLP | BELLO, BLACK & WELSH, LLP |
| 50 Congress Street, Suite 400 | 699 Boylston Street |
| Boston, MA 02109-4061 | Boston, MA 02166 |
| (617) 723-2800 | (617) 247-8476 |

CERTIFICATE OF SERVICE

I, Stephen A. Roach, Attorney for Plaintiffs, hereby certify that on Feb. 20, 2007, I served Defendants with the within document by causing copies of the same to be e-served mailed to their counsel of record.

s/Stephen A. Roach
Stephen A. Roach