# EXHIBIT 1

## John Welsh

**From:** John Welsh
**Sent:** Tuesday, December 13, 2005 9:46 AM
**To:** 'Stephen A. Roach'

I am writing following my review of Plaintiffs' Interrogatory answers. I am doing it via email so that you can review my comments with your committee at your meeting this Thursday.

1. Footnote 2 on Page 6 states that Bayer sold the machine shop and paid Machine Shop employees severance. The statement is clearly false; Agfa Corporation shut down the machine shop and paid severance benefits. Please amend your clients' sworn Interrogatory Answers so they are accurate in this respect.

2 Please state the specific factual basis for Plaintiffs' sworn statement in answer to Interrogatory 1 that ""Bayer and EFTC agreed that Bayer would falsely advise Plaintiffs that Plaintiffs' compensation and benefits, including severance benefits, would remain the same if Plaintiffs agreed to work for EFTC.' Please state the date of, and participants in, such alleged agreement.

3. As to Interrogatory 1 section 2(b), please identify which Plaintiffs and Bayer representative(s) had the conversations referenced in the first and second paragraphs. Please identify the specific Plaintiffs and Bayer representative referenced in the third paragraph of Interrogatory Answer 1, section 2(b).

4 Please state the factual basis of Plaintiffs' sworn statement that Bayer "deliberately" concealed the Bayer Plan from Plaintiffs.

5 With respect to Interrogatory 6, please specify, for each Plaintiff, the specific emotional harm they allegedly suffered.

6 As to Interrogatory Answer 8, please supplement your answer to provide the specific details of communications, including without limitation, the date of the communication, the form (oral, written or electronic), the participants in the communication and the content of the communication

7 Please supplement Interrogatory 9. The current answer is evasive. I do not want to discover protected communications. I do want to know when each Plaintiff formed a belief that they had been wrongfully denied severance benefits.

Stephen, the reason I submitted the Interrogatories was to avoid having to depose 63 plaintiffs in order to get a clear record as to what was said about their claim for severance benefits. Absent supplementation, I likely will depose all Plaintiffs in early January.

Please advise following your Thursday meeting whether Plaintiffs will supplement their Interrogatory Answers.
Thanks

**John F. Welsh**
Bello Black & Welsh LLP
535 Boylston Street, Suite 1102
Boston, MA 02116
P: 617-247-8476
C: 774-573-1888
F: 617-247-4125