# EXHIBIT 2

**Stephen A. Roach**

**From:** John Welsh [JWelsh@belloblack.com]
**Sent:** Thursday, December 15, 2005 9:06 AM
**To:** Stephen A. Roach
**Subject:** RE: Bayer - Production of Documents

Just to clarify, I sent you an email listing my concerns after the email attached below. I was not planning to do a letter, but will do so if necessary. Please let me know if you will be providing the information sought. If not, please telephone me today or tomorrow so we can discuss the next step, and also schedule other discovery activities, such as personnel file review. Thanks

**John F. Welsh**
Bello Black & Welsh LLP
535 Boylston Street, Suite 1102
Boston, MA 02116
P: 617-247-8476
C: 774-573-1888
F: 617-247-4125
http://www.belloblack.com

**From:** Stephen A. Roach [mailto:roach@roachwise.com]
**Sent:** Tuesday, December 13, 2005 4:40 PM
**To:** John Welsh
**Subject:** RE: Bayer - Production of Documents

John, I believe they are complete as asked, but I look forward to your letter. Steve Roach

**From:** John Welsh [mailto:JWelsh@belloblack.com]
**Sent:** Tuesday, December 13, 2005 8:07 AM
**To:** Stephen A. Roach
**Subject:** RE: Bayer - Production of Documents

The Int answers need supplementation. I'll try to get you a letter today so you can raise the issues with your committee

**John F. Welsh**
Bello Black & Welsh LLP
535 Boylston Street, Suite 1102
Boston, MA 02116
P: 617-247-8476
C: 774-573-1888
F: 617-247-4125
http://www.belloblack.com

**From:** Stephen A. Roach [mailto:roach@roachwise.com]
**Sent:** Monday, December 12, 2005 1:16 PM
**To:** John Welsh
**Subject:** Bayer - Production of Documents

John, I will be meeting with my clients on Thurs. Have basically drafted the Response to the Defendants' Document Request but need to be sure I have gathered and reviewed the correct records. I expect to serve the

12/15/2005

response on Friday.  Steve Roach

12/15/2005

Stephen A. Roach

From: John Welsh [JWelsh@belloblack.com]
Sent: Thursday, December 08, 2005 10:37 AM
To: Stephen A. Roach
Subject: RE: Attardi v. Bayer

Ok thanks

**John F. Welsh**
Bello Black & Welsh LLP
535 Boylston Street, Suite 1102
Boston, MA 02116
P: 617-247-8476
C: 774-573-1888
F: 617-247-4125
http://www.belloblack.com

From: Stephen A. Roach [mailto:roach@roachwise.com]
Sent: Wednesday, December 07, 2005 6:05 PM
To: John Welsh
Subject: RE: Attardi v. Bayer

John, I expect to be serving you with the Plaintiffs' answers to ints tomorrow. They are done; I am just awaiting the signatures. Steve Roach


From: John Welsh [mailto:JWelsh@belloblack.com]
Sent: Thursday, December 01, 2005 5:07 PM
To: Stephen A. Roach
Subject: RE: Attardi v. Bayer

thanks

**John F. Welsh**
Bello Black & Welsh LLP
535 Boylston Street, Suite 1102
Boston, MA 02116
P: 617-247-8476
C: 774-573-1888
F: 617-247-4125
http://www.belloblack.com

From: Stephen A. Roach [mailto:roach@roachwise.com]
Sent: Thursday, December 01, 2005 4:32 PM
To: John Welsh
Subject: Attardi v. Bayer

John, I have nearly completed the answers to interrogatories. I will soon be sending them to my clients for review/signature. Same with the Request for Production. I anticipate getting them to you soon. Steve Roach

12/8/2005