# EXHIBIT 3

Sheets

11/01/05

TC Walsh (VM)
- End of year - dep dis -
617-247-8476
- Where are we on dis?
- May/may not need to dpo -
  depends on ans to dis.         SM.

11/01/05

TC to John Walsh
           (VM)
- Told him (1) Waiting on ans to
  ints - 3 reps to sign off
  (2) Prod he has my auto production
      but will get response to him
  (3) need to see his unions -
      office/ht  (4) need to
      depose his clients and indivs
      too. (5) 2 more Nov/Dec -
      need to extend dis.
                                SM.