# EXHIBIT 4

ROACH & WISE LLP
Attorneys at Law
31 State Street
Boston, Massachusetts 02109-2705

Telephone 617-723-2800
Facsimile 617-723-4313
www.roachwise.com

Stephen A. Roach
roach@roachwise.com

**BY FACSIMILE AND FIRST CLASS MAIL**
July 28, 2006

John F. Welsh, Esq.
Bello, Black & Welsh, LLP
535 Boylston Street, Suite 1102
Boston, MA 02116

  RE: Joseph Attardi, et als. v. Bayer Corporation, et al.,
     U.S. District Court Civil Action No. 04-CV-10728-REK

Dear John:

  This is to confirm the following.

### Errata Sheets

  We agreed that my clients, Mr. Guilmete, Mr. Fiorilla, and Ms. Skene, as well as Dr. Paige and Mr. Ramsden, have until August 11, 2006 to serve errata sheets from their depositions.

### Sutron Records

  I will notify Attorney Kevin Powers of your firm when Suntron's local attorney, Attorney Terry McCourt, notifies me that the records I subpoenaed are ready for inspection and copying so that we can do it at the same time.

### Deposition of Mr. Jack Calderon

  I wish to have the EFTC records we have subpoenaed from Suntron before we depose Mr. Calderon in Chicago on Sept. 6. I understand you will attempt to move that date if we have trouble obtaining those records. In any event, I assume you would want to have those records as well for the deposition.

### Depositions of Ms. Leonard, Mr. Willis, Mr. Fontaine and Defendants

  You asked me to suggest deposition dates for the above individuals and the Rule 30(b)(6) for the Defendants. The dates I suggest are the following: September 12, 14, 15, 26, 27, 28 and 29; October 2, 3, 4, 5, 6, 9, 11, 12, 13, 16, 17, 18, 19, 20, 23, 24, 25, and 26; November 2 to 30 (all of November).

Attorney Welsh
July 28, 2006
Page 2

## Depositions of additional Plaintiffs

You will notify me of any other Plaintiffs you wish to depose. We can use some of the above dates for any you wish to take. I understand you may ask for supplementation of the Plaintiffs Answers to Interrogatories in certain areas to which, if not objectionable, of course the Plaintiffs will respond.

## Documents to be produced by Defendants

Also, as we have discussed this week and in the past, there are documents that the Plaintiffs have requested which have yet to be produced by the Defendants. The first group of documents are all of the prior drafts of (1) the Bayer Corporation Severance Pay Plan (the Master Plan), (2) the Bayer Severance Pay Plan Summary Plan Description from 1995 and (3) the Bayer Corporation Severance Pay Plan Summary of Material Modifications from 1997 (Document Request No. 24). The second group of documents are the documents relative to the all Severance Pay Plans and payments to all employees of Bayer, and its predecessor, parent and/or subsidiary companies including, but not limited to, Agfa Corporation, Miles, Inc., Mobay Corporation, Agfa-Gevaert, Inc., Compugraphic, Inc. and Matrix Corporation from January 1, 1984 to the present (Document Request No. 9). I would be willing to limit for now, without waiving any rights, the second group of documents from January 1, 1990 to the present. Of course, as we have discussed, I am interested in the documents of those who participated in and took advantage of Bayer's voluntary lay-off severance policy, custom, practice or program. As we discussed, I may send another interrogatory to you or ask for supplementation of one already sent.

I will be in conversation with Attorney Powers while you are out the next two weeks on vacation. Best wishes for a good vacation..

Very truly yours,

Stephen A. Roach

cc:    Clients
       Kevin Powers, Esq.