# EXHIBIT 5

## Robert Wise

**From:** Robert Wise [wise@roachwise.com]
**Sent:** Tuesday, February 13, 2007 12:23 PM
**To:** 'jwelsh@belloblack.com'
**Cc:** Stephen A. Roach, Esq. (roach@roachwise.com)
**Subject:** Joseph Attardi, et al. v. Bayer Corporation, et al.

Thank you for the call this morning.

As you know, Stephen Roach is the only attorney in the firm working the above referenced case and presently is on vacation. He plans to return to the office on February 19. I understand that you will be filing today a Reply to his Cross Motion for Summary Judgment and also a Motion to Strike. I also understood you to say that you will not oppose an extension of time within which to file either a Sur Reply or an Opposition to the Motion to Strike and that you will make a notation to that effect in your filings.

I did speak with Steve and relayed your intentions as I understood them. He asked that I make you aware that he also may file a Motion to Strike.

Steve also asked me to remind you that you agreed to prepare and forward to him a first draft of the Final Pre-Trial Memorandum.

Robert E. Wise, Jr.

2/13/2007