# EXHIBIT 6

## ASSIGNMENT

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

Mary Jo Corcoran

Date: March 16, 2004

**ASSIGNMENT**

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

*Joseph Attardi*

Joseph Attardi

Date: 3-19-04

## ASSIGNMENT

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

*Micheline Augusta*

Micheline Augusta

Date: 3-17-04

## ASSIGNMENT

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

*Farahilda Bet-Eivazi*

Farahilda Bet-Eivazi

Date: 03-31-04

## ASSIGNMENT

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

*Mary B Bogdan*

Mary Bogdan

Date: MARCH 22, 04

**ASSIGNMENT**

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

Karen Brown

Date: 3/30/04

## ASSIGNMENT

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

_Karen Brown_

Karen Brown

Date: _May 3, 2004_

**ASSIGNMENT**

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

*Marie Brown*

Marie Brown


Date: 3-16-04

**ASSIGNMENT**

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

Robert Brown

Date: _3·/9·04_

**ASSIGNMENT**

    I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

Larry Cellamare

Date: 3/18/04

**ASSIGNMENT**

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

Wai Ngan Chan

Date: 3-19-04

**ASSIGNMENT**

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

*Carol Christianson*

Carol Christianson

Date: 3-17-2004

**ASSIGNMENT**

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

Richard Cote

Date: Nov 15, 2004

**ASSIGNMENT**

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

Corrie Cottrell

Date: April 5, 2004

**ASSIGNMENT**

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

*Clarence Coupe*

Clarence Coupe

Date: _3/19/04_

## ASSIGNMENT

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

*Aroussiak Dakessian*

Aroussiak Dakessain

Date: 3-21-04

My Adress
1 Stonehill Dr.
Apt 25
Stoneham Mass.
02180

**ASSIGNMENT**

    I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

*Maria DeFrancesco*

Maria DeFrancesco

Date: 3/17/04

## ASSIGNMENT

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

Dick DeFrancesco

Date: 3-17-04

## ASSIGNMENT

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

Dave Dolan

Date: 3/18/04

## ASSIGNMENT

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

_Lise Dupuis_

Lise Dupuis

Date: _3/26/2004_

Please change my address    Thank you

From Lise Dupuis    old
P.O. Box 134
West Boxford Mass

to new address

Lise Dupuis    new
8 ARcadia Lane
Salem N.H. 03079