## ASSIGNMENT

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

*Sandra Comeau Dutcher*
Sandra Comeau Dutcher

Date: 04/03/04

## ASSIGNMENT

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

_Kathleen Ely_
Kathy Ely

Date: 3/18/04

## ASSIGNMENT

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

                                                       */s/ Vinnie Fiorilla*
                                                       Vinnie Fiorilla

Date: 3/17/04

ASSIGNMENT

    I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

*Steve Fournier* (signature)
Steve Fournier

Date: 3/21/04

*note: Unable to access website.*

## ASSIGNMENT

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

*Jean Fraser*
Jean Fraser

Date: 3-18-04

## ASSIGNMENT

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

_____
Gary Frizzell

Date: 3/19/04

## ASSIGNMENT

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

_____
Diana Glassett

Date: __3/18/04__

## ASSIGNMENT

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

_____
Fred Glassett

Date: 3-18-04

## ASSIGNMENT

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

*Philip Greene*
Philip Greene

Date: 3-18-04

## ASSIGNMENT

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

*Bertrand Guilmette* (signature)
Bertrand Guilmette

Date: 3/17/04

## ASSIGNMENT

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

*Pauline Guilmette*
Pauline Guilmette

Date: 3/17/04

## ASSIGNMENT

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

*Alberta Healey*
Alberta Healey

Date: 3-29-04

## ASSIGNMENT

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

*Jeanne Huff*
Jeanne Huff

Date: 3-18-04

## ASSIGNMENT

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

*Rick Jakle*

Date: 3/18/04

## ASSIGNMENT

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

_____
Anita Kopacz

Date: March 22, 2004

## ASSIGNMENT

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

*Alfred Languirand* (signature)
Alfred Languirand

Date: 3/19/04

## ASSIGNMENT

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

*Janet E. Lanoue*
Janet E. Lanoue

Date: 3-18-04

## ASSIGNMENT

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

*Judith La Rosa*
Judith LaRosa

Date: 3-19-2004

## ASSIGNMENT

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

*Edmund L. Lascelles Jr.*
Ed Lascelles, Jr.

Date: March 18, 2004

## ASSIGNMENT

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

_____
Cliff Lord, III
(Clifton F. Lord, III)

Date: 4-18-04