**ASSIGNMENT**

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

Pat Mabey

Date: 3/23/04

**ASSIGNMENT**

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

_Teresa C. Ornelas_
Teresa Ornelas

Date: _3·25·04_

## ASSIGNMENT

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

*Janice Paradis*

Janice Paradis

Date: *March 17, 2004*

**ASSIGNMENT**

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

_Linda Paradis_

Linda Paradis

Date: 3\18\04

## ASSIGNMENT

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

Norman Parent

Date: 3-17-04

**ASSIGNMENT**

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

Long Peck

Date: APRL 14/2004

**ASSIGNMENT**

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

*Diana E. Perreault*

Diana Perreault

Date: 3/18/04

Please note address Change

33366 WESTWOOD DR
RIDGE MANOR, FL
        33523
OR PO Box 921
TRILBY, FL.
        33593

## ASSIGNMENT

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

*Oudomphone Phommahaxay*

Oudomphone Phommahaxay

Date: **3-19-04**

**ASSIGNMENT**

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

Richard Picard

Date: 3/19/2004

**ASSIGNMENT**

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

_____
Norman Poulin

Date: _____3/18/04_____