## ASSIGNMENT

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

*Maria Reis*
Maria Reis

Date: 3-16-04

## ASSIGNMENT

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

_____
Mark Robert

Date: 3/23/04

## ASSIGNMENT

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

*John Sablock* (signature)
John Sablock

Date: 3-18-04

## ASSIGNMENT

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

*Barbara Sanborn*
Barbara Sanborn

Date: March 17th 2004

## ASSIGNMENT

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

*Joanne Sanzo*
Joanne Sanzo

Date: 3/19/04

## ASSIGNMENT

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

*Linda Saulnier*
Linda Saulnier

Date: 3/17/04

## ASSIGNMENT

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

_____
Jeanne Skene

Date: April 10, 2004

## ASSIGNMENT

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

*Robert E. Stier*
Robert Stier

Date: 3/19/04

## ASSIGNMENT

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

*Catherine Sweeney*
Catherine Sweeney

Date: 3/18/04

*Thank you Soo Much —*

## ASSIGNMENT

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

*[signature]*
Pham Van

Date: 03/18/04

## ASSIGNMENT

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

*Diane Willette*

Date: 3/18/04

## ASSIGNMENT

I hereby assign to the client representatives, Bertrand Guilmette, Vincent Fiorilla and Jeanne Skene, my right to accept or reject any settlement offer(s) Agfa might make and of which, if accepted, I will obtain my proportionate share.

*Edward R. Wright*
Edward R. Wright

Date: 3/18/04