UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSEPH ATTARDI, et al.<br>    Plaintiffs,<br><br>v.<br><br>BAYER CORPORATION and<br>BAYER CORPORATION<br>SEVERANCE PAY PLAN,<br>    Defendants. | Civil Action No.: 04-10728 WGY |

## NOTICE OF APPEARANCE

Please take note that the undersigned, Jennifer Belli, hereby enters her appearance as counsel to Defendants, Bayer Corporation and Bayer Corporation Severance Pay Plan, in the above-captioned matter.

Respectfully submitted,

/s/ Jennifer Belli
Jennifer Belli, BBO # 660278
Bello, Black &Welsh LLP
One Exeter Plaza
699 Boylston Street, Floor 10
Boston, MA  02116
(617) 247-4100

Dated:  February 23, 2007