**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____

|  |  |
|---|---|
| **JOSEPH ATTARDI, et al.** | ) |
| **Plaintiffs,** | ) |
|  | ) |
|  | ) |
| **v.** | ) **Civil Action No.: 04-10728 WGY** |
|  | ) |
| **BAYER CORPORATION and** | ) |
| **BAYER CORPORATION SEVERANCE** | ) |
| **PAY PLAN,** | ) |
| **Defendants.** | ) |

_____)

## JOINT MOTION TO REMAND FOR ADMINISTRATIVE REVIEW WITH THE COURT RETAINING JURISDICTION

Pursuant to the Court's request at the Pre-Trial Conference on February 21, 2007 for a notification to the Court as to whether the parties would agree to a remand of the matter for administrative review under the laws of ERISA, 29 U.S.C. §1101 , *et. seq.*, with the Court retaining jurisdiction of this case, the parties hereby move as follows:

1. The Plaintiffs and the Defendants have agreed to an administrative review by the Defendants of the Plaintiffs' claim for severance benefits under the terms of Section 4.08 of the Bayer Corporation Severance Pay Plan ("Bayer Plan") and the Summary Plan Description ("SPD"), at page ADM 6, at issue in this case and under the laws of ERISA. The parties request of an administrative closure of the case until the remand review procedure as described below is completed.

2. By April 15, 2007, the Plaintiffs, by and through their undersigned attorney, Attorney Stephen A. Roach, will submit a written appeal to the Defendants of the Defendants' denial of severance  to the Defendants' undersigned lead attorney, Attorney

John F. Welsh.  After the Plaintiffs' submission, the Defendants, by and through the Bayer ERISA Review Committee, will  review the Plaintiffs' appeal.

3.   By June 30, 2007, the Bayer ERISA Review Committee, by and through the Defendants' undersigned counsel, will submit its decision in writing, with an explanation of the grounds for the decision, to the Plaintiffs addressed to the Plaintiffs' undersigned attorney.  The Bayer ERISA Review Committee meets only once per month.

4.   After the Defendants have submitted their decision in accordance with Paragraph 3 above, the claims administrative review procedure will be completed and exhausted in full satisfaction of the Bayer Plan and the SPD.  The Plaintiffs will not be required to seek reconsideration, further appeal administratively or otherwise take any steps to exhaust their administrative remedies.

5.   After June 30, 2007, and by no later than July 31, 2007, the Plaintiffs, if not satisfied with the Defendants' decision issued in accordance with Paragraph 4 above, may notify the Court in writing that the Plaintiffs wish the Court to re-open the case and proceed with the litigation.   By the same date, July 31, 2007, the Defendants may also similarly file such notice with the Court.

6.   After the case is re-opened and the administrative closure is lifted, the Court will proceed with the case in the same manner as when it was closed, including a review and decision on the pending summary judgment motions and a jury-waived trial.   The parties will be allowed to file further documents with regard to the summary judgment motions. This Motion, if allowed, stays any action on summary judgment motions or trial.

/s/Stephen A. Roach

_____
Stephen A. Roach, BBO#542138
Roach & Wise LLP
50 Congress Street, Suite 400
Boston, MA 02109
(617)-723-2800
Plaintiffs' Counsel


Dated:  February 23, 2007

/s/ John F. Welsh

_____
John F. Welsh, BBO # 522640
Jennifer Belli, BBO#660278
Bello Black & Welsh LLP
One Exeter Plaza
699 Boylston Street, 10th Floor
Boston, MA 02116
(617) 247-4100
Defendants' Counsel

.