UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSEPH ATTARDI, et al. )<br>     Plaintiffs, )<br> )<br>v. )<br> )<br>BAYER CORPORATION and )<br>BAYER CORPORATION SEVERANCE )<br>PAY PLAN, )<br>     Defendants. )<br> ) | Civil Action No.: 04-10728 WGY |

## PLAINTIFFS' NOTICE TO THE COURT TO REOPEN CASE AFTER REMAND FOR ADMINISTRATIVE REVIEW AND REQUEST TO PROCEED WITH LITIGATION

Pursuant to the Court's allowance of the parties' *Joint Motion To Remand For Administrative Review With The Court Retaining Jurisdiction* dated and filed February 23, 2007, the Plaintiffs in the above matter, jointly and severally, hereby give notice, pursuant to paragraph 5 of the Joint Motion, to reopen the case and further request the Court, pursuant to paragraph 6 of the Joint Motion, to proceed with the litigation of the case. After the Joint Motion was allowed, the Plaintiffs, by their undersigned attorney, on April 2, 2007 submitted to the Defendants a written "Request For Administrative Review-Appeal of Denial Of Severance Benefits Under the Bayer Corporation Severance Pay Plan" ("Plaintiffs' Request for Administrative Review"). Pursuant to paragraph 2 of the Joint Motion, the Plaintiffs submitted the Plaintiffs' Request for Administrative Review of each of the individual Plaintiff's claim for severance benefits at issue in this case to the Defendants Bayer Corporation and Bayer Corporation Severance Pay Plan,

through their attorney John F. Welsh, Esq.  Pursuant to paragraphs 2 and 3 of the Joint Motion, the Defendants, through the Bayer ERISA Review Committee, reviewed the Plaintiffs' Request for Administrative Review and denied each of the Plaintiffs' claims for severance.  By a decision dated June 25, 2007, and received by the Plaintiffs, through their undersigned attorney, on July 2, 2007, the Bayer ERISA Review Committee denied the Plaintiffs' claims and set forth the Defendants' reasoning in support of the denial.

Pursuant to paragraph 5 of the Joint Motion, the Plaintiffs, jointly and severally, hereby state that are not satisfied with the Defendants' decision and disagree, both factually and legally, with the reasons set forth in the June 25, 2007 written decision and reasoning of the Bayer ERISA Review Committee.  Pursuant to paragraph 4 of the Joint Motion, the Plaintiffs, jointly and severally, have satisfied any exhaustion of administrative remedies requirement.

Pursuant to paragraphs 5 and 6 of the Joint Motion, therefore, the Plaintiffs now respectfully notify the Court, within the July 31, 2007 filing date, that the Plaintiffs wish to re-open the case and proceed with the litigation including further filings by all parties with regard to the pending summary judgment motions and with trial.

    The Plaintiffs,
    By their attorney,


/s/Stephen A. Roach
_____
Stephen A. Roach, BBO#542138
Roach & Wise LLP
50 Congress Street, Suite 400
Boston, MA 02109
(617)-723-2800                              Dated: July 24, 2007
Plaintiffs' Counsel

3

## CERTIFICATE OF SERVICE

    I, Stephen A. Roach, Attorney for Plaintiffs, hereby certify that on July 24, 2007, I served Defendants with the within document by causing copies of the same to be e-served and mailed by first class mail, to their counsel of record.

                                       /s/Stephen A. Roach
                                       Stephen A. Roach