UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10728-WGY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
JOSEPH ATTARDI, ET ALS,                        \*
Plaintiffs,                                    \*
v.                                             \*
BAYER CORPORATION and                          \*
BAYER CORPORATION SEVERANCE PAY PLAN, \*
Defendants.                                    \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# PLAINTIFFS' SUPPLEMENTAL STATEMENT OF MATERIAL FACTS PURSUANT TO LOCAL RULE 56.1 IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT

Plaintiffs submit this Supplemental Local Rule 56.1 Statement of Material Facts which were developed or obtained after the Remand of this matter when the case was administratively closed by agreement of the parties and on order of the Court. The paragraph numbering starts with 78 as a continuation of the Plaintiffs' initial Rule 56.1 Statement dated and filed on February 2, 2007.

78. Bayer Corporate and Business Services ERISA Review Committee (the "Bayer Review Committee"). The Bayer Review Committee interpreted the word "division" in the context of "'all or part of the assets of any employer' rather than as referring to a literal Division of Bayer, such as the entire Agfa Division.**" 3d Roach Decl. Ex. 2.** The Bayer Review Committee now says that the Board Shop sale was "the sale of a division."**3d Roach Decl. Ex. 2, at 2.** The Committee says "The Plan has been consistently administered by interpreting divestiture to mean the sale or other disposition." **P Supp St 78 (3d Roach Decl. Ex. 2, at 1**). In in Bayer's 30(b)(6) Deposition through Lewis Beesley, Beesley said that he did not remember a claim for severance pay ever coming before the Review Committee. **P Supp St 78, P Ex. 13, at**

1

**143-44.** The Bayer Review Committee stated the Board Shop "sale constituted both the sale of a division and, <u>in</u> <u>the</u> <u>parlance</u> <u>of</u> <u>the</u> <u>Plan</u> <u>document</u>, a divestiture of part of the assets of an employer." **(3d Roach Decl. Ex. 2, at 1).** But the Bayer Plan does not contain any "parlance" at all, and no definition as to the meaning of "divestiture." **D Ex A.**

      79. Bayer managers told the Plaintiffs, who had been with Bayer from 10-30 years, that it was a win-win situation because the benefits at EFTC were the same or better then those at Bayer. In reliance on those statements, and in need of a paycheck on short notice, the Plaintiffs accepted the EFTC job. In the past, with each prior transaction when a new company took over after the Plaintiffs started with Bayer's predecessors (Compugraphic, Miles Inc., Agfa Corp, etc.) the benefits improved. Bayer advised the Plaintiffs that the Plaintiffs were not entitled to severance or unemployment benefits, whether they accepted the job or not with EFTC. The time between the sale of the Board Shop and the closing was extremely short, and the Plaintiffs, who believed that they had always been treated well by Bayer, relied on Bayer management. Bayer management and human resources told the Plaintiffs in meetings that the sale of the Board Shop was a "win-win" situation. The Plaintiffs would "win" because EFTC's benefits were comparable to Bayer's and the Plaintiffs would be "better off" and have a chance to grow. The Plaintiffs learned that the EFTC benefits were worse after the sale of the Board Shop. They learned that they would no longer have a pension, and that EFTC's severance, vacation and other benefits were not as good as Bayer's. See **Paragraphs 1, 5-9 of the Declarations of JOSEPH ATTARDI dated July 31, 2007, MICHELINE AUGUSTA dated July 27, 2007, FARAHILDA BET-EIVAZI dated July 31, 2007, MARY B. BOGDAN dated August 11, 2007, MARK BOWDIDGE dated August 1, 2007, KAREN BROWN dated August 10, 2007, MARIE BROWN dated August 2, 2007, ROBERT BROWN August 16, 2007,**

**LARRY CELLAMARE dated August 1, 2007, WAI NGAN CHAN dated August 2, 2007, CAROL CHRISTIANSON dated July 19, 2007, MARY JO CORCORAN dated July 30, 2007, RICHARD COTE dated August 9, 2007, CORRIE COTTRELL dated August 8, 2007, CLARENCE COUPE dated August 4, 2007, AROUSSIAK DAKESSAIN dated August 1, 2007, RICHARD DEFRANCESCO dated July 19, 2007, MARIA DEFRANCESCO dated July 19, 2007, DAVID J. DOLAN dated July 16, 2007, LISE DUPUIS dated August 9, 2007, SANDRA COMEAU DUTCHER dated July 16, 2007, KATHY ELY dated August 3, 2007, VINCENT FIORILLA dated August 18, 2007, STEVE FOURNIER dated August 3, 2007, JEAN FRASER dated July 19, 2007, GARY FRIZZELL dated July 24, 2007, DIANA GLASSETT dated July 30, 2007, FRED GLASSETT dated July 19, 2007, BOONCHOO GRASSO dated August 7, 2007, PHILLIP GREENE dated August 2, 2007, BERTRAND GUILMETTE (Second Declaration) dated August 28, 2007, PAULINE GUILMETTE dated July 25, 2007, ALBERTA HEALEY dated August 9, 2007,  RICK JAKLE dated August 4, 2007, ANITA KOPACZ dated August 8, 2007, ALFRED LANGUIRAND dated August 2, 2007, JANET E. LANOUE dated August 1, 2007, JUDITH LA ROSA dated August 3, 2007, EDMUND J. LASCELLES, JR. August 17, 2007, CLIFF LORD, III dated August 6, 2007, WESLEY LORD dated August 17, 2007, PAT MABEY dated August 1, 2007, TERESA C. ORNELAS dated August 17, 2007, JANICE PARADIS dated August 15, 2007, LINDA PARADIS dated July 19, 2007, NORMAN PARENT dated August 6, 2007, LONG T. PECK dated August 7, 2007, DIANA PERREAULT dated August 9, 2007, OUDOMPHONE PHOMMAHAXAY dated July 27, 2007, RICHARD PICARD dated August 8, 2007, NORMAN POULIN dated August 3, 2007, MARIA REIS dated August 9,**

**2007, MARK ROBERT dated August 6, 2007, JOHN SABLOCK dated August 17, 2007, BARBARA SANBORN dated August 2, 2007, JOANNE SANZO dated July 23, 2007, LINDA SAULNIER dated August 3, 2007, JEANNE SKENE (Second Declaration) dated August 29, 2007, ROBERT STIER dated August 7, 2007, CATHERINE SWEENEY dated August 3, 2007, PHAM VAN dated August 4, 2007, DIANE WILLETTE dated July 20, 2007, and EDWARD R. WRIGHT dated July 20, 2007.**

For eight Plaintiffs, English is not their first language. **Paragraphs 6-7 of the Declarations of FARAHILDA BET-EIVAZI dated July 31, 2007, WAI NGAN CHAN dated August 2, 2007, AROUSSIAK DAKESSAIN dated August 1, 2007, BOONCHOO GRASSO dated August 7, 2007, TERESA C. ORNELAS dated August 17, 2007, LONG T. PECK dated August 7, 2007, OUDOMPHONE PHOMMAHAXAY dated July 27, 2007, PHAM VAN dated August 4, 2007.**

All but four Plaintiffs have a high school education or less and none, with the possible exception of Mr. Fiorilla, have held a professional or management job. **Paragraph 7 of the Declarations of JOSEPH ATTARDI dated July 31, 2007, MICHELINE AUGUSTA dated July 27, 2007, FARAHILDA BET-EIVAZI dated July 31, 2007, MARY B. BOGDAN dated August 11, 2007, MARK BOWDIDGE dated August 1, 2007, KAREN BROWN dated August 10, 2007, MARIE BROWN dated August 2, 2007, ROBERT BROWN August 16, 2007, LARRY CELLAMARE dated August 1, 2007, WAI NGAN CHAN dated August 2, 2007, CAROL CHRISTIANSON dated July 19, 2007, MARY JO CORCORAN dated July 30, 2007, RICHARD COTE dated August 9, 2007, CORRIE COTTRELL dated August 8, 2007, CLARENCE COUPE dated August 4, 2007, AROUSSIAK DAKESSAIN dated August 1, 2007, RICHARD DEFRANCESCO dated July 19, 2007, MARIA**

**DEFRANCESCO dated July 19, 2007, DAVID J. DOLAN dated July 16, 2007, LISE DUPUIS dated August 9, 2007, SANDRA COMEAU DUTCHER dated July 16, 2007, KATHY ELY dated August 3, 2007, VINCENT FIORILLA dated August 18, 2007, STEVE FOURNIER dated August 3, 2007, JEAN FRASER dated July 19, 2007, GARY FRIZZELL dated July 24, 2007, DIANA GLASSETT dated July 30, 2007, FRED GLASSETT dated July 19, 2007, BOONCHOO GRASSO dated August 7, 2007, PHILLIP GREENE dated August 2, 2007, BERTRAND GUILMETTE (Second Declaration) dated August 28, 2007, PAULINE GUILMETTE dated July 25, 2007, ALBERTA HEALEY dated August 9, 2007, RICK JAKLE dated August 4, 2007, ANITA KOPACZ dated August 8, 2007, ALFRED LANGUIRAND dated August 2, 2007, JANET E. LANOUE dated August 1, 2007, JUDITH LA ROSA dated August 3, 2007, EDMUND J. LASCELLES, JR. August 17, 2007, CLIFF LORD, III dated August 6, 2007, WESLEY LORD dated August 17, 2007, PAT MABEY dated August 1, 2007, TERESA C. ORNELAS dated August 17, 2007, JANICE PARADIS dated August 15, 2007, LINDA PARADIS dated July 19, 2007, NORMAN PARENT dated August 6, 2007, LONG T. PECK dated August 7, 2007, DIANA PERREAULT dated August 9, 2007, OUDOMPHONE PHOMMAHAXAY dated July 27, 2007, RICHARD PICARD dated August 8, 2007, NORMAN POULIN dated August 3, 2007, MARIA REIS dated August 9, 2007, MARK ROBERT dated August 6, 2007, JOHN SABLOCK dated August 17, 2007, BARBARA SANBORN dated August 2, 2007, JOANNE SANZO dated July 23, 2007, LINDA SAULNIER dated August 3, 2007, JEANNE SKENE (Second Declaration) dated August 29, 2007, ROBERT STIER dated August 7, 2007, CATHERINE SWEENEYdated**

**August 3, 2007, PHAM VAN dated August 4, 2007, DIANE WILLETTE dated July 20, 2007, and EDWARD R. WRIGHT dated July 20, 2007.**

Two Plaintiffs are deaf and no one in Bayer management assisted them in explaining to them the events of their termination in 1998 or their severance rights. **Paragraphs 1 & 5 of the Declarations of MARK BOWDIDGE dated dated August 1, 2007 and Clifford Lord, III dated August 6, 2007. See also Paragraph 2 of the Declaration of WESLEY LORD dated August 17, 2007.**

The Plaintiffs relied upon Bayer's severance benefits and voluntary layoff process as an inducement to take the job with Bayer and to remain with Bayer. When Bayer was about to lay off employees, it would spread by word of mouth it was looking for volunteers who wished to leave, take severance, and thereby save the jobs of those who were pegged to termination. Bayer employees then volunteered to be terminated, but Bayer considered the employees involuntarily terminated and paid them severance. The Plaintiffs relied on this program, as well as the severance under the SPD, as an inducement to remain with Bayer. The Plaintiffs know and have seen a number of coworkers during their careers at Bayer request, and receive, a voluntary termination with severance benefits. **See Paragraph 4 of the Declarations of JOSEPH ATTARDI dated July 31, 2007, MICHELINE AUGUSTA dated July 27, 2007, FARAHILDA BET-EIVAZI dated July 31, 2007, MARY B. BOGDAN dated August 11, 2007, MARK BOWDIDGE dated August 1, 2007, KAREN BROWN dated August 10, 2007, MARIE BROWN dated August 2, 2007, ROBERT BROWN August 16, 2007, LARRY CELLAMARE dated August 1, 2007, WAI NGAN CHAN dated August 2, 2007, CAROL CHRISTIANSON dated July 19, 2007, MARY JO CORCORAN dated July 30, 2007, RICHARD COTE dated August 9, 2007, CORRIE COTTRELL dated August 8,**

6

2007, CLARENCE COUPE dated August 4, 2007, AROUSSIAK DAKESSAIN dated August 1, 2007, RICHARD DEFRANCESCO dated July 19, 2007, MARIA DEFRANCESCO dated July 19, 2007, DAVID J. DOLAN dated July 16, 2007, LISE DUPUIS dated August 9, 2007, SANDRA COMEAU DUTCHER dated July 16, 2007, KATHY ELY dated August 3, 2007, VINCENT FIORILLA dated August 18, 2007, STEVE FOURNIER dated August 3, 2007, JEAN FRASER dated July 19, 2007, GARY FRIZZELL dated July 24, 2007, DIANA GLASSETT dated July 30, 2007, FRED GLASSETT dated July 19, 2007, BOONCHOO GRASSO dated August 7, 2007, PHILLIP GREENE dated August 2, 2007, BERTRAND GUILMETTE (Second Declaration) dated August 28, 2007, PAULINE GUILMETTE dated July 25, 2007, ALBERTA HEALEY dated August 9, 2007, RICK JAKLE dated August 4, 2007, ANITA KOPACZ dated August 8, 2007, ALFRED LANGUIRAND dated August 2, 2007, JANET E. LANOUE dated August 1, 2007, JUDITH LA ROSA dated August 3, 2007, EDMUND J. LASCELLES, JR. August 17, 2007, CLIFF LORD, III dated August 6, 2007, WESLEY LORD dated August 17, 2007, PAT MABEY dated August 1, 2007, TERESA C. ORNELAS dated August 17, 2007, JANICE PARADIS dated August 15, 2007, LINDA PARADIS dated July 19, 2007, NORMAN PARENT dated August 6, 2007, LONG T. PECK dated August 7, 2007, DIANA PERREAULT dated August 9, 2007, OUDOMPHONE PHOMMAHAXAY dated July 27, 2007, RICHARD PICARD dated August 8, 2007, NORMAN POULIN dated August 3, 2007, MARIA REIS dated August 9, 2007, MARK ROBERT dated August 6, 2007, JOHN SABLOCK dated August 17, 2007, BARBARA SANBORN dated August 2, 2007, JOANNE SANZO dated July 23, 2007, LINDA SAULNIER dated August 3, 2007, JEANNE SKENE (Second Declaration) dated

**August 29, 2007, ROBERT STIER dated August 7, 2007, CATHERINE SWEENEY dated August 3, 2007, PHAM VAN dated August 4, 2007, DIANE WILLETTE dated July 20, 2007, and EDWARD R. WRIGHT dated July 20, 2007.**

80. The Board Shop was consistently referred to as a "department" within Bayer's Agfa Division. **P Ex. 35; P Ex 15 at 68-71, P Ex 6 at 271-273.** Bayer's Human Resources Director also acknowledged and identified it as to her termination. **P Ex 15 at 68-71**. Bayer Manager Richard Ramsden also admitted that the printed circuit board area where the Plaintiffs worked was known as the "board shop" which he managed. **P Ex 6, at 20-22.** A review of any of the depositions by witnesses on both sides consistently refer to the area where the Plaintiffs worked as the Board Shop.

81. Every Plaintiff has signed a Declaration stating that it was not until the Machine Shop sale in 2000 or 2001, where other employees were terminated and received benefits, that the Plaintiffs first began to question whether Bayer had misled them or was inaccurate about the denial of the Plaintiffs' severance benefits. At that time, with Plaintiff Jeanne Skene organizing them, they sought out together to obtain legal advice. When Bayer denied severance benefits in 1998, the Plaintiffs accepted the word of the Bayer managers, Mr. Ramsden, Mr. Paige, Mr. Fontaine, Mr. Willis and Ms. Leonard that they were not entitled to severance. In 1998, the Plaintiffs did not know that the Bayer Plan existed, they did not have a copy of it, and no one at Bayer ever told them one existed until they obtained a copy in this lawsuit. Neither Mary Leonard nor any other Human Resources or other manager at Bayer ever explained the SPD to them, did not advise them that how to claim, appeal or seek an administrative review of severance in 1998 or at any other time. Mary Leonard, a manager in Bayer's Human Relations area in Wilmington, MA, worked in an office in the same area where the Plaintiffs were

employed in the Board Shop, both before and after they were terminated by Bayer and were employed by EFTC. Ms. Leonard was the main contact for the Plaintiffs for Bayer personnel and benefit issues, but Ms. Leonard never explained to any of the Plaintiffs the terms of the SPD and never advised then whether there existed another document containing language about severance, the Bayer Plan.  **See Paragraphs 5-9 of the Declarations of JOSEPH ATTARDI dated July 31, 2007, MICHELINE AUGUSTA dated July 27, 2007, FARAHILDA BET-EIVAZI dated July 31, 2007, MARY B. BOGDAN dated August 11, 2007, MARK BOWDIDGE dated August 1, 2007, KAREN BROWN dated August 10, 2007, MARIE BROWN dated August 2, 2007, ROBERT BROWN August 16, 2007, LARRY CELLAMARE dated August 1, 2007, WAI NGAN CHAN dated August 2, 2007, CAROL CHRISTIANSON dated July 19, 2007, MARY JO CORCORAN dated July 30, 2007, RICHARD COTE dated August 9, 2007, CORRIE COTTRELL dated August 8, 2007, CLARENCE COUPE dated August 4, 2007, AROUSSIAK DAKESSAIN dated August 1, 2007, RICHARD DEFRANCESCO dated July 19, 2007, MARIA DEFRANCESCO dated July 19, 2007, DAVID J. DOLAN dated July 16, 2007, LISE DUPUIS dated August 9, 2007, SANDRA COMEAU DUTCHER dated July 16, 2007, KATHY ELY dated August 3, 2007, VINCENT FIORILLA dated August 18, 2007, STEVE FOURNIER dated August 3, 2007, JEAN FRASER dated July 19, 2007, GARY FRIZZELL dated July 24, 2007, DIANA GLASSETT dated July 30, 2007, FRED GLASSETT dated July 19, 2007, BOONCHOO GRASSO dated August 7, 2007, PHILLIP GREENE dated August 2, 2007, BERTRAND GUILMETTE (Second Declaration) dated August 28, 2007, PAULINE GUILMETTE dated July 25, 2007, ALBERTA HEALEY dated August 9, 2007,  RICK JAKLE dated August 4, 2007, ANITA KOPACZ dated August 8, 2007, ALFRED LANGUIRAND dated**

**August 2, 2007, JANET E. LANOUE dated August 1, 2007, JUDITH LA ROSA dated August 3, 2007, EDMUND J. LASCELLES, JR. August 17, 2007, CLIFF LORD, III dated August 6, 2007, WESLEY LORD dated August 17, 2007, PAT MABEY dated August 1, 2007, TERESA C. ORNELAS dated August 17, 2007, JANICE PARADIS dated August 15, 2007, LINDA PARADIS dated July 19, 2007, NORMAN PARENT dated August 6, 2007, LONG T. PECK dated August 7, 2007, DIANA PERREAULT dated August 9, 2007, OUDOMPHONE PHOMMAHAXAY dated July 27, 2007, RICHARD PICARD dated August 8, 2007, NORMAN POULIN dated August 3, 2007, MARIA REIS dated August 9, 2007, MARK ROBERT dated August 6, 2007, JOHN SABLOCK dated August 17, 2007, BARBARA SANBORN dated August 2, 2007, JOANNE SANZO dated July 23, 2007, LINDA SAULNIER dated August 3, 2007, JEANNE SKENE (Second Declaration) dated August 29, 2007, ROBERT STIER dated August 7, 2007, CATHERINE SWEENEYdated August 3, 2007, PHAM VAN dated August 4, 2007, DIANE WILLETTE dated July 20, 2007, and EDWARD R. WRIGHT dated July 20, 2007.**

                                                                PLAINTIFFS,
                                                                By their attorney,

                                                                /s/Stephen A. Roach
                                                                Stephen A. Roach, BBO No. 542138
                                                                ROACH & WISE, LLP
                                                                50 Congress Street, Suite 400
Dated: August 31 2007                                    Boston, MA 02109-4061
                                                               (617) 723-2800

CERTIFICATE OF SERVICE

      I, Stephen A. Roach, Attorney for the Plaintiffs, hereby certify that on August 31, 2007 I served the Defendants with the within document, the Third Declaration of Stephen A. Roach of this date and the Declarations of the Plaintiffs listed above by causing copies of same to be mailed to their counsel of record and by e-filing.

        /s/Stephen A. Roach
        Stephen A. Roach