IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH ATTARDI *ET AL.*,<br><br>    Plaintiffs,<br><br>v.<br><br>BAYER CORPORATION *ET AL.*,<br><br>    Defendants. | MOTION FOR LEAVE TO FORMALLY WITHDRAW AS COUNSEL TO DEFENDANTS<br><br>Civil No.: 1:04-cv-10728-WGY |

  Pursuant to Local Rule 83.5.2, the undersigned hereby moves this Honorable Court to grant him leave to withdraw as counsel to Defendants Bayer Corporation *et al*. ("Defendants") in connection with the above-captioned matter, for the reasons set forth below.

  In 2004, as a first-year associate with the now-defunct Boston law firm of Testa, Hurwitz & Thibeault, LLP ("Testa"), I filed a Notice of Appearance in connection with the above-referenced matter. Given both my level of experience and the case's infancy at that time, my involvement was minimal, limited to conducting legal research for, and otherwise supporting, Attorneys John Welsh, a former Testa partner, and John McCarthy, then a senior associate at Testa. I do not recall having ever substantively communicated with either the Defendants, my then-clients, or opposing counsel. Indeed, I did not play a significant role in the litigation of the instant action, or in any other representation of the Defendants for that matter.

  Early in 2005, when Testa's partnership announced its decision to dissolve, I relocated to the District of Columbia, where I continue to reside and practice. Since February 2005, when I resigned from Testa, I have not been professionally associated with any former Testa attorneys, including Mr. Welsh, who continues to represent the Defendants. Further, I have not had a professionally relationship with Bello, Black & Welsh, LLP, where Mr. Welsh currently practices and which represents Defendants in the instant case.

In light of the foregoing, I respectfully request that the Court grant leave for me to formally withdraw as counsel for the Defendants in the above-captioned matter. Given my inconsequential involvement in this case years ago and utter lack of involvement since, no party would be prejudiced were the Court to grant the requested leave. Additionally, as indicated above, Defendants are represented by other counsel.

DATED this **31st** day of **August** 2007.

Respectfully submitted,

_____/s/ Trevor S. Blake, II_____
Trevor S. Blake, II (BBO# 657272)
Venable LLP
575 7th Street, NW
Washington, DC 20004
Telephone: (202) 344-4000
Facsimile: (202) 344-8300
Email: TSBlake@Venable.com

## CERTIFICATE OF SERVICE

  I, Trevor S. Blake, II, hereby certify that, on **August 31, 2007**, I electronically filed one copy of the foregoing **MOTION FOR LEAVE TO FORMALLY WITHDRAW AS COUNSEL TO DEFENDANTS** with the Clerk of Court using the CM/ECF System. Plaintiffs' counsel as well as Defendants' counsel are registered CM/ECF users and are able to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

DATED this **31st** day of **August 2007**.     /s/ Trevor S. Blake, II
                       Trevor S. Blake, II