UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: <u>04-10728-WGY</u>

**ATTARDI, ET AL**
**Plaintiff**

v.

**BAYER CORP., ET AL**

**Defendant**

JUDGMENT

This action came before the Court for a Hearing on Cross  Motions for Summary Judgment.  The issues have been heard and the Court Orders the Defendant's Motion for Summary Judgment is Allowed.  Judgment for the Defendants  AGFA, AGFA Corporate Severance Pay Plan, Bayer corporation Severance Pay Plan, Bayer Corporation.

<u>Sarah A. Thornton</u>
Clerk

/s/ Elizabeth Smith
_____
**Deputy Clerk**

**September 28, 2007**
**To: All Counsel**