UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10728-WGY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
JOSEPH ATTARDI, ET ALS,                     \*
Plaintiffs,                                 \*
v.                                          \*
BAYER CORPORATION and                       \*
BAYER CORPORATION SEVERANCE PAY PLAN, \*
Defendants.                                 \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SUGGESTION OF DEATH FOR PLAINTIFF JEANNE HUFF

Jeanne Huff, by her attorney, suggests on the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Jeanne Huff, during the pendency of this action.

PLAINTIFF,
By his attorney,

/s/Stephen A. Roach
_____
Stephen A. Roach, BBO No. 542138

ROACH & WISE, LLP
50 Congress Street, Suite 400
Dated: September 28, 2007              Boston, MA 02109-4061
                                       (617) 723-2800

CERTIFICATE OF SERVICE

I, Stephen A. Roach, Attorney for the Plaintiffs, hereby certify that on September 28, 2007 I served the Defendants with this document by causing copies of same to be mailed via First Class and electronically served upon their counsel of record.

Stephen A. Roach