UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOSEPH ATTARDI, et al. | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 04-10728 WGY |
| | ) | |
| BAYER CORPORATION and | ) | |
| BAYER CORPORATION | ) | |
| SEVERANCE PAY PLAN, | ) | |
| Defendants. | ) | |

## SETTLEMENT AGREEMENT

The Parties, by their authorized undersigned representatives, hereby agree to settle the above matter by waiving all rights of appeal from the Judgment issued herein. As part of this settlement agreement, it is agreed that each party will bear its own costs and attorneys fees incurred in conjunction with this matter. This Settlement Agreement includes all Plaintiffs and all Defendants, including without limitation, Agfa Corporation, the Agfa Corporation Severance Pay Plan, Bayer Corporation and the Bayer Corporation Severance Pay Plan.

For the Plaintiffs,                                For the Defendants,


/s/ Stephen A. Roach                               /s/ John F. Welsh
Stephen A. Roach, BBO#542138                       John F. Welsh, BBO # 522640
Roach & Wise LLP                                   Bello Black & Welsh LLP
50 Congress Street, Suite 400                      One Exeter Plaza
Boston, MA 02109                                   699 Boylston Street, 10th Floor
(617)-723- 2800                                    Boston, MA 02116
                                                   (617) 247-8476

Plaintiffs' Counsel                                Defendants' Counsel